FORM 2
COVER SHEET ORIGINAL

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s)
Caddell Construction Co., Inc. 04- 461C

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): David W. Mockbee

Firm Name: Mockbee Hall & Drake, P.A.

Post Office Box:

Street Address: 317 E. Capitol Street

City-State-Zip: Jackson, MS 39201

Telephone & Facsimile Numbers: T-(601) 353-0035; F-(601) 353-0045

Is the attorney of record admitted to the Court of Federal Claims Bar? yes

NO, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: [1] [0] [0]

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: [V] [A] [ ]

See attached sheet for three digit codes.

Amount Claimed: $ 3,497,100.97 plus interest, costs, contract markup

Use estimate if specific amount is not pleaded.

Vaccination Date (vaccine cases only)__________

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.