ORIGINAL

FILED
MAR 1 9 2004
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CADDELL CONSTRUCTION CO., INC., )
Plaintiff, )
v. )
UNITED STATES OF AMERICA, )
Defendant. )

No. 04-461C
(Judge ________)

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, attached hereto and made a part hereof, is a copy of plaintiff's Disclosure Statement.

Respectfully Submitted,

CADDELL CONSTRUCTION CO., INC.

By Its Attorney

MOCKBEE HALL & DRAKE, P.A.

By: ________________________
David W. Mockbee

Date: March 16, 2004

MOCKBEE HALL & DRAKE, P.A.
Lamar Life Building, 10th Floor
317 E. Capitol Street
Jackson, MS 39201
(601) 353-0035 - Telephone
(601) 353-0045 - Facsimile

# Statement of Ownership

March 11, 2004

I am the Vice President of Finance and Chief Financial Officer of Caddell Construction Co., Inc. located in Montgomery, Alabama and attest to the following:

Caddell Construction Co., Inc. is a Sub Chapter "S" Corporation, organized in 1983, in the State of Alabama and its common stock is owned by family members and certain executive management employees of the corporation. None of the common stock is owned or controlled by any other entity.

M. Lamar Martin
Vice President of Finance and Chief Financial Officer