IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CADDELL CONSTRUCTION CO., INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-461C |
| | ) (Judge Diane Gilbert Sypolt) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 30 days, to and including June 17, 2004, within which to respond to plaintiff's complaint. Defendant's response to plaintiff's complaint is currently due on May 18, 2004. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that plaintiff does not oppose this motion.

Upon receipt of the complaint, defendant's counsel of record promptly forwarded it to the United States Department of Veterans Affairs for investigation and comment. The United States Department of Veterans Affairs personnel are actively working on collecting information that is necessary to respond to the amended complaint, but cannot provide complete and accurate information in the present time frame. The enlargement is necessary for the United States Department of Veterans Affairs personnel to assemble the necessary information, and to transmit it to defendant's counsel for examination and evaluation prior to formulation of the appropriate response, approval, and filing.

For the foregoing reasons, we respectfully request the Court to grant our motion for an enlargement of time of 30 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

May 7, 2004