# In the United States Court of Federal Claims

No. 04-461C
**ELECTRONIC CASE FILING**

(Filed May 14, 2004)

* * * * * * * * * * * * * * * * *
**CADDELL CONSTRUCTION CO., INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * *

## Order

On May 12, 2004, defendant filed an unopposed motion for a 30-day enlargement of time, from May 18, 2004, to and including June 17, 2004, within which to respond to the complaint. The motion is granted.

The court notes that plaintiff's counsel, notwithstanding the March 19, 2004, Notice of Designation ("Notice") informing the parties that they were required to "immediately obtain a CM/ECF account," has yet to obtain an account.

Therefore, plaintiff's counsel again is ordered to comply with the requirements of the Notice. Failure to do so on or before May 27,

2004, will result in the issuance of an order requiring plaintiff to show cause why this case should not be dismissed for want of prosecution.

The clerk shall serve a courtesy copy of this order on plaintiff via first class mail.

s/ Diane Gilbert Sypolt
DIANE GILBERT SYPOLT
Judge, U.S. Court of Federal Claims