IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CADDELL CONSTRUCTION CO., INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 04-461C (Judge Diane Gilbert Sypolt) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 32 days, to and including July 19, 2004, within which to respond to plaintiff's complaint. Defendant's response to plaintiff's complaint is currently due on June 17, 2004. This is our second request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that plaintiff does not oppose this motion.

Upon receipt of the complaint, defendant's counsel of record promptly forwarded it to the United States Department of Veterans Affairs for investigation and comment. Although our earlier communications with the United States Department of Veterans Affairs indicated that appropriate personnel were actively working on collecting information that is necessary to respond to the complaint, there was a communications delay within the Department of Veterans Affairs that prevented the cognizant personnel from receiving the necessary information to begin work upon this case until recently. The enlargement is necessary for the United States Department of Veterans Affairs personnel to assemble the necessary information, and to transmit it to

defendant's counsel for examination and evaluation prior to formulation of the appropriate response, approval, and filing.

For the foregoing reasons, we respectfully request the Court to grant our motion for an enlargement of time of 32 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

June 15, 2004