# In the United States Court of Federal Claims

No. 04-461C
**ELECTRONIC CASE FILING**

(Filed June 21, 2004)

| | |
|---|---|
| * * * * * * * * * * * * * * * * | * |
| **CADDELL CONSTRUCTION CO., INC.,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * | |

## Order

On June 15, 2004, defendant filed an unopposed motion for a 32-day enlargement of time, from June 17, 2004, to and including July 19, 2004, within which to respond to plaintiff's complaint. This is defendant's second request for an enlargement of time for this purpose. The motion is granted.

On March 19, 2004, by Notice of Designation ("Notice"), see United States Court of Federal Claims General Order No. 42, the parties were informed that the case has been designated an electronic case in the court's case management/electronic case filing ("CM/ECF") system. The Notice also informed the parties that they were required to "immediately obtain a CM/ECF account" and that the

clerk's office would serve electronically-filed documents by mail for only thirty (30) days after the case was opened.

By order of May 14, 2004, delivered by first class mail, the court again directed plaintiff to comply, on or before May 27, 2004, with the requirements of the Notice.

Nevertheless, as of this date, plaintiff has not obtained a CM/ECF account.

On or before July 2, 2004, plaintiff shall show cause why the complaint should not be dismissed with prejudice, pursuant to United States Court of Federal Claims Rule ("RCFC") 41(b), for failure to comply with the Notice or the court's order. See RCFC 41(b)("[f]or failure of the plaintiff to prosecute or to comply with these rules or any order of the court, the court may dismiss on its own motion . . . an action or any claim").

Failure timely to respond to this order shall result in immediate dismissal, with prejudice, of the complaint. See, e.g., **Claude E. Atkins Enterprises, Inc. v. United States**, 899 F.2d 1180 (Fed. Cir. 1990).

The clerk shall serve a copy of this order on plaintiff by certified mail, return receipt requested.

s/ Diane Gilbert Sypolt
DIANE GILBERT SYPOLT
Judge, U.S. Court of Federal Claims