## David Mockbee

**From:** Addi_Berry@ao.uscourts.gov
**Sent:** Wednesday, June 16, 2004 1:57 PM
**To:** David Mockbee
**Subject:** CM/ECF Account

Hello Mr. Mockbee,

Your CM/ECF login ID and password are:
login: **mockbeedw**
password: **mytyc*45**

Both the login ID and password are case sensitive. We recommend that you change your password as soon as possible.

The CM/ECF Train system has generic attorney accounts and cases to practice with. We highly recommend that you take advantage of the Train system before using the Live system. See the court's public website at http://www.uscfc.uscourts.gov for more information and a link to login to the Train system.

The CM/ECF Live system can be accessed at https://ecf.cofc.uscourts.gov/.

If you have any problems, please contact our CM/ECF User Assistance at 866-784-6273 (toll free) or 202-219-9942. Thank you.

Addison Berry
U.S. Court of Federal Claims

EXHIBIT
tabbies
A