# In the United States Court of Federal Claims

No. 04-461C
**ELECTRONIC CASE FILING**

(Filed June 30, 2004)

* * * * * * * * * * * * * * * * * *
**CADDELL CONSTRUCTION CO., INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## <u>Order</u>

On June 24, 2004, plaintiff filed a motion for an enlargement of time within which to conduct the early meeting of counsel and to file its initial disclosures. The motion is granted. The early meeting of counsel shall be held on or before July 23, 2004, and the initial disclosures shall be made on or before July 28, 2004.

s/ Diane Gilbert Sypolt
DIANE GILBERT SYPOLT
Judge, U.S. Court of Federal Claims