IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CADDELL CONSTRUCTION CO., INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-461C |
| | ) | (Judge Diane Gilbert Sypolt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER

For its answer to the amended complaint, defendant admits, denies, and alleges as follows:

1. The allegations contained in paragraph 1 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are admitted.

2. Admits the allegations contained in paragraph 2 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 2.

3. Admits the allegations contained in paragraph 3 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 3.

4. Admits the allegations contained in paragraph 4 to the extent supported by the subcontract cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 4.

4. (Plaintiff's complaint contains two paragraphs numbered "4"). Admits the allegations contained in the first sentence of

paragraph 4 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 4. Denies the allegations contained in the second sentence of paragraph 4 for lack of knowledge or information sufficient to form a belief as to their truth.

5. The allegations contained in paragraph 5 are plaintiff’s characterization of its case, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

6. Admits the allegations contained in paragraph 6 to the extent supported by the RFI's cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 6.

7. The allegations contained in paragraph 7 are plaintiff’s characterization of its case, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

8. The allegations contained in paragraph 8 are plaintiff’s characterization of its case, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

9. The allegations contained in paragraph 9 are plaintiff’s characterization of its case, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

10. The allegations contained in paragraph 10 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

11. The allegations contained in paragraph 11 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

12. The allegations contained in paragraph 12 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

13. The allegations contained in paragraph 13 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

14. Admits the allegations contained in paragraph 14 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 14.

15. The allegations contained in paragraph 15 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied for lack of knowledge or information sufficient to form a belief as to their truth.

16. Defendant hereby incorporates its responses to paragraphs 1 through 15 of plaintiff's complaint.

17. The allegations contained in paragraph 17 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

18. The allegations contained in paragraph 18 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

19. Defendant hereby incorporates its responses to paragraphs 1 through 18 of plaintiff's complaint.

20. The allegations contained in paragraph 20 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

21. The allegations contained in paragraph 21 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

22. Defendant hereby incorporates its responses to paragraphs 1 through 21 of plaintiff's complaint.

23. The allegations contained in paragraph 23 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

24. The allegations contained in paragraph 24 are conclusions of law and plaintiff's characterization of its action

to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

25. Defendant hereby incorporates its responses to paragraphs 1 through 24 of plaintiff's complaint.

26. The allegations contained in paragraph 2 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

39. Denies that plaintiff is entitled to the relief requested in its prayers for relief, or to any relief whatsoever.

40. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that plaintiff's complaint be dismissed and that defendant be granted such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

July 19, 2004