IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CADDELL CONSTRUCTION CO., INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-461C |
| | ) | (Judge Diane Gilbert Sypolt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

<u>DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME</u>

Defendant respectfully requests an enlargement of time of 30 days, to and including August 27, 2004, within which to submit its initial disclosures to the plaintiff. Pursuant to the Court's order of June 30, 2004, defendant's initial disclosures are currently due on July 28, 2004. Plaintiff's counsel has indicated that plaintiff does not oppose this motion.

The parties have already conducted the early meeting of counsel and have agreed upon a plan for document discovery that will lead to other forms of fact and expert discovery. The parties will present this plan to the Court in the joint preliminary status report, due on September 9, 2004. The parties are working amicably together in this regard. Having only recently filed the answer, however, defendant is not prepared to formally submit its initial disclosures within the current time frame – although the informal discussion and exchange of that type of information has already begun. Defendant's counsel requires the requested enlargement to ensure that its initial disclosures are accurate and complete when submitted.

For the foregoing reasons, we respectfully request the Court to grant our motion for an enlargement of time of 30 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

July 28, 2004