# In the United States Court of Federal Claims

No. 04-461C

(Electronically Filed on August 9, 2004)

| | |
|---|---|
| * * * * * * * * * * * * * * * * | * |
| **CADDELL CONSTRUCTION CO., INC.,** | * * * * |
| **Plaintiff,** | * * |
| **v.** | * * |
| **THE UNITED STATES,** | * * |
| **Defendant.** | * * |
| * * * * * * * * * * * * * * * * | |

## Order

On July 28, 2004, defendant filed an unopposed motion for a 30-day enlargement of time, from July 28, 2004, to and including August 27, 2004, within which to make its initial disclosures. The motion is granted.

s/ Diane Gilbert Sypolt
DIANE GILBERT SYPOLT
Judge, U.S. Court of Federal Claims