IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CADDELL CONSTRUCTION CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-461C |
| | ) | (Judge Diane Gilbert Sypolt) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**CORRECTED JOINT PRELIMINARY STATUS REPORT**

Pursuant to Rule 16 and Appendix A, Rules of the United States Court of Federal Claims, the parties submit the following Joint Preliminary Status Report in response to questions set forth in paragraph III(4) of Appendix A. A draft version of the JPSR was inadvertently filed electronically, which the parties respectfully request that the Court disregard.

a. Jurisdiction:

The parties currently perceive no jurisdictional defects in this case.

b. Consolidation:

The parties do not believe that this case should be consolidated with any other case.

c. Bifurcation:

The parties do not believe that the trial of liability and quantum should be bifurcated.

d. Deferral:

The parties know of no reason to defer proceedings in this case pending consideration of any other case presently before the Court.

e. Remand/Suspension:

See response to item c, above.

f. Joinder:

The parties do not believe any other party will be joined.

g. Dispositive Motions:

The parties do not anticipate filing dispositive motions prior to the completion of discovery but may reassess the filing of dispositive motions during the discovery period.

h. Relevant Issues:

1. Whether the Government's structural steel design drawings were defective and whether such defective design delayed the detailing, fabrication and erection of structural steel.

2. Whether the Government unreasonably delayed in responding to Steel Service's RFIs and in reviewing and approving Steel Service's shop drawings and whether such delays caused Steel Service to miss its fabrication windows, thereby rendering its performance more expensive.

3. Whether the VA breached an implied warranty of the adequacy of its plans and specifications.

4. Whether the VA breached its implied duty not to delay, disrupt or hinder Steel Service's performance.

5. Whether the VA's alleged failure to issue complete and adequate structural steel design drawings, its alleged failure to promptly provide responses to cure the defects in its drawings and its alleged failure to review and approve shop drawings within a reasonable time constitute constructive chances and/or an unreasonable suspension of the work, entitling Steel Service to compensation.

6. Whether Steel Service is entitled to recover the approximate amount of $3,447,100.37, together with interest and costs.

i. Settlement:

The parties will conduct settlement negotiations, and will discuss the possibility of submitting this case for alternative dispute resolution as discovery proceeds. If the parties agree to pursue alternative dispute resolution, we will notify the Court promptly.

j. Trial:

Both parties anticipate proceeding toward trial should discovery reveal that dispositive motions, ADR, or settlement are inappropriate. The parties recommend that trial should be held in Jackson, Mississippi.

k. Electronic Case Management:

The parties are aware of the Court's electronic case management procedures and will comply with them. In addition, the parties will cooperate with regard to the use of electronic document management techniques where possible.

l. Other Information:

There is no other information of which the Court should be made aware at this time.

Discovery:

The parties request a discovery period of eight months, commencing with the approval of this joint preliminary status report. The parties propose that expert reports be due 70 days before the end of the discovery period, with expert depositions to take place thereafter. The parties also propose that they file a joint status report proposing further proceedings within 30 days after the close of discovery.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

s/David W. Mockbee

MOCKBEE HALL & DRAKE, P.A.
Lamar Life Building, 10th Floor
317 East Capitol Street
Jackson, Mississippi 39201
601/353-0035 Telephone
601/353-0045 Facsimile

Attorney for Plaintiff

September 9, 2004