# In the United States Court of Federal Claims

No. 04-461C

(Electronically Filed on September 16, 2004)

| | |
|---|---|
| * * * * * * * * * * * * * * * * | * |
| **CADDELL CONSTRUCTION CO., INC.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * | * |

## Order

On September 9, 2004, the parties filed a "Corrected Joint Preliminary Status Report" ("JPSR"). The parties' description of the relevant factual and legal issues is insufficiently detailed and the information required to be provided in the form of attachments, pursuant to ¶7 of the court's May 12, 2004, chambers procedures order, is missing.

Therefore, on or before September 29, 2004, the parties shall file a supplement to the JPSR that describes the material issues of fact and law raised by the case in sufficient depth to allow the court to fully prepare for, and participate meaningfully in, an initial status conference, including: assisting the parties in focusing and narrowing issues in dispute; considering the adequacy of proof; and discussing the possibility of settlement or dispositive motions.

s/ Diane Gilbert Sypolt
DIANE GILBERT SYPOLT
Judge, U.S. Court of Federal Claims