# RFIs QUESTIONS and RESPONSES:

**QUESTION**

**03/18/96 #100736 RFI**
**To: Caddell Construction Company**
**From: Steel Service Corporation**

**SSC-RFI #1**
Ref. Doc: 1-S3, Column lines M-N/7-9

No Section cut provided by Designer, how is L 4x4x 1/2 frame toed and connected?

**ANSWER**

**04/23/96 #100245 RFI**
**TO: Caddell Construction Company**
**FROM: VAMC**

SUBJ: RFI #2
**SSC #1**

In response to the above, regarding Column Line M-N 7/9, we offer the following:

Outstanding leg of angle points down with leg at hatch side. Embed plate in wall to connect angle.

---

**QUESTION**

**03/18/96 #100737 RFI**
**To: Caddell Construction Company**
**From: Steel Service Corporation**

**SSC-RFI #2**
Ref. Doc: 1-S29, Column lines J-L/9-10
1-S2A, Detail 7

Beam spacing between beams on S2A/7 is consistently 8'-4", yet S9 shows 6'-

3" and 8'-4". Hanger and bracing details for this area will not work if S9 is correct. Which is right? If S9 is correct then please provide new hanger and bracing details.

**ANSWER**

**04/23/96 #100246 RFI**

**TO: Caddell Construction Company**

**FROM: VAMC**

SUBJ: RFI #3
**SSC #2**

In response to the above, regarding Column Line J-L 7/9, we offer the following:

On 7/S2a change the beam spacing south of K to 6'3" to agree with 1-S9. Modify detail 8/S2A by providing hangers under girder at 8'4" and 6'3" from 10 line with frames under offset beams. Leave other panel points as detailed. On 10/S2A modify 8'4" dimension to say 8'4" or6'3". On 9/S2A modify 8'4" dimension to 8'4" or 6'3".

---

**QUESTION**

**03/18/96 #100738 RFI**

**To: Caddell Construction Company**

**From: Steel Service Corporation**

**SSC-RFI #3**

Ref. Doc: 1-S9, Column lines K-L/11-12
1-S2A, Detail 12

Beam spacing between beams on S2A/12 is 12'-10" versus 12'-6"on S9, 8'-11-1/2" versus 8'-6" and 9'-5", and 8'-6-1/3" versus 8'-6" and 8'-7". Which is right?

**ANSWER**

**04/23/96 #100247 RFI**

**TO: Caddell Construction Company**

**FROM: VAMC**

SUBJ: RFI #4
**SSC #3**

In response to the above regarding column line K-L 11-12, We offer the following:
a. On 12/S2a from 11 to 12, the dimensions are 8'-11 1/2" and 8'-11 1/2".
b. From L to K, the dimensions are 8'-6", 8'-7", 8'-6".
c. From K up along line 11 the 12'- 10" dimension is correct.

---

**QUESTION**
**03/18/96 #100739 RFI**
**To: Caddell Construction Company**
**From: Steel Service Corporation**

**SSC-RFI #4**
Ref. Doc: 1-S10, Column lines E-F/11-12
1-S2A, Detail 16

S2A/16 is titled Roof Plan, yet does not match conditions at roof. Conditions are similar to S10, however, there are some conflicts. S2A/16 has column F/11 with flanges east and west versus S10 with flanges north and south. S2A/16 has (2) 2B11s, (1) 2B18, (2) 2B70s, (1) 2B82, and (2) 2B117s. S10 has (1) 2B7, (1) 2B18, (1) 2B28, (1) 2B70, (1) 2B80, (1) 2B82, and (2) 2B117s. What is the correct location and condition for this detail?

**ANSWER**
**04/23/96 #100248 RFI**
**TO: Caddell Construction Company**
**FROM: VAMC**

SUBJ: RFI #5
**SSC #4**

In response to the above regarding column line E-F, 11-12, We offer the following:
The correct location for 16/S2A is as shown on 1-S10. On 16/S2A, the beam from 11 to 12 on F is 2B7. The beam from 11 to 12 on E is 2B80, and

shear 35kips. The beam from E to F on 12 is 2B28, column F-11 is oriented as shown on 1-S10.

---

**QUESTION**

**03/18/96 #100740 RFI**
**To: Caddell Construction Company**
**From: Steel Service Corporation**

**SSC-RFI #5**
Ref. Doc: 1-S48, Column Line L/12

In the third box up a W14 x 211 FY 50 is called out to splice to a W10 x 112 at one end and a W10 x 49 at the other. Is this correct?

**ANSWER**

**04/23/96 #100249 RFI**
**TO: Caddell Construction Company**
**FROM: VAMC**

SUBJ: RFI #6
SSC #5

In response to the above, regarding column line L/12, we offer the following:
You may change W14x211 to W10x112 (24).

---

**QUESTION**

**03/18/96 #100741 RFI**
**To: Caddell Construction Company**
**From: Steel Service Corporation**

**SSC-RFI #6**
Ref. Doc: Addendum 1, Item 140,A

Offset in which direction?

**ANSWER**

**04/23/96 #100250 RFI**
**TO: Caddell Construction Company**
**FROM: VAMC**

SUBJ: RFI #7
**SSC #6**

In response to the above regarding amendment 1, item 140A, we offer the following:
Offset channels to the left.

