## A. RFIs Which Affected "M" Line

| RFI No. | Date Received | SSC RFI No. | Description | Date Submitted | Date Answered |
|---|---|---|---|---|---|
| 2 | 03/19/96 | 1 | No section cut, detail required | 04/09/96 | 04/23/96 |
| 14 | 03/19/96 | 13 | Detail Clarification | 04/09/96 | 04/23/96 |
| 34 | 03/21/96 | 32 | Elevation Clarification | 04/09/96 | 05/07/96 |
| 35 | 03/21/96 | 33 | Elevation Clarification | 04/09/96 | 05/07/96 |
| 36 | 03/21/96 | 34 | Elevation Clarification | 04/09/96 | 05/07/96 |
| 57 | 03/22/96 | 55 | Dimension Clarification | 04/09/96 | 05/08/96 |
| 64 | 03/22/96 | 63 | Request for Detail Change | 04/09/96 | 05/13/96 |
| 72 | 03/27/96 | 73 | Elevation Clarification | 04/09/96 | 05/13/96 |
| 78 | 03/28/96 | 80 | Dimension Clarification | 04/09/96 | 05/13/96 |
| 92 | 03/29/96 | 94 | Elevation Clarification | 04/09/96 | 05/13/96 |
| 106 | 04/04/96 | 108 | Drawing Clarification | 04/09/96 | 05/14/96 |
| 115 | 04/04/96 | 117 | Drawing Note Clarification | 04/09/96 | 05/16/96 |
| 155 | 04/11/96 | 158 | Drawing Clarification | 05/01/96 | 05/23/96 |
| 162 | 04/11/96 | 166 | Connection Clarification | 05/01/96 | 08/11/96 |
| 162R | 05/30/96 | 166R | Detail Clarification | 06/04/96 | 07/23/96 |
| 190 | 04/29/96 | 172 | Detail Clarification | 06/04/96 | 07/03/96 |
| 166 | 04/17/96 | 174 | Detail Clarification | 06/04/96 | 06/11/96 |
| 168 | 04/17/96 | 176 | Detail Clarification | 06/04/96 | 06/11/96 |
| 169 | 04/17/96 | 177 | Drawing Clarification | 05/21/96 | 05/29/96 |
| 189 | 04/29/96 | 189,250 | Detail Clarification | 06/04/96 | 07/03/96 |
| 194 | 04/30/96 | 194 | Elevation Clarification | 06/04/96 | 06/10/96 |
| 196 | 04/30/96 | 196 | Elevation Clarification | 06/04/96 | 07/03/96 |
| 300 | 05/06/96 | 209 | Dimension Clarification | 07/01/96 | 08/06/96 |
| 214 | 05/06/96 | 210 | Detail Clarification | 06/10/96 | 07/12/96 |
| 215 | 05/09/96 | 211 | Detail Clarification | 06/10/96 | 06/13/96 |
| 299 | 05/09/96 | 213,214 | Detail Clarification | 07/01/96 | 08/07/96 |
| 298 | 05/09/96 | 215 | Detail Clarification | 07/01/96 | 09/09/96 |
| 296 | 05/10/96 | 222,219,218 | Dimension Clarification | 07/01/96 | 08/06/96 |
| 307 | 05/15/96 | 233,234,235 | Material Clarification | 07/01/96 | 08/06/96 |
| 306 | 05/15/96 | 238,248 | Material Clarification | 07/01/96 | 08/06/96 |
| 301 | 05/21/96 | 251 | Detail Clarification | 07/01/96 | 08/06/96 |
| 231 | 05/21/96 | 253 | Dimension Clarification | 06/10/96 | 06/17/96 |
| 259 | 05/23/96 | 284 | Detail Clarification | 06/10/96 | 07/12/96 |
| 264 | 05/23/96 | 291 | Detail Clarification | 06/10/96 | 07/12/96 |
| 284 | 05/23/96 | 292,249 | Detail Clarification | 07/01/96 | 09/10/96 |
| 312 | 06/19/96 | 301 | Detail Clarification | 07/01/96 | 08/13/96 |
| 338 | 07/18/96 | 305 | Detail Clarification | 07/18/96 | 09/09/96 |
| 365 | 08/17/96 | 307 | Dimension Clarification | 08/19/96 | 09/10/96 |
| 396 | 11/07/96 | 316 | Base Plate | 11/12/96 | 12/27/96 |
| 407 | 11/14/96 | 319 | Detail Clarification | 11/14/96 | 12/18/96 |

It is apparent from the above that what was to be accomplished in March 1996 could not be completed until after December 1996.