## A. Delay As a Result of Late RFI Responses

RFI responses shown below through only RFI#397, clearly indicate response delay by the Government. All RFIs are shown since many of the RFIs affecting other trades, also affected Steel Service. In section VIII.B. the RFIs submitted by or on behalf of Steel Service is provided.

| RFI Number | Date Received | Description | Date Submitted | Date Answered | Date Forward | Days Delay |
|---|---|---|---|---|---|---|
| 001 | 03/05/96 | Request for stru CADD Disk | 03/06/96 | 04/04/96 | 04/08/96 | 34 |
| 002 | 03/19/96 | No section cut,detail required | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 003 | 03/19/96 | Dimension Error | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 004 | 03/19/96 | Dimension Error | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 005 | 03/19/96 | Detail Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 006 | 03/19/96 | Structural Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 007 | 03/19/96 | Addendum Question | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 008 | 03/19/96 | Detail Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 009 | 03/19/96 | Addendum Question | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 010 | 03/19/96 | Addendum Question | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 011 | 03/19/96 | Detail Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 012 | 03/19/96 | Structural Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 013 | 03/19/96 | Detail Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 014 | 03/19/96 | Detail Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 015 | 03/19/96 | Detail Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 016 | 03/19/96 | Detail Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 017 | 03/19/96 | Specification Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 018 | 03/20/96 | Substitution Request | 04/09/96 | 04/23/96 | 04/29/96 | 40 |
| 019 | 03/21/96 | Detail Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 39 |
| 020 | 03/21/96 | Detail Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 39 |
| 021 | 03/21/96 | Detail Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 39 |
| 022 | 03/21/96 | Dimension Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 39 |
| 023 | 03/21/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 53 |
| 024 | 03/21/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 53 |
| 025 | 03/21/96 | Detail Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 39 |
| 026 | 04/08/96 | Hardware Clarification | 04/16/96 | 08/09/96 | 08/13/96 | 127 |
| 027 | 03/21/96 | Detail Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 39 |
| 028 | 03/21/96 | Detail Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 39 |
| 029 | 03/21/96 | Elevation Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 39 |
| 030 | 03/21/96 | Detail Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 39 |
| 031 | 03/21/96 | Elevation Clarification | 04/09/96 | 05/08/96 | 05/08/96 | 48 |
| 032 | 03/21/96 | Drawing Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 033 | 03/21/96 | Drawing Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |
| 034 | 03/21/96 | Elevation Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |
| 035 | 03/21/96 | Elevation Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |
| 036 | 03/21/96 | Elevation Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |
| 037 | 03/21/96 | Detail Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |
| 038 | 03/21/96 | Material Clarification | 04/09/96 | 05/08/96 | 05/08/96 | 48 |
| 039 | 03/21/96 | Elevation Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |
| 040 | 03/21/96 | Detail Clarification | 04/09/96 | 05/08/96 | 05/08/96 | 48 |
