| | | | | | | |
|---|---|---|---|---|---|---|
| 316 | 06/20/96 | Dimension Clarification | 07/10/96 | 10/02/96 | 10/03/96 | 105 |
| 317 | 06/20/96 | Dimension Clarification | 07/10/96 | 08/16/96 | 08/16/96 | 57 |
| 318 | 06/19/96 | Dimension Clarification | 07/10/96 | 10/09/96 | 10/15/96 | 118 |
| 319 | 06/11/96 | Dimension Clarification | 07/10/96 | 10/09/96 | 10/15/96 | 126 |
| 320 | 07/01/96 | Dimension Clarification | 07/10/96 | 10/09/96 | 10/15/96 | 106 |
| 321 | 07/03/96 | Detail Clarification | 07/03/96 | 07/10/96 | 07/16/96 | 13 |
| 322 | 07/03/96 | Generator Question | 07/03/96 | 07/11/96 | 07/16/96 | 13 |
| 323 | 07/03/96 | Generator Question | 07/03/96 | 07/11/96 | 07/16/96 | 13 |
| 324 | 07/02/96 | Dimension Clarification | 07/10/96 | 10/02/96 | 10/03/96 | 93 |
| 325 | 07/04/96 | Detail Clarification | 07/16/96 | 07/25/96 | 07/26/96 | 22 |
| 325R1 | 08/08/96 | Detail Clarification | 08/19/96 | 08/22/96 | 08/26/96 | 18 |
| 325R2 | 09/12/96 | Detail Clarification | 09/12/96 | 09/19/96 | 09/23/96 | 11 |
| 326 | 07/08/96 | Dimension Clarification | 07/10/96 | 10/02/96 | 10/03/96 | 87 |
| 327 | 07/08/96 | Dimension Clarification | 07/10/96 | 10/02/96 | 10/03/96 | 87 |
| 328 | 07/10/96 | Dimension Clarification | 07/10/96 | 10/03/96 | 10/15/96 | 97 |
| 329 | 07/03/96 | Dimension Clarification | 07/10/96 | 08/08/96 | 08/08/96 | 36 |
| 330 | 07/10/96 | Detail Clarification | 07/16/96 | 07/25/96 | 07/26/96 | 16 |
| 331 | 07/17/96 | Detail Clarification | 07/17/96 | 08/19/96 | NA | |
| 332 | 07/17/96 | Dimension Clarification | 07/19/96 | 07/23/96 | NA | |
| 333 | 06/21/96 | Dimension Clarification | 07/23/96 | 10/01/96 | 10/03/96 | 104 |
| 334 | 06/18/96 | Detail Clarification | 07/18/96 | 10/11/96 | 10/15/96 | 119 |
| 335 | 07/11/96 | Request | 07/18/96 | 10/23/96 | 10/29/96 | 110 |
| 336 | 07/17/96 | Detail Clarification | 07/18/96 | 10/23/96 | 10/29/96 | 104 |
| 336 | 07/17/96 | Detail Clarification | 07/18/96 | 11/04/96 | 11/12/96 | 118 |
| 337 | 07/18/96 | Detail Clarification | 07/18/96 | 10/03/96 | 10/15/96 | 89 |
| 338 | 07/18/96 | Detail Clarification | 07/18/96 | 09/09/96 | 09/09/96 | 53 |
| 339 | 07/18/96 | Detail Clarification | 07/19/96 | 09/09/96 | 09/09/96 | 53 |
| 340 | 06/17/96 | Detail Clarification | 07/19/96 | | | |
| 341 | 06/17/96 | Dimension Clarification | NA | NA | 07/23/96 | 36 |
| 342 | 07/15/96 | Dimension Clarification | NA | NA | 07/17/96 | 2 |
