| SEQ | DRAWING NUMBER | REV. | DETAIL | O.F.A. DATE | B.F.A. DATE | DURATION DAYS |
|---|---|---|---|---|---|---|
| 1 | 101 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 102 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 103 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 104 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 105 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 106 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 107 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 108 | 0 | T.S. | 12/9/96 | 1/15/97 | 37 |
| 1 | 109 | 0 | T.S. | 12/9/96 | 1/15/97 | 37 |
| 1 | 110 | 0 | V.DIAG. | 12/9/96 | 1/15/97 | 37 |
| 1 | 111 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 111 | 1 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 112 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 113 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 114 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 115 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 116 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 117 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 118 | 0 | EMBEDS | 12/9/96 | 1/15/97 | 37 |
| 1 | 119 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 120 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 121 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 122 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 123 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 124 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 125 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 126 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 127 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 128 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 129 | 0 | MISC | 12/9/96 | 1/15/97 | 37 |
| 1 | 130 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 131 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 131 | 1 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 132 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 133 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 133 | 1 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 134 | 0 | MISC | 12/9/96 | 1/15/97 | 37 |
| 1 | 135 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 136 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 137 | 1 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 138 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 139 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 140 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |

| SEQ | DRAWING NUMBER | REV | DETAIL | O.F.A. DATE | B.F.A. DATE | DURATION DAYS |
|---|---|---|---|---|---|---|
| 1 | 142 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 143 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 143 | 1 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 144 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 145 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 146 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 147 | 0 | CURB L | 12/9/96 | 1/15/97 | 37 |
| 1 | 148 | 0 | CURB L | 12/9/96 | 1/15/97 | 37 |
| 1 | 149 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 150 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 151 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 152 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 153 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 153 | 1 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 153 | 2 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 154 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 154 | 1 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 155 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 156 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 156 | 1 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 157 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 158 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 159 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 160 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 160 | 1 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 161 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 162 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 163 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 164 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 165 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 166 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 167 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 168 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 169 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 170 | 0 | CURB L | 12/9/96 | 1/15/97 | 37 |
| 1 | 171 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 172 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 173 | 0 | CURB PL | 12/9/96 | 1/15/97 | 37 |
| 1 | 174 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 175 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 175 | 1 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 176 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |

| SEQ | DRAWING NUMBER | REV | DETAIL | O.F.A. DATE | B.F.A. DATE | DURATION DAYS |
|---|---|---|---|---|---|---|
| 1 | 178 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 179 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 180 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 181 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 182 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 183 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 184 | 0 | MISC | 12/9/96 | 1/15/97 | 37 |
| 1 | 185 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 186 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 187 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 188 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 189 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 190 | 0 | FRAME | 12/9/96 | 1/15/97 | 37 |
| 1 | 191 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 191 | 1 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 192 | 0 | STUB COL | 12/9/96 | 1/15/97 | 37 |
| 1 | 193 | 1 | FR./ POST | 12/9/96 | 1/15/97 | 37 |
| 1 | 194 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 195 | 0 | FRAME | 12/9/96 | 1/15/97 | 37 |
| 1 | 195 | 1 | FRAME | 12/9/96 | 1/15/97 | 37 |
| 1 | 196 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 197 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 198 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 198 | 1 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 199 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 2101 | 0 | FRAME | 12/9/96 | 1/15/97 | 37 |
| 1 | 2102 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 2103 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 2104 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 2105 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 2106 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 2107 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 2108 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 2109 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 2110 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 2111 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 2111 | 1 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 2112 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 2113 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 2114 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 2115 | 0 | COLUMN | 12/9/96 | 1/15/97 | 37 |
| 1 | 2115 | 1 | COLUMN | 12/9/96 | 1/15/97 | 37 |

