| SEQ | DRAWING NUMBER | REV | DETAIL | O.F.A. DATE | B.F.A. DATE | DURATION DAYS |
|---|---|---|---|---|---|---|
| 4 | 446 | 0 | COLUMN | 6/3/97 | 7/11/97 | 38 |
| 4 | 447 | 0 | COLUMN | 6/3/97 | 7/11/97 | 38 |
| 4 | 448 | 0 | COLUMN | 6/3/97 | 7/11/97 | 38 |
| 4 | 449 | 0 | COLUMN | 6/3/97 | 7/11/97 | 38 |
| 4 | 450 | 0 | COLUMN | 6/3/97 | 7/11/97 | 38 |
| 4 | 451 | 0 | COLUMN | 6/3/97 | 7/11/97 | 38 |
| 4 | 452 | 0 | COLUMN | 6/3/97 | 7/11/97 | 38 |
| 4 | 453 | 0 | COLUMN | 6/3/97 | 7/11/97 | 38 |
| 4 | 454 | 0 | COLUMN | 6/3/97 | 7/11/97 | 38 |
| 4 | 455 | 0 | COLUMN | 6/3/97 | 7/11/97 | 38 |
| 4 | 456 | 0 | GIRDER | 6/3/97 | 7/11/97 | 38 |
| 4 | 457 | 1 | STUB COL | 3/26/97 | 4/30/97 | 35 |
| 4 | 458 | 0 | STUB COL | 3/26/97 | 4/30/97 | 35 |
| 5 | 501 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 5 | 502 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 5 | 503 | 0 | GIRDER | 6/2/97 | 7/11/97 | 39 |
| 5 | 504 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 5 | 505 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 5 | 505 | 1 | BEAM | 6/2/97 | 7/11/97 | |
| 5 | 506 | 0 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 5 | 507 | 0 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 5 | 508 | 0 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 5 | 509 | 0 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 5 | 510 | 0 | BEAM | 6/2/97 | 7/11/97 | |
| 5 | 510 | 1 | BEAM | 6/2/97 | 7/11/97 | |
| 5 | 511 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 5 | 512 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 5 | 513 | 0 | BEAM | 6/2/97 | 7/11/97 | |
| 5 | 514 | 0 | FRAME | 6/2/97 | 7/11/97 | 39 |
| 5 | 515 | 0 | GIRDER | 6/2/97 | 7/11/97 | 39 |
| 5 | 515 | 1 | GIRDER | 6/2/97 | 7/11/97 | |
| 5 | 516 | 0 | MISC | 6/2/97 | 7/11/97 | 39 |
| 5 | 517 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 5 | 518 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 5 | 519 | 0 | COLUMN | 6/2/97 | 7/11/97 | |
| 5 | 519 | 1 | COLUMN | 6/2/97 | 7/11/97 | |
| 5 | 520 | 0 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 5 | 521 | 0 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 5 | 522 | 0 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 6 | 601 | 0 | FRAME | 4/14/97 | 5/15/97 | 31 |
| 6 | 602 | 0 | FRAME | 4/14/97 | 5/15/97 | 31 |
| 6 | 603 | 0 | GIRT | 4/14/97 | 5/15/97 | 31 |

| SEQ | DRAWING NUMBER | REV | DETAIL | O.F.A. DATE | B.F.A. DATE | DURATION DAYS |
|---|---|---|---|---|---|---|
| 6 | 605 | 0 | FRAME | 4/14/97 | 5/15/97 | 31 |
| 6 | 606 | 0 | FRAME | 4/14/97 | 5/15/97 | 31 |
| 6 | 607 | 0 | GIRT | 4/14/97 | 5/15/97 | 31 |
| 6 | 608 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 6 | 609 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 6 | 610 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 6 | 611 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 6 | 612 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 6 | 613 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 6 | 614 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 6 | 614 | 1 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 6 | 615 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 6 | 616 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 6 | 617 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 6 | 618 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 6 | 619 | 0 | CURB L | 4/14/97 | 5/15/97 | 31 |
| 6 | 620 | 0 | CURB L | 4/14/97 | 5/15/97 | 31 |
| 6 | 621 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 6 | 622 | 0 | COLUMN | 4/14/97 | 5/15/97 | 31 |
| 6 | 623 | 0 | COLUMN | 4/14/97 | 5/15/97 | 31 |
| 6 | 624 | 0 | COLUMN | 4/14/97 | 5/15/97 | 31 |
| 6 | 625 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 6 | 626 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 6 | 627 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 6 | 628 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 6 | 629 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 6 | 630 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 6 | 631 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 6 | 632 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 6 | 633 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 6 | 634 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 6 | 635 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 6 | 636 | 0 | FRAME | 4/14/97 | 5/15/97 | 31 |