---

**QUESTION**

**03/18/96 #100645 RFI**
**To: Caddell Construction Company**
**From: Steel Service Corporation**

**SSC-RFI #7**
Ref. Doc: 1-S4, Column line G/1
1-S22, Detail 10

Section cut does not show wall and landing connection. What section applies here?

**ANSWER**

**04/23/96 #100548 RFI**
**To: Caddell Construction Company**
**From: VAMC**

SUBJ: RFI #8
**SSC #7**

In response to the above, regarding Column line G/1, we offer the following:

General contractor coordinate stair details. See architectural drawings. Structural drawings show member sizes and concept only. Furnish drawings showing stair framing and supports coordinated with all architectural details. Show main landing, stair runs, and intermediate landing as a coordinated unit.

Stair support will depend on contractor's scheduling for stair erection and shear wall construction.

---

**QUESTION**

**03/18/96 #100742 RFI**
**To: Caddell Construction Company**
**From: Steel Service Corporation**

**SSC-RFI #8**
Ref. Doc: Addendum 3, Item 122,D

Revise to what? No supplemental details provided?

**ANSWER**

**04/23/96 #100251 RFI**
**TO: Caddell Construction Company**
**FROM: VAMC**

SUBJ: RFI #9
**SSC #8**

In response to the above regarding amendment 3, item122 D, we offer the following:
At 6, 7, 12, 14, 15/S21, revise 6" slab- on-grade 5" slab-on-grade.

---

**QUESTION**

**03/18/96 #100743 RFI**
**To: Caddell Construction Company**
**From: Steel Service Corporation**

**SSC-RFI #9**
Ref. Doc: Addendum 3, Item 128, C&D

Two separate designations are given for 1B122 to be added to S-S43. Which is correct?

**ANSWER**

**04/23/96** **#100253** **RFI**
**TO:** **Caddell Construction Company**
**FROM:** **VAMC**

SUBJ: RFI #10
**SSC #9**

In response to the above regarding Amendment 3, Item 128, C &D, We offer the following:

Amend 3, item 128,D is beam 1B128. See Amendment 3, item 111, Sketch S302.

**04/29/96** **#100252** **RFI**
**TO:** **Caddell Construction Company**
**FROM:** **VAMC**

SUBJ: RFI #10, Revised
**SSC # 9, Revised**

In response to the above regarding Amendment 3, item 128. C&D, we offer the following:

Amendment 3, Item 128.D is beam 1B123 not 1B128 as stated in our letter dated April 23, 1996. See Amendment 3, item 111, sketch S302.

---

**QUESTION**

**03/18/96** **#100744** **RFI**
**To:** **Caddell Construction Company**
**From:** **Steel Service Corporation**

**SSC-RFI** **#10**
Ref. Doc: 1-S2, Column Line M/11.5
1-S28, Plan View of Stairs, Ground Floor

Section cut 29/S29 is called out but is not shown on S29. What section applies?

**ANSWER**
**04/23/96 #100254 RFI**
**TO: Caddell Construction Company**
**FROM: VAMC**

SUBJ: RFI #11
**SSC #10**

In response to the above regarding column line M/11.5, Plan View of stairs, We offer the following:

Change 29/S29. See RFI #8 for stairs.

---

**QUESTION**
**03/18/96 #100745 RFI**
**To: Caddell Construction Company**
**From: Steel Service Corporation**

**SSC-RFI #11**
Ref. Doc: Addendum 3, S301

Column lines 2, 3, and 4 are called out but do not seem to be in proper alignment with the drawing. Screen wall location appears to have moved north. Does it turn South at K/4 or continue to line 5 before turning? Please verify column number alignment?

**ANSWER**
**04/23/96 #100255 RFI**
**TO: Caddell Construction Company**
**FROM: VAMC**

SUBJ: RFI #12
**SSC #11**

In response to the above regarding amendment 3, S301, We offer the following:

Neglect the 2,3 and 4 lines shown on sketch S301. Place 2,3, and 4 lines on the sketch to match the contract drawings. The screen has not changed location in

the east-west direction. It has moved north to the K line as shown. The screen still turns south at 4.67 as shown on the contract drawings. Note the change in entrance location and associated framing.

---

**QUESTION**

**03/18/96 #100746 RFI**
**To: Caddell Construction Company**
**From: Steel Service Corporation**

**SSC-RFI #12**
Ref. Doc: 1-S29, Detail 1

Section 10/S29 is called out but does not exist on S29. What section applies here?

**ANSWER**

**04/23/96 #100256 RFI**
**TO: Caddell Construction Company**
**FROM: VAMC**

SUBJ: RFI #13
**SSC #12**

In response to the above regarding detail 1, 1-S-29, We offer the following: Delete reference to Section 10/S29. No section is required here.

---

**QUESTION**

**03/18/96 #100747 RFI**
**To: Caddell Construction Company**
**From: Steel Service Corporation**

**SSC-RFI #13**
Ref. Doc: 1-S29, Detail 26

Section 26/S29 calls for 17/S30 as a section cut along the stringer, yet 17/S30 shows WF beams and closure plate. Is this the intended sectional reference?