| 041 | 03/21/96 | Material Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |
| 042 | 03/21/96 | Elevation Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |
| 043 | 03/21/96 | Detail Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |
| 044 | 03/21/96 | Dimension Clarification | 04/09/96 | 05/08/96 | 05/08/96 | 48 |
| 045 | 03/21/96 | Detail Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |
| 046 | 03/21/96 | Detail Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |
| 047 | 03/21/96 | Detail Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |
| 048 | 03/21/96 | Detail Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |
| 049 | 03/21/96 | Detail Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |
| 050 | 03/21/96 | Detail Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |
| 051 | 03/21/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 53 |
| 052 | 03/21/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 53 |
| 053 | 03/21/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 53 |
| 054 | 03/21/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 53 |
| 055 | 03/21/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 53 |
| 056 | 03/21/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 53 |
| 057 | 03/22/96 | Dimension Clarification | 04/09/96 | 05/08/96 | 05/08/96 | 47 |
| 058 | 03/22/96 | Dimension Clarification | 04/09/96 | 05/07/96 | 05/08/96 | 47 |
| 059 | 03/22/96 | Dimension Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 52 |
| 060 | 03/22/96 | Dimension Clarification | 04/09/96 | 05/08/96 | 05/08/96 | 47 |
| 060R1 | 03/22/96 | Dimension Clarification | 06/04/96 | 06/11/96 | 06/12/96 | 82 |
| 061 | 03/22/96 | Dimension Clarification | 04/09/96 | 05/08/96 | 05/08/96 | 47 |
| 062 | 03/22/96 | Dimension Clarification | 04/09/96 | 07/03/96 | 07/09/96 | 109 |
| 063 | 03/22/96 | Dimension Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 52 |
| 064 | 03/22/96 | Request for Detail Change | 04/09/96 | 05/13/96 | 05/13/96 | 52 |
| 065 | 03/22/96 | Request for Detail Change | 04/09/96 | 05/30/96 | 05/30/96 | 69 |
| 066 | 04/03/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 40 |
| 067 | 03/27/96 | Material Size Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 47 |
| 068 | 03/27/96 | Dimension Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 47 |
| 069 | 03/27/96 | Drawing Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 47 |
| 070 | 03/27/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 47 |
| 071 | 03/27/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 47 |
| 072 | 03/27/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 47 |
| 073 | 03/27/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 47 |
| 074 | 03/27/96 | Dimension Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 47 |
| 075 | 03/28/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 46 |
| 076 | 03/28/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 46 |
| 077 | 03/28/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 46 |
| 078 | 03/28/96 | Dimension Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 46 |
| 079 | 03/28/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 46 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 080 | 03/29/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 45 |
| 081 | 03/29/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 45 |
| 082 | 03/29/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 45 |
| 083 | 03/29/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 45 |
| 084 | 03/29/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 45 |
| 085 | 03/29/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 45 |
| 086 | 03/29/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 45 |