| 343 | 07/23/96 | Current Rating | 07/24/96 | 07/24/96 | 07/24/96 | 1 |
| 344 | 07/25/96 | Plaster Ceiling Trans. Room | 07/25/96 | 08/23/96 | NA | |
| 345 | 07/25/96 | Request for CADD Disks, As-Builts | 07/25/96 | 08/09/96 | 08/09/96 | 15 |
| 346 | 07/25/96 | Eave at Generator Room | 07/25/96 | 08/01/96 | NA | |
| 347 | 07/26/96 | Handicapped Handrail | 07/26/96 | 08/22/96 | NA | |
| 348 | 07/30/96 | Clarification to Submittal Comments | 07/30/96 | 11/04/96 | 11/12/96 | 105 |
| 349 | 07/31/96 | Finish Clarification | 07/31/96 | 09/13/96 | NA | |
| 350 | 07/31/96 | Construction Clarification | 07/31/96 | 08/26/96 | NA | |
| 351 | 07/25/96 | Electrical Const.Clarification | 08/02/96 | 08/26/96 | 08/27/96 | 33 |
| 352 | 07/25/96 | Electrical Const.Clarification | 08/02/96 | 09/19/96 | 09/23/96 | 60 |
| 353 | 07/25/96 | Electrical Const.Clarification | 08/02/96 | 08/26/96 | 08/27/96 | 33 |
| 354 | 07/25/96 | Electrical Const.Clarification | 08/02/96 | 08/28/96 | 08/28/96 | 34 |
| 355 | 07/25/96 | Electrical Const.Clarification | 08/02/96 | 09/04/96 | 09/10/96 | 47 |
| 356 | 07/25/96 | Electrical Const.Clarification | 08/02/96 | 11/06/96 | 11/12/96 | 110 |
| 357 | 07/25/96 | Electrical Const.Clarification | 08/02/96 | 08/26/96 | 08/26/96 | 32 |
| 358 | 07/25/96 | Electrical Const.Clarification | 08/02/96 | 08/08/96 | 08/13/96 | 19 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 359 | 08/08/96 | Construction Clarification | 08/08/96 | 08/09/96 | NA | |
| 360 | 08/09/96 | Electrical Const.Clarification | 08/12/96 | 08/28/96 | 08/28/96 | 19 |
| 361 | 08/08/96 | Electrical Const.Clarification | 08/12/96 | 08/15/96 | 08/16/96 | 8 |
| 362 | 08/08/96 | Electrical Const.Clarification | 08/12/96 | 08/15/96 | 08/16/96 | 8 |
| 363 | 08/08/96 | Electrical Const.Clarification | 08/12/96 | 10/08/96 | 10/15/96 | 68 |
| 364 | 08/08/96 | Electrical Const.Clarification | 08/12/96 | 10/08/96 | 10/15/96 | 68 |
| 365 | 08/17/96 | Dimension Clarification | 08/19/96 | 09/10/96 | 09/24/96 | 38 |
| 366 | 08/27/96 | Curb Section Clarification | 08/27/96 | 08/29/96 | NA | |
| 367 | 08/29/96 | Door & Louver Clarification | 08/29/96 | 10/04/96 | 10/15/96 | 47 |
| 368 | 09/03/96 | Wall and Door Clarification | 09/03/96 | 10/04/96 | 10/15/96 | 42 |
| 369 | 08/22/96 | Drawing Clarification | 09/04/96 | 10/07/96 | 10/15/96 | 54 |
| 370 | 09/06/96 | Door Elevation Clarification | 09/06/96 | 09/30/96 | 10/03/96 | 27 |
| 371 | 09/13/96 | Door & Louver Clarification | 09/17/96 | 10/07/96 | 10/15/96 | 32 |