| SEQ | DRAWING NUMBER | REV | DETAIL | O.F.A. DATE | B.F.A. DATE | DURATION DAYS |
|---|---|---|---|---|---|---|
| 1 | 2117 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 2118 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 2119 | 0 | POST | 12/9/96 | 1/15/97 | 37 |
| 1 | 2120 | 0 | GIRT | 12/9/96 | 1/15/97 | 37 |
| 1 | 2121 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 2122 | 0 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 2122 | 1 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 2122 | 2 | BEAM | 12/9/96 | 1/15/97 | 37 |
| 1 | 2123 | 0 | FR/EMBED | 12/9/96 | 1/15/97 | 37 |
| 1 | 2124 | 0 | POST | 12/9/96 | 1/15/97 | 37 |
| 1 | 2125 | 0 | GIRT | 12/9/96 | 1/15/97 | 37 |
| 2 | 201 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 202 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 202 | 1 | BEAM | 10/22/96 | 5/30/97 | 220 |
| 2 | 203 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 204 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 205 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 206 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 207 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 208 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 209 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 210 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 211 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 212 | 0 | COLUMN | 10/22/96 | 2/19/97 | 120 |
| 2 | 212 | 1 | COLUMN | 6/13/97 | 6/30/97 | 17 |
| 2 | 213 | 0 | COLUMN | 10/22/96 | 2/19/97 | 120 |
| 2 | 214 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 215 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 216 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 217 | 0 | COLUMN | 10/22/96 | 2/19/97 | 120 |
| 2 | 218 | 0 | CURB L | 10/22/96 | 2/19/97 | 120 |
| 2 | 219 | 0 | CURB L | 10/22/96 | 2/19/97 | 120 |
| 2 | 220 | 0 | CURB L | 10/22/96 | 2/19/97 | 120 |
| 2 | 221 | 0 | CURB L | 10/22/96 | 2/19/97 | 120 |
| 2 | 222 | 0 | CURB L | 10/22/96 | 2/19/97 | 120 |
| 2 | 223 | 0 | CURB L | 10/22/96 | 2/19/97 | 120 |
| 2 | 224 | 0 | CURB L | 10/22/96 | 2/19/97 | 120 |
| 2 | 225 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 226 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 226 | 1 | BEAM | 10/22/96 | 5/30/97 | 220 |
| 2 | 227 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 228 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |

| SEQ | DRAWING NUMBER | REV | DETAIL | O.F.A. DATE | B.F.A. DATE | DURATION DAYS |
|---|---|---|---|---|---|---|
| 2 | 229 | 1 | BEAM | 10/22/96 | 5/30/97 | 220 |
| 2 | 230 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 230 | 1 | BEAM | 10/22/96 | 5/30/97 | 220 |
| 2 | 231 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 231 | 1 | BEAM | 10/22/96 | 5/30/97 | 220 |
| 2 | 232 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 232 | 1 | BEAM | 10/22/96 | 5/30/97 | 220 |
| 2 | 233 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 234 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 235 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 236 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 236 | 1 | BEAM | 10/22/96 | 5/30/97 | 220 |
| 2 | 237 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 237 | 1 | BEAM | 10/22/96 | 5/30/97 | 220 |
| 2 | 238 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 239 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 239 | 1 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 240 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 240 | 1 | BEAM | 10/22/96 | 5/30/97 | 220 |
| 2 | 241 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 241 | 1 | BEAM | 10/22/96 | 5/30/97 | 220 |
| 2 | 242 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 243 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 243 | 1 | BEAM | 10/22/96 | 5/30/97 | 220 |
| 2 | 244 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 245 | 0 | CURB L | 10/22/96 | 2/19/97 | 120 |
| 2 | 246 | 0 | CURB L | 10/22/96 | 2/19/97 | 120 |
| 2 | 247 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 248 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 248 | 1 | BEAM | 10/22/96 | 5/30/97 | 220 |
| 2 | 249 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 250 | 0 | POST | 10/22/96 | 2/19/97 | 120 |
| 2 | 250 | 1 | POST | 10/22/96 | 5/30/97 | 220 |
| 2 | 251 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 252 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 253 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 254 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 255 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 256 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 257 | 0 | STUB COL | 10/22/96 | 2/19/97 | 120 |
| 2 | 258 | 0 | FRAME | 10/22/96 | 2/19/97 | 120 |
| 2 | 258 | 1 | FRAME | 10/22/96 | 5/30/97 | 220 |