| 6 | 637 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 6 | 638 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 6 | 639 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 6 | 640 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 6 | 641 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 6 | 642 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 6 | 643 | 0 | FRAME | 4/14/97 | 5/15/97 | 31 |
| 6 | 644 | 0 | COLUMN | 4/14/97 | 5/15/97 | 31 |
| 6 | 645 | 0 | COLUMN | 4/14/97 | 5/15/97 | 31 |
| 6 | 646 | 0 | COLUMN | 4/14/97 | 5/15/97 | 31 |
| 6 | 647 | 0 | COLUMN | 4/14/97 | 5/15/97 | 31 |
| 6 | 648 | 1 | COLUMN | 4/14/97 | 5/15/97 | 31 |

| SEQ | DRAWING NUMBER | REV | DETAIL | O.F.A. DATE | B.F.A. DATE | DURATION DAYS |
|---|---|---|---|---|---|---|
| 6 | 649 | 0 | COLUMN | 4/14/97 | 5/15/97 | 31 |
| 6 | 650 | 0 | COLUMN | 4/14/97 | 5/15/97 | 31 |
| 6 | 651 | 0 | COLUMN | 4/14/97 | 5/15/97 | 31 |
| 6 | 652 | 0 | COLUMN | 4/14/97 | 5/15/97 | 31 |
| 6 | 653 | 0 | MOM PL | 4/14/97 | 5/15/97 | 31 |
| 6 | 654 | 0 | FRAME | | | 0 |
| 7 | 701 | 0 | V.DIAG. | 3/25/97 | 4/30/97 | 36 |
| 7 | 701 | 1 | V.DIAG. | 3/25/97 | 4/30/97 | 36 |
| 7 | 702 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 703 | 1 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 704 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 705 | 1 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 706 | 1 | FRAME | 3/25/97 | 4/30/97 | 36 |
| 7 | 707 | 0 | V. DIAG. | 3/25/97 | 4/30/97 | 36 |
| 7 | 708 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 709 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 710 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 711 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 712 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 713 | 0 | FRAME | 3/25/97 | 4/30/97 | 36 |
| 7 | 714 | 0 | FRAME | 3/25/97 | 4/30/97 | 36 |
| 7 | 715 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 716 | 0 | V. DIAG. | 3/25/97 | 4/30/97 | 36 |
| 7 | 717 | 1 | POST | 3/25/97 | 4/30/97 | 36 |
| 7 | 718 | 0 | V. DIAG. | 3/25/97 | 4/30/97 | 36 |
| 7 | 719 | 1 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 720 | 0 | V. DIAG. | 3/25/97 | 4/30/97 | 36 |
| 7 | 721 | 0 | V. DIAG. | 3/25/97 | 4/30/97 | 36 |
| 7 | 722 | 0 | V. DIAG. | 3/25/97 | 4/30/97 | 36 |
| 7 | 723 | 1 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 724 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 725 | 0 | POST | 3/25/97 | 4/30/97 | 36 |
| 7 | 726 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 727 | 0 | GIRT | 3/25/97 | 4/30/97 | 36 |
| 7 | 728 | 0 | GIRT | 3/25/97 | 4/30/97 | 36 |
| 7 | 729 | 0 | COLUMN | 3/25/97 | 4/30/97 | 36 |
| 7 | 730 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 731 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 732 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 733 | 0 | COLUMN | 3/25/97 | 4/30/97 | 36 |
| 7 | 734 | 0 | FRAME | 3/25/97 | 4/30/97 | 36 |

| SEQ | DRAWING NUMBER | REV | DETAIL | O.F.A. DATE | B.F.A. DATE | DURATION DAYS |
|---|---|---|---|---|---|---|
| 7 | 736 | 0 | FRAME | 3/25/97 | 4/30/97 | 36 |
| 7 | 737 | 0 | GIRT | 3/25/97 | 4/30/97 | 36 |
| 7 | 738 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 739 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 740 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 741 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 742 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 743 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 744 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 745 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 746 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 747 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 748 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 749 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 750 | 0 | CURB L | 3/25/97 | 4/30/97 | 36 |
| 7 | 751 | 0 | CURB L | 3/25/97 | 4/30/97 | 36 |
| 7 | 752 | 0 | CURB L | 3/25/97 | 4/30/97 | 36 |
| 7 | 753 | 0 | CURB L | 3/25/97 | 4/30/97 | 36 |
| 7 | 754 | 0 | CURB L | 3/25/97 | 4/30/97 | 36 |
| 7 | 755 | 0 | CURB L | 3/25/97 | 4/30/97 | 36 |
| 7 | 756 | 1 | CURB L | 3/25/97 | 4/30/97 | 36 |
| 7 | 757 | 0 | CURB L | 3/25/97 | 4/30/97 | 36 |
| 7 | 758 | 0 | CURB L | 3/25/97 | 4/30/97 | 36 |
| 7 | 759 | 0 | CURB L | 3/25/97 | 4/30/97 | 36 |