| 087 | 03/29/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 45 |
| 088 | 03/29/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 45 |
| 089 | 03/29/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 45 |
| 090 | 03/29/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 45 |
| 091 | 03/29/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 45 |
| 092 | 03/29/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 45 |
| 093 | 03/29/96 | Elevation Clarification | 04/09/96 | 05/14/96 | 05/14/96 | 46 |
| 094 | 03/29/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 45 |
| 095 | 04/03/96 | Dimension Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 40 |
| 096 | 04/03/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 40 |
| 097 | 04/03/96 | Drawing Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 40 |
| 098 | 04/03/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 40 |
| 099 | 04/03/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 40 |
| 100 | 04/03/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 40 |
| 101 | 04/03/96 | Detail Clarification | 04/09/96 | 05/14/96 | 05/14/96 | 41 |
| 102 | 04/04/96 | Detail Clarification | 04/09/96 | 05/14/96 | 05/14/96 | 40 |
| 103 | 04/04/96 | Detail Clarification | 04/09/96 | 05/14/96 | 05/14/96 | 40 |
| 104 | 04/04/96 | Detail Clarification | 04/09/96 | 05/14/96 | 05/14/96 | 40 |
| 105 | 04/04/96 | Drawing Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 43 |
| 106 | 04/04/96 | Drawing Clarification | 04/09/96 | 05/14/96 | 05/14/96 | 40 |
| 107 | 04/04/96 | Detail Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 43 |
| 108 | 04/04/96 | Dimension Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 43 |
| 109 | 04/04/96 | Dimension Clarification | 04/09/96 | 07/05/96 | 07/09/96 | 96 |
| 110 | 04/04/96 | Detail Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 43 |
| 111 | 04/04/96 | Detail Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 43 |
| 112 | 04/04/96 | Drawing Note Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 43 |
| 113 | 04/04/96 | Drawing Note Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 43 |
| 114 | 04/04/96 | Drawing Note Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 43 |
| 115 | 04/04/96 | Drawing Note Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 43 |
| 116 | 04/04/96 | Drawing Note Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 43 |
| 117 | 04/04/96 | Drawing Note Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 43 |
| 118 | 04/04/96 | Material Size Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 43 |
| 119 | 04/05/96 | Material Size Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 42 |
| 120 | 04/05/96 | Drawing Note Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 42 |
| 121 | 04/05/96 | Drawing Note Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 42 |
| 122 | 04/05/96 | Drawing Note Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 42 |
| 123 | 04/05/96 | Drawing Note Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 42 |
| 124 | 04/05/96 | Detail Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 42 |
| 125 | 04/05/96 | Detail Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 42 |
| 126 | 04/05/96 | Dimension Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 42 |
| 127 | 04/05/96 | Dimension Clarification | 04/09/96 | 06/17/96 | 06/20/96 | 76 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 128 | 04/05/96 | Detail Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 42 |
| 129 | 04/05/96 | Detail Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 42 |
| 130 | 04/05/96 | Detail Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 42 |