| 372 | 09/04/96 | Detail Revision | 09/19/96 | 10/07/96 | 10/15/96 | 41 |
| 373 | 09/04/96 | Channel and Angle Locations | 09/19/96 | 09/24/96 | 10/03/96 | 29 |
| 374 | 09/04/96 | Beam Clarification | 09/19/96 | 10/07/96 | 10/15/96 | 41 |
| 375 | 09/20/96 | Louver Clarification | 09/20/96 | 10/29/96 | NA | |
| 376 | 09/23/96 | Dimension Clarification | 09/23/96 | 10/07/96 | 10/15/96 | 22 |
| 377 | 09/04/96 | FCO Request | 09/24/96 | 09/24/96 | 09/24/96 | 20 |
| 378 | 10/04/96 | Structural Conflict | 10/09/96 | 11/04/96 | 11/12/96 | 39 |
| 379 | 10/04/96 | Electrical Const.Clarification | 10/10/96 | 10/22/96 | 10/29/96 | 25 |
| 380 | 10/04/96 | Electrical Const.Clarification | 10/10/96 | 10/22/96 | 10/29/96 | 25 |
| 381 | 10/04/96 | Electrical Const.Clarification | 10/10/96 | 10/22/96 | 10/29/96 | 25 |
| 382 | 10/04/96 | Electrical Const.Clarification | 10/10/96 | 10/22/96 | 10/29/96 | 25 |
| 383 | 10/04/96 | Electrical Const.Clarification | 10/10/96 | 10/22/96 | 10/29/96 | 25 |
| 384 | 10/14/96 | Fire Protection | 10/02/96 | | | |
| 385 | 10/17/96 | Stair Clarification | 10/21/96 | 10/25/96 | 10/29/96 | 12 |
| 386 | 10/01/96 | Structural Conflict | 10/25/96 | 10/29/96 | NA | |
| 387 | 10/23/96 | Handrail Clarification | 10/25/96 | | | |
| 388 | 10/29/96 | Pump Sche. Discrepancies | 10/29/96 | 11/04/96 | NA | |
| 389 | 11/05/96 | Request for Room Locations | 11/07/96 | | | |
| 390 | 10/29/96 | Circuit Breaker | 10/31/96 | | | |
| 391 | 10/29/96 | Photocell | 10/31/96 | | | |
| 392 | 10/29/96 | MCC Rating | 10/31/96 | | | |
| 393 | 11/05/96 | Request for Room Locations | 11/07/96 | | | |
| 394 | 11/07/96 | Support Locations | 11/12/96 | | | |
| 395 | 11/07/96 | Section Clarification | 11/12/96 | | | |
| 396 | 11/07/96 | Base Plate | 11/12/96 | | | |
| 397 | 11/11/96 | Paint Verifications | 11/12/96 | | | |

## B. Steel Service RFI and Response Time

The RFI list is only through RFI#397. The critical time with Steel Service was the Spring of 1996. Once Steel Service had lost the shop time allotted, it was forced into a position of completely rescheduling the project. The raw materials necessary for performance was on hand. Once the shop time was lost the raw materials were stored. The cost to store and to re-handle would be incurred irrespective of when the fabrication would restart. The data represented by the above is summarized as to its delay impact in Section VIII.C.