| SEQ | DRAWING NUMBER | REV | DETAIL | O.F.A. DATE | B.F.A. DATE | DURATION DAYS |
|---|---|---|---|---|---|---|
| 2 | 260 | 0 | COLUMN | 10/22/96 | 2/19/97 | 120 |
| 2 | 261 | 0 | COLUMN | 10/22/96 | 2/19/97 | 120 |
| 2 | 262 | 0 | COLUMN | 10/22/96 | 2/19/97 | 120 |
| 2 | 263 | 0 | COLUMN | 10/22/96 | 2/19/97 | 120 |
| 2 | 264 | 0 | COLUMN | 10/22/96 | 2/19/97 | 120 |
| 2 | 265 | 0 | COLUMN | 10/22/96 | 2/19/97 | 120 |
| 2 | 266 | 0 | COLUMN | 10/22/96 | 2/19/97 | 120 |
| 2 | 267 | 0 | COLUMN | 10/22/96 | 2/19/97 | 120 |
| 2 | 268 | 0 | COLUMN | 10/22/96 | 2/19/97 | 120 |
| 2 | 269 | 0 | COLUMN | 10/22/96 | 2/19/97 | 120 |
| 2 | 270 | 0 | COLUMN | 10/22/96 | 2/19/97 | 120 |
| 2 | 271 | 0 | COLUMN | 10/22/96 | 2/19/97 | 120 |
| 2 | 272 | 0 | COLUMN | 10/22/96 | 2/19/97 | 120 |
| 2 | 273 | 0 | COLUMN | 10/22/96 | 2/19/97 | 120 |
| 2 | 274 | 0 | COLUMN | 10/22/96 | 2/19/97 | 120 |
| 2 | 275 | 0 | COLUMN | 10/22/96 | 2/19/97 | 120 |
| 2 | 276 | 0 | COLUMN | 10/22/96 | 2/19/97 | 120 |
| 2 | 277 | 0 | COLUMN | 10/22/96 | 2/19/97 | 120 |
| 2 | 278 | 0 | COLUMN | 10/22/96 | 2/19/97 | 120 |
| 2 | 279 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 280 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 281 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 282 | 0 | BEAM | 10/22/96 | 2/19/97 | 120 |
| 2 | 283 | 0 | COLUMN | 6/13/97 | 6/30/97 | 17 |
| 3 | 301 | 0 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 302 | 0 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 303 | 0 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 304 | 0 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 305 | 0 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 306 | 0 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 307 | 0 | COLUMN | 2/3/97 | 3/3/97 | 28 |
| 3 | 308 | 0 | COLUMN | 2/3/97 | 3/3/97 | 28 |
| 3 | 309 | 0 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 310 | 0 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 311 | 0 | COLUMN | 2/3/97 | 3/3/97 | 28 |
| 3 | 312 | 0 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 313 | 0 | CURB L | 2/3/97 | 3/3/97 | 28 |
| 3 | 314 | 0 | CURB L | 2/3/97 | 3/3/97 | 28 |
| 3 | 315 | 0 | COLUMN | 2/3/97 | 3/3/97 | 28 |
| 3 | 315 | 1 | COLUMN | 2/3/97 | 3/3/97 | 28 |
| 3 | 316 | 0 | COLUMN | 2/3/97 | 3/3/97 | 28 |
| 3 | 317 | 0 | BEAM | 2/3/97 | 3/3/97 | 28 |

| SEQ | DRAWING NUMBER | REV | DETAIL | O.F.A. DATE | B.F.A. DATE | DURATION DAYS |
|---|---|---|---|---|---|---|
| 3 | 319 | 0 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 320 | 0 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 321 | 0 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 321 | 1 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 322 | 0 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 323 | 0 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 324 | 0 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 325 | 0 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 325 | 1 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 326 | 0 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 326 | 1 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 327 | 0 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 327 | 1 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 328 | 0 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 329 | 0 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 329 | 1 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 330 | 0 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 331 | 0 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 331 | 1 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 332 | 0 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 333 | 0 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 333 | 1 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 334 | 0 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 335 | 0 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 336 | 0 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 337 | 0 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 338 | 0 | BEAM | 2/3/97 | 3/3/97 | 28 |
| 3 | 339 | 0 | COLUMN | 2/3/97 | 3/3/97 | 28 |
| 3 | 340 | 0 | STUB COL | 2/3/97 | 3/3/97 | 28 |
| 3 | 341 | 0 | COLUMN | 2/3/97 | 3/3/97 | 28 |
| 3 | 342 | 0 | COLUMN | 2/3/97 | 3/3/97 | 28 |
| 3 | 343 | 0 | COLUMN | 2/3/97 | 3/3/97 | 28 |
| 3 | 344 | 0 | COLUMN | 2/3/97 | 3/3/97 | 28 |
| 3 | 345 | 0 | COLUMN | 2/3/97 | 3/3/97 | 28 |
| 3 | 346 | 0 | COLUMN | 2/3/97 | 3/3/97 | 28 |
| 3 | 347 | 0 | COLUMN | 2/3/97 | 3/3/97 | 28 |
| 3 | 348 | 0 | COLUMN | 2/3/97 | 3/3/97 | 28 |
| 3 | 349 | 0 | COLUMN | 2/3/97 | 3/3/97 | 28 |
| 3 | 350 | 0 | DIAG. | 2/3/97 | 3/3/97 | 28 |
| 3 | 351 | 0 | ANGLES | 8/18/97 | | |
| 4 | 401 | 0 | BEAM | 6/3/97 | 7/11/97 | 38 |
| 4 | 402 | 0 | BEAM | 6/3/97 | 7/11/97 | 38 |