| 7 | 760 | 0 | CURB L | 3/25/97 | 4/30/97 | 36 |
| 7 | 761 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 762 | 1 | COLUMN | 3/25/97 | 4/30/97 | 36 |
| 7 | 763 | 0 | COLUMN | 3/25/97 | 4/30/97 | 36 |
| 7 | 764 | 0 | COLUMN | 3/25/97 | 4/30/97 | 36 |
| 7 | 765 | 0 | POST | 3/25/97 | 4/30/97 | 36 |
| 7 | 766 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 767 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 768 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 769 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 770 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 771 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 772 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 773 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 774 | 1 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 775 | 1 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 776 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 777 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |

| SEQ | DRAWING NUMBER | REV. | DETAIL | O.F.A. DATE | B.F.A. DATE | DURATION DAYS |
|---|---|---|---|---|---|---|
| 7 | 779 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 780 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 781 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 782 | 1 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 783 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 784 | 0 | FRAME | 3/25/97 | 4/30/97 | 36 |
| 7 | 785 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 786 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 787 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 788 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 789 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 790 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 791 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 792 | 1 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 793 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 794 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 795 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 796 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 797 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 798 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 798 | 1 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 799 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 2701 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 2702 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 2703 | 0 | FRAME | 3/25/97 | 4/30/97 | 36 |
| 7 | 2704 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 2705 | 0 | FRAME | 3/25/97 | 4/30/97 | 36 |
| 7 | 2706 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 2707 | 0 | BEAM | 3/25/97 | 4/30/97 | 36 |
| 7 | 2708 | 0 | COLUMN | 3/25/97 | 4/30/97 | 36 |
| 7 | 2709 | 0 | COLUMN | 3/25/97 | 4/30/97 | 36 |
| 7 | 2710 | 1 | COLUMN | 3/25/97 | 4/30/97 | 36 |
| 7 | 2711 | 0 | COLUMN | 3/25/97 | 4/30/97 | 36 |
| 7 | 2711 | 1 | COLUMN | 3/25/97 | 4/30/97 | |
| 7 | 2712 | 0 | COLUMN | 3/25/97 | 4/30/97 | 36 |
| 7 | 2713 | 0 | COLUMN | 3/25/97 | 4/30/97 | 36 |
| 7 | 2714 | 0 | COLUMN | 3/25/97 | 4/30/97 | 36 |
| 7 | 2715 | 0 | COLUMN | 3/25/97 | 4/30/97 | 36 |
| 7 | 2716 | 0 | COLUMN | 3/25/97 | 4/30/97 | 36 |
| 7 | 2717 | 0 | COLUMN | 3/25/97 | 4/30/97 | 36 |
| 7 | 2718 | 0 | COLUMN | 3/25/97 | 4/30/97 | 36 |
| 7 | 2719 | 0 | COLUMN | 3/25/97 | 4/30/97 | 36 |

| SEQ | DRAWING NUMBER | REV | DETAIL | O.F.A. DATE | B.F.A. DATE | DURATION DAYS |
|---|---|---|---|---|---|---|
| 7 | 2721 | 0 | COLUMN | 3/25/97 | 4/30/97 | 36 |
| 7 | 2722 | 0 | COLUMN | 3/25/97 | 4/30/97 | 36 |
| 7 | 2723 | 1 | COLUMN | 3/25/97 | 4/30/97 | 36 |
| 7 | 2724 | 0 | COLUMN | 3/25/97 | 4/30/97 | 36 |
| 7 | 2725 | 0 | COLUMN | 3/25/97 | 4/30/97 | 36 |
| 7 | 2726 | 0 | COLUMN | 3/25/97 | 4/30/97 | 36 |
| 7 | 2727 | 0 | COLUMN | 3/25/97 | 4/30/97 | 36 |
| 7 | 2728 | 2 | COLUMN | 3/25/97 | 4/30/97 | 36 |
| 7 | 2729 | 1 | COLUMN | 3/25/97 | 4/30/97 | 36 |
| 7 | 2730 | 0 | COLUMN | 3/25/97 | 4/30/97 | 36 |
| 7 | 2731 | 0 | COLUMN | 3/25/97 | 4/30/97 | 36 |
| 7 | 2732 | 0 | COLUMN | 3/25/97 | 4/30/97 | 36 |
| 7 | 2732 | 1 | COLUMN | 3/25/97 | 4/30/97 | |
| 7 | 2733 | 0 | COLUMN | 3/25/97 | 4/30/97 | 36 |
| 7 | 2734 | 0 | COLUMN | 3/25/97 | 4/30/97 | 36 |
| 7 | 2735 | 0 | MOM PL | 3/25/97 | 4/30/97 | 36 |