| 131 | 04/05/96 | Alternate Detail Request | 04/09/96 | 05/16/96 | 05/17/96 | 42 |
| 132 | 04/05/96 | Detail Clarification | 04/09/96 | 05/20/96 | 05/22/96 | 47 |
| 133 | 04/05/96 | Detail Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 42 |
| 134 | 04/05/96 | Detail Clarification | 04/09/96 | 05/20/96 | 05/22/96 | 47 |
| 135 | 04/05/96 | Detail Clarification | 04/09/96 | 05/20/96 | 05/22/96 | 47 |
| 136 | 04/05/96 | Detail Clarification | 04/09/96 | 05/20/96 | 05/22/96 | 47 |
| 137 | 04/05/96 | Detail Clarification | 04/09/96 | 05/20/96 | 05/22/96 | 47 |
| 138 | 04/05/96 | Detail Clarification | 04/09/96 | 05/20/96 | 05/22/96 | 47 |
| 139 | 04/05/96 | Detail Clarification | 04/09/96 | 05/20/96 | 05/22/96 | 47 |
| 140 | 04/05/96 | Detail Clarification | 04/09/96 | 05/20/96 | 05/22/96 | 47 |
| 141 | 04/05/96 | Detail Clarification | 04/09/96 | 05/20/96 | 05/22/96 | 47 |
| 142 | 04/05/96 | Dimension Clarification | 04/09/96 | 05/20/96 | 05/22/96 | 47 |
| 143 | 04/08/96 | Dimension Clarification | 04/09/96 | 05/20/96 | 05/22/96 | 44 |
| 144 | 04/08/96 | Detail Clarification | 04/09/96 | 05/20/96 | 05/22/96 | 44 |
| 145 | 04/08/96 | Dimension Clarification | 04/09/96 | 05/20/96 | 05/22/96 | 44 |
| 146 | 04/08/96 | Dimension Clarification | 04/09/96 | 06/10/96 | 06/12/96 | 65 |
| 147 | 04/16/96 | Ductbank Clarification | 04/16/96 | 04/24/96 | NA | |
| 148 | 04/16/96 | Manhole Obstruction | 04/16/96 | 04/24/96 | NA | |
| 149 | 04/09/96 | Detail Clarification | 05/01/96 | 05/23/96 | 05/30/96 | 51 |
| 150 | 04/09/96 | Detail Clarification | 05/21/96 | 06/10/96 | 06/12/96 | 64 |
| 151 | 04/09/96 | Detail Clarification | 05/01/96 | 05/24/96 | 05/30/96 | 51 |
| 152 | 04/09/96 | Material Change Request | 05/16/96 | 05/24/96 | 05/30/96 | 51 |
| 153 | 04/09/96 | Material Clarification | 05/21/96 | 05/24/96 | 05/30/96 | 51 |
| 154 | 04/09/96 | Detail Change Request | 06/04/96 | 06/11/96 | 06/12/96 | 64 |
| 155 | 04/11/96 | Drawing Clarification | 05/01/96 | 05/23/96 | 05/30/96 | 49 |
| 156 | 04/11/96 | Elevation Clarification | 05/01/96 | 05/23/96 | 05/30/96 | 49 |
| 157 | 04/11/96 | Drawing Clarification | 05/01/96 | 06/17/96 | 06/20/96 | 70 |
| 158 | 04/11/96 | Drawing Clarification | 05/01/96 | 05/23/96 | 05/30/96 | 49 |
| 159 | 04/11/96 | Detail Clarification | 05/01/96 | 05/23/96 | 05/30/96 | 49 |
| 160 | 04/11/96 | Detail Clarification | 05/01/96 | 05/23/96 | 05/30/96 | 49 |
| 161 | 04/11/96 | Detail Clarification | NA | 05/24/96 | 06/12/96 | 62 |
| 162 | 04/11/96 | Connection Clarification | 05/01/96 | NA | NA | |
| 162R1 | 05/30/96 | Detail Clarification | 06/04/96 | 07/23/96 | 07/26/96 | 57 |
| 163 | 04/11/96 | Detail Change Request | 05/16/96 | 06/11/96 | 06/12/96 | 62 |
| 164 | 04/11/96 | Detail Clarification | 05/24/96 | 06/11/96 | 06/12/96 | 62 |
| 165 | 04/11/96 | Drawing Clarification | 05/21/96 | 06/11/96 | 06/12/96 | 62 |
| 166 | 04/17/96 | Detail Clarification | 06/04/96 | 06/11/96 | 06/12/96 | 56 |
| 166R1 | 05/30/96 | Detail Clarification | 06/04/96 | NA | NA | |
| 167 | 04/17/96 | Drawing Clarification | 05/01/96 | 05/24/96 | 05/30/96 | 43 |
| 168 | 04/17/96 | Detail Clarification | 06/04/96 | 06/11/96 | 06/12/96 | 56 |
| 169 | 04/17/96 | Drawing Clarification | 05/21/96 | 05/29/96 | 05/30/96 | 43 |
| 170 | 04/17/96 | Drawing Clarification | 05/21/96 | 06/10/96 | 06/12/96 | 56 |
| 171 | 04/17/96 | Detail Clarification | 05/01/96 | 05/20/96 | 05/22/96 | 35 |
| 172 | 04/19/96 | Detail Clarification | 05/01/96 | 05/24/96 | 05/30/96 | 41 |
| 173 | 04/19/96 | Dimension Clarification | 05/01/96 | 05/24/96 | 05/30/96 | 41 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 174 | 04/24/96 | Dimension Clarification | 05/21/96 | 06/10/96 | 06/11/96 | 48 |
| 175 | 04/24/96 | Drawing Clarification | 05/01/96 | 05/24/96 | 05/30/96 | 36 |