| RFI Number | Date RFI Made | Need Date | Description | Date To SSC | Delay To SSC |
|---|---|---|---|---|---|
| 001 | 03/05/96 | NA | Request for struct. CADD Disk | 04/08/96 | 34 |
| 002 | 03/19/96 | NA | No section cut, detail required | 04/29/96 | 41 |
| 003 | 03/19/96 | NA | Dimension Error | 04/29/96 | 41 |
| 004 | 03/19/96 | NA | Dimension Error | 04/29/96 | 41 |
| 005 | 03/19/96 | NA | Detail Clarification | 04/29/96 | 41 |
| 006 | 03/19/96 | NA | Structural Clarification | 04/29/96 | 41 |
| 007 | 03/19/96 | NA | Addendum Question | 04/29/96 | 41 |
| 008 | 03/19/96 | NA | Detail Clarification | 04/29/96 | 41 |
| 009 | 03/19/96 | NA | Addendum Question | 04/29/96 | 41 |
| 010 | 03/19/96 | NA | Addendum Question | 04/29/96 | 41 |
| 011 | 03/19/96 | NA | Detail Clarification | 04/29/96 | 41 |
| 012 | 03/19/96 | NA | Structural Clarification | 04/29/96 | 41 |
| 013 | 03/19/96 | NA | Detail Clarification | 04/29/96 | 41 |
| 014 | 03/19/96 | NA | Detail Clarification | 04/29/96 | 41 |
| 015 | 03/19/96 | NA | Detail Clarification | 04/29/96 | 41 |
| 016 | 03/19/96 | NA | Detail Clarification | 04/29/96 | 41 |
| 017 | 03/19/96 | NA | Specification Clarification | 04/29/96 | 41 |
| 018 | 03/20/96 | 03/27/96 | Substation Request | 04/29/96 | 40 |
| 019 | 03/21/96 | 04/01/96 | Detail Clarification | 04/29/96 | 39 |
| 020 | 03/21/96 | 04/04/96 | Detail Clarification | 04/29/96 | 39 |
| 021 | 03/21/96 | 04/04/96 | Detail Clarification | 04/29/96 | 39 |
| 022 | 03/21/96 | 03/26/96 | Dimension Clarification | 04/29/96 | 39 |
| 023 | 03/21/96 | 03/28/96 | Detail Clarification | 05/13/96 | 53 |
| 024 | 03/21/96 | 03/28/96 | Detail Clarification | 05/13/96 | 53 |
| 025 | 03/21/96 | 03/28/96 | Detail Clarification | 04/29/96 | 39 |
| 027 | 03/21/96 | 04/01/96 | Detail Clarification | 04/29/96 | 39 |
| 028 | 03/21/96 | 03/26/96 | Detail Clarification | 04/29/96 | 39 |
| 029 | 03/21/96 | 03/25/96 | Elevation Clarification | 04/29/96 | 39 |

| | | | | | |
|---|---|---|---|---|---|
| 030 | 03/21/96 | 03/25/96 | Detail Clarification | 04/29/96 | 39 |
| 031 | 03/21/96 | 03/25/96 | Elevation Clarification | 05/08/96 | 48 |
| 032 | 03/21/96 | 03/25/96 | Drawing Clarification | 05/07/96 | 47 |
| 033 | 03/21/96 | 03/25/96 | Drawing Clarification | 05/07/96 | 47 |
| 034 | 03/21/96 | 03/25/96 | Elevation Clarification | 05/07/96 | 47 |
| 035 | 03/21/96 | 03/25/96 | Elevation Clarification | 05/07/96 | 47 |
| 036 | 03/21/96 | 03/25/96 | Elevation Clarification | 05/07/96 | 47 |
| 037 | 03/21/96 | 03/25/96 | Detail Clarification | 05/07/96 | 47 |
| 038 | 03/21/96 | 03/25/96 | Material Clarification | 05/08/96 | 48 |
| 039 | 03/21/96 | 03/25/96 | Elevation Clarification | 05/07/96 | 47 |
| 040 | 03/21/96 | 03/25/96 | Detail Clarification | 05/08/96 | 48 |
| 041 | 03/21/96 | 03/25/96 | Material Clarification | 05/07/96 | 47 |
| 042 | 03/21/96 | 03/25/96 | Elevation Clarification | 05/07/96 | 47 |
| 043 | 03/21/96 | 03/28/96 | Detail Clarification | 05/07/96 | 47 |
| 044 | 03/21/96 | 03/28/96 | Dimension Clarification | 05/08/96 | 48 |
| 045 | 03/21/96 | 04/04/96 | Detail Clarification | 05/07/96 | 47 |