| SEQ | DRAWING NUMBER | REV | DETAIL | O.F.A. DATE | B.F.A. DATE | DURATION DAYS |
|---|---|---|---|---|---|---|
| 4 | 404 | 0 | BEAM | 6/3/97 | 7/11/97 | 38 |
| 4 | 405 | 0 | GIRDER | 6/3/97 | 7/11/97 | 38 |
| 4 | 406 | 0 | GIRDER | 6/3/97 | 7/11/97 | 38 |
| 4 | 407 | 0 | COLUMN | 6/3/97 | 7/11/97 | 38 |
| 4 | 408 | 0 | COLUMN | 6/3/97 | 7/11/97 | 38 |
| 4 | 409 | 0 | BEAM | 6/3/97 | 7/11/97 | 38 |
| 4 | 410 | 0 | COLUMN | 6/3/97 | 7/11/97 | 38 |
| 4 | 411 | 0 | COLUMN | 6/3/97 | 7/11/97 | 38 |
| 4 | 412 | 0 | COLUMN | 6/3/97 | 7/11/97 | 38 |
| 4 | 413 | 0 | BEAM | 6/3/97 | 7/11/97 | 38 |
| 4 | 414 | 0 | BEAM | 6/3/97 | 7/11/97 | 38 |
| 4 | 415 | 0 | BEAM | 6/3/97 | 7/11/97 | 38 |
| 4 | 416 | 0 | CURB L | 6/3/97 | 7/11/97 | 38 |
| 4 | 417 | 0 | CURB L | 6/3/97 | 7/11/97 | 38 |
| 4 | 418 | 0 | BEAM | 6/3/97 | 7/11/97 | 38 |
| 4 | 419 | 0 | BEAM | 6/3/97 | 7/11/97 | 38 |
| 4 | 420 | 0 | BEAM | 6/3/97 | 7/11/97 | 38 |
| 4 | 421 | 0 | BEAM | 6/3/97 | 7/11/97 | 38 |
| 4 | 422 | 0 | BEAM | 6/3/97 | 7/11/97 | 38 |
| 4 | 423 | 0 | BEAM | 6/3/97 | 7/11/97 | 38 |
| 4 | 424 | 0 | BEAM | 6/3/97 | 7/11/97 | 38 |
| 4 | 425 | 0 | BEAM | 6/3/97 | 7/11/97 | 38 |
| 4 | 426 | 0 | BEAM | 6/3/97 | 7/11/97 | 38 |
| 4 | 427 | 0 | BEAM | 6/3/97 | 7/11/97 | 38 |
| 4 | 428 | 0 | BEAM | 6/3/97 | 7/11/97 | 38 |
| 4 | 429 | 0 | COLUMN | 6/3/97 | 7/11/97 | 38 |
| 4 | 430 | 0 | BEAM | 6/3/97 | 7/11/97 | 38 |
| 4 | 431 | 0 | BEAM | 6/3/97 | 7/11/97 | 38 |
| 4 | 432 | 0 | BEAM | 6/3/97 | 7/11/97 | 38 |
| 4 | 433 | 0 | BEAM | 6/3/97 | 7/11/97 | 38 |
| 4 | 434 | 0 | BEAM | 6/3/97 | 7/11/97 | 38 |
| 4 | 435 | 0 | BEAM | 6/3/97 | 7/11/97 | 38 |
| 4 | 436 | 0 | FRAME | 6/3/97 | 7/11/97 | 38 |
| 4 | 437 | 0 | GIRDER | 6/3/97 | 7/11/97 | 38 |
| 4 | 437 | 1 | GIRDER | 6/3/97 | 7/11/97 | 38 |
| 4 | 438 | 0 | BEAM | 6/3/97 | 7/11/97 | 38 |
| 4 | 439 | 0 | BEAM | 6/3/97 | 7/11/97 | 38 |
| 4 | 440 | 0 | BEAM | 6/3/97 | 7/11/97 | 38 |
| 4 | 441 | 0 | MISC | 6/3/97 | 7/11/97 | 38 |
| 4 | 442 | 0 | BEAM | 6/3/97 | 7/11/97 | 38 |
| 4 | 443 | 0 | BEAM | 6/3/97 | 7/11/97 | 38 |
| 4 | 444 | 0 | BEAM | 6/3/97 | 7/11/97 | 38 |