| 7 | 2735 | 1 | MOM PL | 3/25/97 | 4/30/97 | |
| 7 | 2736 | 0 | FRAMES | | | 0 |
| 7 | 2737 | 0 | FRAMES | | | 0 |
| 8 | 802 | 0 | FRAME | 6/13/97 | 7/23/97 | 40 |
| 8 | 803 | 0 | FRAME | 6/13/97 | 7/23/97 | 40 |
| 8 | 804 | 0 | FRAME | 6/13/97 | 7/23/97 | 40 |
| 8 | 805 | 0 | FRAME | 6/13/97 | 7/23/97 | 40 |
| 8 | 806 | 0 | GIRT | 6/13/97 | 7/23/97 | 40 |
| 8 | 807 | 0 | FRAME | 6/13/97 | 7/23/97 | 40 |
| 8 | 808 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 809 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 810 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 811 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 812 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 813 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 814 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 815 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 816 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 816 | 1 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 817 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 818 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 819 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 820 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 821 | 0 | CURB L | 6/13/97 | 7/23/97 | 40 |
| 8 | 822 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 823 | 0 | COLUMN | 6/13/97 | 7/23/97 | 40 |

| SEQ | DRAWING NUMBER | REV | DETAIL | O.F.A. DATE | B.F.A. DATE | DURATION DAYS |
|---|---|---|---|---|---|---|
| 8 | 825 | 0 | COLUMN | 6/13/97 | 7/23/97 | 40 |
| 8 | 826 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 827 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 828 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 829 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 830 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 831 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 832 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 833 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 834 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 835 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 836 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 837 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 838 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 839 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 840 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 841 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 842 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 843 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 844 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 8 | 845 | 0 | FRAME | 6/13/97 | 7/23/97 | 40 |
| 8 | 846 | 0 | FRAME | 6/13/97 | 7/23/97 | 40 |
| 8 | 847 | 0 | FRAME | 6/13/97 | 7/23/97 | 40 |
| 8 | 848 | 0 | MOM PL | 6/13/97 | 7/23/97 | 40 |
| 8 | 849 | 0 | COLUMN | 6/13/97 | 7/23/97 | 40 |
| 8 | 850 | 0 | COLUMN | 6/13/97 | 7/23/97 | 40 |
| 8 | 851 | 0 | COLUMN | 6/13/97 | 7/23/97 | 40 |
| 8 | 852 | 0 | COLUMN | 6/13/97 | 7/23/97 | 40 |
| 8 | 853 | 0 | COLUMN | 6/13/97 | 7/23/97 | 40 |
| 8 | 854 | 0 | COLUMN | 6/13/97 | 7/23/97 | 40 |
| 8 | 855 | 0 | COLUMN | 6/13/97 | 7/23/97 | 40 |
| 8 | 856 | 0 | COLUMN | 6/13/97 | 7/23/97 | 40 |
| 8 | 857 | 0 | COLUMN | 6/13/97 | 7/23/97 | 40 |
| 8 | 858 | 0 | COLUMN | | | 0 |
| 9 | 901 | 0 | GIRT | 6/13/97 | 7/23/97 | 40 |
| 9 | 902 | 0 | FRAME | 6/13/97 | 7/23/97 | 40 |
| 9 | 903 | 0 | FRAME | 6/13/97 | 7/23/97 | 40 |
| 9 | 904 | 0 | FRAME | 6/13/97 | 7/23/97 | 40 |
| 9 | 905 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 906 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 907 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 908 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |

| SEQ | DRAWING NUMBER | REV | DETAIL | O.F.A. DATE | B.F.A. DATE | DURATION DAYS |
|---|---|---|---|---|---|---|
| 9 | 910 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 911 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 912 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 913 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 914 | 0 | CURB L | 6/13/97 | 7/23/97 | 40 |
| 9 | 915 | 0 | CURB L | 6/13/97 | 7/23/97 | 40 |
| 9 | 916 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 917 | 0 | COLUMN | 6/13/97 | 7/23/97 | 40 |
| 9 | 918 | 0 | COLUMN | 6/13/97 | 7/23/97 | 40 |