| 176 | 04/24/96 | Drawing Clarification | 05/01/96 | 05/24/96 | 05/30/96 | 36 |
| 177 | 04/24/96 | Drawing Clarification | 05/01/96 | 05/24/96 | 05/30/96 | 36 |
| 178 | 04/24/96 | Detail Clarification | NA | 05/24/96 | 06/12/96 | 49 |
| 179 | 04/29/96 | Detail Clarification | 05/01/96 | 05/20/96 | 05/24/96 | 25 |
| 180 | 04/29/96 | Detail Clarification | 05/01/96 | 05/20/96 | 05/24/96 | 25 |
| 181 | 04/29/96 | Detail Clarification | 05/01/96 | 05/20/96 | 05/24/96 | 25 |
| 182 | NA | Safety Sign Location | 05/13/96 | 05/16/96 | NA | |
| 183 | 05/14/96 | Specification Clarification | 05/14/96 | 05/20/96 | 05/24/96 | 10 |
| 184 | 05/14/96 | Detail Clarification | 05/14/96 | 06/18/96 | 06/28/96 | 45 |
| 185 | 05/14/96 | Detail Clarification | 05/14/96 | 06/18/96 | 06/28/96 | 45 |
| 186 | NA | New Drive Area | 05/23/96 | 05/24/96 | NA | |
| 187 | 04/24/96 | Voided | NA | NA | NA | |
| 188 | 04/24/96 | Detail Clarification | 06/04/96 | 06/10/96 | 06/12/96 | 49 |
| 189 | 04/29/96 | Detail Clarification | 06/04/96 | 07/03/96 | 07/09/96 | 71 |
| 190 | 04/29/96 | Detail Clarification | 06/04/96 | 07/03/96 | 07/09/96 | 71 |
| 191 | 04/29/96 | Schedule Clarification | 06/04/96 | 06/10/96 | 06/12/96 | 44 |
| 192 | 04/30/96 | Detail Clarification | 06/04/96 | 07/05/96 | 07/09/96 | 70 |
| 193 | 04/30/96 | Elevation Clarification | 06/04/96 | 07/03/96 | 07/09/96 | 70 |
| 194 | 04/30/96 | Elevation Clarification | 06/04/96 | 06/10/96 | 06/12/96 | 43 |
| 195 | 04/30/96 | Elevation Clarification | 06/04/96 | 06/10/96 | 06/12/96 | 43 |
| 196 | 04/30/96 | Elevation Clarification | 06/04/96 | 07/03/96 | 07/09/96 | 70 |
| 197 | 04/30/96 | Material Clarification | 06/04/96 | 07/03/96 | 07/09/96 | 70 |
| 198 | 05/01/96 | Material Clarification | 06/04/96 | 07/03/96 | 07/09/96 | 69 |
| 199 | 05/01/96 | Detail Clarification | 06/04/96 | 07/03/96 | 07/09/96 | 69 |
| 200 | 05/01/96 | Location Verification | 06/04/96 | 08/13/96 | 08/13/96 | 104 |
| 201 | NA | Service Drive | 06/04/96 | 09/04/96 | NA | |
| 202 | 05/15/96 | Rustifcation joint | 06/04/96 | 07/12/96 | 07/16/96 | 62 |
| 203 | NA | Existing water valve | 06/04/96 | 06/10/96 | NA | |
| 204 | 05/01/96 | Detail Clarification | 06/04/96 | 07/05/96 | 07/09/96 | 69 |
| 205 | 04/05/96 | Detail Clarification | 06/04/96 | 07/03/96 | 07/09/96 | 95 |
| 206 | 03/22/96 | Dimension Clarification | 06/04/96 | 07/05/96 | 07/09/96 | 109 |
| 207 | 05/10/96 | Dimension Clarification | NA | NA | NA | |
| 208 | 04/12/96 | Schedule Clarification | 06/04/96 | 07/03/96 | 07/09/96 | 88 |
| 209 | 04/12/96 | Schedule Clarification | 06/04/96 | 06/10/96 | 06/12/96 | 61 |
| 210 | 06/05/96 | Request for Deviation | 06/06/96 | 06/11/96 | 07/01/96 | 26 |
| 211 | 06/05/96 | Detail Clarification | 06/10/96 | 07/05/96 | 07/09/96 | 34 |
| 212 | 05/01/96 | Elevation Clarification | 06/10/96 | 06/28/96 | 07/02/96 | 62 |
| 213 | ^05/02/96 | Detail Clarification | 06/10/96 | 09/09/96 | 09/09/96 | |
| 214 | 05/06/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 71 |
| 215 | 05/09/96 | Detail Clarification | 06/10/96 | 06/13/96 | 06/20/96 | 42 |
| 216 | 05/09/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 68 |
| 217 | 05/09/96 | Dimension Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 68 |
| 218 | 05/10/96 | Dimension Clarification | 06/10/96 | 07/05/96 | 07/09/96 | 60 |
| 219 | 05/10/96 | Dimension Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 67 |
| 220 | 05/10/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 67 |
| 221 | 05/14/96 | Dimension Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 63 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 222 | 05/14/96 | Detail Clarification | 06/10/96 | 06/13/96 | 06/20/96 | 37 |