| 046 | 03/21/96 | 04/04/96 | Detail Clarification | 05/07/96 | 47 |
| 047 | 03/21/96 | 04/04/96 | Detail Clarification | 05/07/96 | 47 |
| 048 | 03/21/96 | 04/04/96 | Detail Clarification | 05/07/96 | 47 |
| 049 | 03/21/96 | 03/28/96 | Detail Clarification | 05/07/96 | 47 |
| 050 | 03/21/96 | 03/28/96 | Detail Clarification | 05/07/96 | 47 |
| 051 | 03/21/96 | 04/08/96 | Detail Clarification | 05/13/96 | 53 |
| 052 | 03/21/96 | 04/08/96 | Detail Clarification | 05/13/96 | 53 |
| 053 | 03/21/96 | 04/08/96 | Detail Clarification | 05/13/96 | 53 |
| 054 | 03/21/96 | 04/08/96 | Elevation Clarification | 05/13/96 | 53 |
| 055 | 03/21/96 | 04/08/96 | Elevation Clarification | 05/13/96 | 53 |
| 056 | 03/21/96 | 04/08/96 | Detail Clarification | 05/13/96 | 53 |
| 057 | 03/22/96 | 03/28/96 | Dimension Clarification | 05/08/96 | 47 |
| 058 | 03/22/96 | 04/01/96 | Dimension Clarification | 05/08/96 | 47 |
| 059 | 03/22/96 | 03/28/96 | Dimension Clarification | 05/13/96 | 52 |
| 060 | 03/22/96 | 04/04/96 | Dimension Clarification | 05/08/96 | 47 |
| 060R1 | 03/22/96 | NA | Dimension Clarification | 06/12/96 | 82 |
| 061 | 03/22/96 | 04/04/96 | Dimension Clarification | 05/08/96 | 47 |
| 062 | 03/22/96 | 03/26/96 | Dimension Clarification | 07/09/96 | 109 |
| 063 | 03/22/96 | 03/26/96 | Dimension Clarification | 05/13/96 | 52 |
| 064 | 03/22/96 | 03/29/96 | Request for Detail Change | 05/13/96 | 52 |
| 065 | 03/22/96 | 03/29/96 | Request for Detail Change | 05/30/96 | 69 |
| 066 | 04/03/96 | 04/12/96 | Detail Clarification | 05/13/96 | 40 |
| 067 | 03/27/96 | 04/03/96 | Material Size Clarification | 05/13/96 | 47 |
| 068 | 03/27/96 | 04/03/96 | Dimension Clarification | 05/13/96 | 47 |
| 069 | 03/27/96 | 04/10/96 | Drawing Clarification | 05/13/96 | 47 |
| 070 | 03/27/96 | 04/04/96 | Detail Clarification | 05/13/96 | 47 |
| 071 | 03/27/96 | 04/04/96 | Detail Clarification | 05/13/96 | 47 |
| 072 | 03/27/96 | 04/04/96 | Elevation Clarification | 05/13/96 | 47 |
| 073 | 03/27/96 | 04/05/96 | Detail Clarification | 05/13/96 | 47 |
| 074 | 03/27/96 | 04/05/96 | Dimension Clarification | 05/13/96 | 47 |
| 075 | 03/28/96 | 04/05/96 | Detail Clarification | 05/13/96 | 46 |
| 076 | 03/28/96 | 04/05/96 | Detail Clarification | 05/13/96 | 46 |

### C. RFI Delay Conclusion

The Veterans Administration's Resident believes the Government should have 15 ays to respond to RFIs. The fact that Steel Service's RFIs are now approaching 400 should be ample evidence of the disruption caused by the defects in the lans and Specifications. If the Government had maintained a 15 day response, the delay would still have been significant. However, the response time was not 15 days, and for some RFIs was greater than 200 days. This chart amplifies the disaster for this project in respect to the defects in the design and time to respond to needed questions. Of significance is that of the Steel Service RFIs submitted, many of the numbers were combined by Caddell when forwarding to the VA. Therefore, the number of RFIs delayed is actually worse than shown below.