| 9 | 919 | 0 | COLUMN | 6/13/97 | 7/23/97 | 40 |
| 9 | 920 | 0 | COLUMN | 6/13/97 | 7/23/97 | 40 |
| 9 | 921 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 922 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 923 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 924 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 925 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 926 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 927 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 928 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 929 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 930 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 931 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 932 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 933 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 934 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 935 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 936 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 937 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 938 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 939 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 940 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 941 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 942 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 943 | 0 | FRAME | 6/13/97 | 7/23/97 | 40 |
| 9 | 944 | 0 | FRAME | 6/13/97 | 7/23/97 | 40 |
| 9 | 945 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 946 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 9 | 947 | 0 | MOM PL | 6/13/97 | 7/23/97 | 40 |
| 9 | 948 | 0 | FRAME | 6/13/97 | 7/23/97 | 40 |
| 9 | 949 | 0 | COLUMN | 6/13/97 | 7/23/97 | 40 |
| 9 | 950 | 0 | COLUMN | 6/13/97 | 7/23/97 | 40 |
| 9 | 951 | 0 | COLUMN | 6/13/97 | 7/23/97 | 40 |

| SEQ | DRAWING NUMBER | REV | DETAIL | O.F.A. DATE | B.F.A. DATE | DURATION DAYS |
|---|---|---|---|---|---|---|
| 9 | 953 | 0 | COLUMN | 6/13/97 | 7/23/97 | 40 |
| 9 | 954 | 0 | COLUMN | 6/13/97 | 7/23/97 | 40 |
| 9 | 955 | 0 | COLUMN | 6/13/97 | 7/23/97 | 40 |
| 9 | 956 | 0 | COLUMN | 6/13/97 | 7/23/97 | 40 |
| 9 | 957 | 0 | COLUMN | 6/13/97 | 7/23/97 | 40 |
| 9 | 958 | 0 | COLUMN | 6/13/97 | 7/23/97 | 40 |
| 10 | 1001 | 0 | GIRT | 6/13/97 | 7/23/97 | 40 |
| 10 | 1002 | 0 | FRAME | 6/13/97 | 7/23/97 | 40 |
| 10 | 1003 | 0 | FRAME | 6/13/97 | 7/23/97 | 40 |
| 10 | 1004 | 0 | FRAME | 6/13/97 | 7/23/97 | 40 |
| 10 | 1005 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 10 | 1006 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 10 | 1007 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 10 | 1008 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 10 | 1009 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 10 | 1010 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 10 | 1011 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 10 | 1011 | 1 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 10 | 1012 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 10 | 1012 | 1 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 10 | 1013 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 10 | 1014 | 0 | COLUMN | 6/13/97 | 7/23/97 | 40 |
| 10 | 1015 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 10 | 1015 | 1 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 10 | 1016 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 10 | 1016 | 1 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 10 | 1017 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 10 | 1017 | 1 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 10 | 1018 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 10 | 1018 | 1 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 10 | 1019 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 10 | 1019 | 1 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 10 | 1020 | 0 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 10 | 1020 | 1 | BEAM | 6/13/97 | 7/23/97 | 40 |
| 10 | 1021 | 0 | FRAME | 6/13/97 | 7/23/97 | 40 |
| 10 | 1022 | 0 | COLUMN | 6/13/97 | 7/23/97 | 40 |
| 10 | 1022 | 1 | COLUMN | 6/13/97 | 7/23/97 | 40 |
| 10 | 1023 | 0 | COLUMN | 6/13/97 | 7/23/97 | 40 |
| 10 | 1024 | 0 | COLUMN | 6/13/97 | 7/23/97 | 40 |
| 11 | 1101 | 0 | FRAME | 12/9/96 | 1/15/97 | 37 |
| 11 | 1102 | 0 | FRAME | 12/9/96 | 1/15/97 | 37 |
| 11 | 1103 | 0 | FRAME | 12/9/96 | 1/15/97 | 37 |