| 223 | 05/02/96 | Dimension Clarification | 06/10/96 | 10/01/96 | 10/03/96 | 154 |
| 224 | 05/14/96 | Dimension Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 63 |
| 225 | 05/14/96 | Dimension Clarification | 06/10/96 | 06/17/96 | 06/20/96 | 37 |
| 226 | 05/14/96 | Dimension Clarification | 06/10/96 | 06/17/96 | 06/20/96 | 37 |
| 227 | 05/14/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 63 |
| 228 | 05/15/96 | Dimension Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 62 |
| 229 | 05/15/96 | Detail Clarification | 06/10/96 | 06/28/96 | 07/02/96 | 48 |
| 230 | 05/15/96 | Dimension Clarification | 06/10/96 | 06/13/96 | 06/20/96 | 36 |
| 231 | 05/21/96 | Dimension Clarification | 06/10/96 | 06/17/96 | 06/20/96 | 30 |
| 232 | 05/21/96 | Detail Clarification | 06/10/96 | 06/17/96 | 06/20/96 | 30 |
| 233 | 05/21/96 | Detail Clarification | 06/10/96 | 06/17/96 | 06/20/96 | 30 |
| 234 | 05/21/96 | Detail Clarification | 06/10/96 | 06/28/96 | 07/02/96 | 42 |
| 235 | 05/22/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 55 |
| 236 | 05/22/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 55 |
| 237 | 05/22/96 | Dimension Clarification | 06/10/96 | 08/02/96 | 08/08/96 | 78 |
| 238 | 05/22/96 | Dimension Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 55 |
| 239 | 05/22/96 | Dimension Clarification | 06/10/96 | 06/17/96 | 06/20/96 | 29 |
| 240 | 05/22/96 | Dimension Clarification | 06/10/96 | 06/17/96 | 06/20/96 | 29 |
| 241 | 05/22/96 | Detail Clarification | 06/10/96 | 06/17/96 | 06/20/96 | 29 |
| 242 | 05/22/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 55 |
| 243 | 05/22/96 | Dimension Clarification | 06/10/96 | 06/13/96 | 06/20/96 | 29 |
| 244 | 05/22/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 55 |
| 245 | 05/22/96 | Detail Clarification | 06/10/96 | 06/13/96 | 06/20/96 | 29 |
| 246 | 05/22/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 55 |
| 247 | 05/22/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 55 |
| 248 | 05/22/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 55 |
| 249 | 05/22/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 55 |
| 250 | 05/22/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 55 |
| 251 | 05/22/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 55 |
| 252 | 05/22/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 55 |
| 253 | 05/22/96 | Detail Clarification | 06/10/96 | 07/10/96 | 07/10/96 | 49 |
| 254 | 05/22/96 | Detail Clarification | 06/10/96 | 08/07/96 | 08/08/96 | 78 |
| 255 | 05/23/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 54 |
| 256 | 05/23/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 54 |
| 257 | 05/23/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 54 |
| 258 | 05/23/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 54 |
| 259 | 05/23/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 54 |
| 260 | 05/23/96 | Detail Clarification | 06/10/96 | 0712/96 | 07/16/96 | 54 |
| 261 | 05/23/96 | Dimension Clarification | 06/10/96 | 07/03/96 | 07/09/96 | 47 |
| 262 | 05/23/96 | Detail Clarification | 06/10/96 | 07/03/96 | 07/09/96 | 47 |
| 263 | 05/23/96 | Detail Clarification | 06/10/96 | 07/16/96 | 07/26/96 | 64 |
| 264 | 05/23/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 54 |
| 265 | 05/23/96 | Detail Clarification | 06/10/96 | 07/05/96 | 07/09/96 | 47 |
| 266 | 05/23/96 | Request for change | 06/11/96 | 07/22/96 | 07/26/96 | 64 |
| 267 | 05/23/96 | Request for change | 06/11/96 | 07/22/96 | 07/26/96 | 64 |
| 268 | 06/10/96 | Detail Clarification | 06/11/96 | 06/13/96 | NA | |
| 268R1 | 06/10/96 | Detail Clarification | 07/01/96 | 10/11/96 | 10/15/96 | 127 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 269 | 06/07/96 | Detail Clarification | 06/11/96 | 09/13/96 | 09/23/96 | 108 |
| 270 | 06/12/96 | Electrical Clarification | 06/12/96 | 07/05/96 | 07/09/96 | 27 |
| 271 | 06/20/96 | Plumbing | 06/20/96 | 06/28/96 | NA | |
| 272 | 06/20/96 | Electrical Clarification | 06/20/96 | 07/12/96 | 07/16/96 | 26 |
| 273 | 06/20/96 | Electrical Clarification | 06/20/96 | 07/23/96 | 07/24/96 | 34 |
| 274 | 06/20/96 | Electrical Clarification | 06/20/96 | 07/16/96 | 07/26/96 | 36 |
| 275 | 06/20/96 | Electrical Clarification | 06/20/96 | 07/05/96 | 07/09/96 | 19 |
| 276 | 06/20/96 | Electrical Clarification | 06/20/96 | 07/05/96 | 07/09/96 | 19 |
| 277 | 06/20/96 | Electrical Clarification | 06/20/96 | 07/05/96 | 07/09/96 | 19 |
| 278 | 06/20/96 | Electrical Clarification | 06/20/96 | 07/05/96 | 07/09/96 | 19 |
| 279 | 06/20/96 | Electrical Clarification | 06/20/96 | 07/05/96 | 07/09/96 | 19 |
| 280 | 06/20/96 | Electrical Clarification | 06/20/96 | 07/05/96 | 07/09/96 | 19 |
| 281 | 06/20/96 | Electrical Clarification | 06/20/96 | 07/05/96 | 07/09/96 | 19 |
| 282 | 05/02/96 | Detail Clarification | 07/01/96 | 08/02/96 | 08/08/96 | 98 |
| 283 | 06/06/96 | Splice at Non-Moment | 07/01/96 | 08/02/96 | 08/08/96 | 63 |
| 284 | 05/23/96 | Detail Clarification | 07/01/96 | 09/10/96 | 09/24/96 | 124 |
| 285 | 05/30/96 | Request for change /clarification | 07/01/96 | | | |
| 286 | 05/28/96 | Detail Clarification | 07/01/96 | 10/30/96 | 11/12/96 | 168 |
| 287 | 05/29/96 | Request for drawings | 07/01/96 | 08/06/96 | 08/13/96 | 76 |
| 288 | 06/10/96 | Detail Clarification | 07/01/96 | 07/05/96 | 07/09/96 | 29 |
| 289 | 06/12/96 | Detail Clarification | 07/01/96 | 07/05/96 | 07/09/96 | 27 |
| 290 | NA | Specification clarification | 07/01/96 | 08/09/96 | 08/13/96 | |
| 291 | 06/18/96 | Detail Clarification | 07/01/96 | 10/11/96 | 10/15/96 | 119 |
| 292 | 06/19/96 | Detail Clarification | 07/01/96 | 08/02/96 | 08/08/96 | 50 |
| 293 | 05/15/96 | Detail Clarification | 07/01/96 | 08/06/96 | 08/08/96 | 85 |
| 294 | 05/15/96 | Detail Clarification | 07/01/96 | 08/06/96 | 08/08/96 | 85 |
| 295 | 06/19/96 | Dimension Clarification | 07/01/96 | 08/06/96 | 08/08/96 | 50 |
| 296 | 05/10/96 | Dimension Clarification | 07/01/96 | 08/06/96 | 08/08/96 | 90 |
| 297 | 05/15/96 | Detail Clarification | 07/01/96 | 08/07/96 | 08/08/96 | 85 |
| 298 | 05/09/96 | Detail Clarification | 07/01/96 | 09/09/96 | 09/09/96 | 123 |
| 299 | 05/09/96 | Detail Clarification | 07/01/96 | 08/07/96 | 08/08/96 | 91 |
| 300 | 05/06/96 | Dimension Clarification | 07/01/96 | 08/06/96 | 08/08/96 | 94 |
| 301 | 05/21/96 | Detail Clarification | 07/01/96 | 08/06/96 | 08/08/96 | 79 |
| 302 | 05/21/96 | Detail Clarification | 07/01/96 | 08/06/96 | 08/08/96 | 79 |
| 303 | 05/15/96 | Detail Clarification | 07/01/96 | 08/06/96 | 08/08/96 | 85 |
| 304 | 05/14/96 | Detail Clarification | 07/01/96 | 08/06/96 | 08/08/96 | 86 |
| 305 | 05/15/96 | Detail Clarification | 07/01/96 | 08/06/96 | 08/08/96 | 85 |
| 306 | 05/15/96 | Material Clarification | 07/01/96 | 08/06/96 | 08/08/96 | 85 |
| 307 | 05/15/96 | Material Clarification | 07/01/96 | 08/06/96 | 08/08/96 | 85 |
| 308 | 05/14/96 | Dimension Clarification | 07/01/96 | 10/09/96 | 10/15/96 | 154 |
| 309 | 05/22/96 | Detail Clarification | 07/01/96 | | | |
| 310 | 05/01/96 | Detail Clarification | 07/01/96 | 07/03/96 | 07/09/96 | 69 |
| 311 | 06/19/96 | Detail Clarification | 07/01/96 | 08/06/96 | 08/08/96 | 50 |
| 312 | 06/19/96 | Detail Clarification | 07/01/96 | 08/13/96 | 08/13/96 | 55 |
| 313 | 06/19/96 | Detail Clarification | 07/01/96 | 08/07/96 | 08/08/96 | 50 |
| 314 | 07/01/96 | Service Yard | 07/01/96 | 07/25/96 | NA | |
| 315 | 06/17/96 | Dimension Clarification | 07/10/96 | 10/02/96 | 10/03/96 | 108 |