| SEQ | DRAWING NUMBER | REV | DETAIL | O.F.A. DATE | B.F.A. DATE | DURATION DAYS |
|---|---|---|---|---|---|---|
| 11 | 1104 | 1 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1105 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1105 | 1 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1106 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1106 | 1 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1107 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1107 | 1 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1108 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1109 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1110 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1110 | 1 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1111 | 0 | GIRDER | 5/13/97 | 6/11/97 | 29 |
| 11 | 1111 | 1 | GIRDER | 5/13/97 | 6/11/97 | 29 |
| 11 | 1112 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1112 | 1 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1113 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1114 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1115 | 0 | COLUMN | 5/13/97 | 6/11/97 | 29 |
| 11 | 1116 | 0 | COLUMN | 5/13/97 | 6/11/97 | 29 |
| 11 | 1117 | 0 | COLUMN | 5/13/97 | 6/11/97 | 29 |
| 11 | 1118 | 0 | COLUMN | 5/13/97 | 6/11/97 | 29 |
| 11 | 1119 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1120 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1120 | 1 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1121 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1122 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1122 | 1 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1123 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1124 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1125 | 0 | FRAME | 5/13/97 | 6/11/97 | 29 |
| 11 | 1126 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1127 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1128 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1129 | 0 | COLUMN | 5/13/97 | 6/11/97 | 29 |
| 11 | 1130 | 0 | COLUMN | 5/13/97 | 6/11/97 | 29 |
| 11 | 1131 | 0 | COLUMN | 5/13/97 | 6/11/97 | 29 |
| 11 | 1132 | 0 | COLUMN | 5/13/97 | 6/11/97 | 29 |
| 11 | 1133 | 0 | COLUMN | 5/13/97 | 6/11/97 | 29 |
| 11 | 1134 | 0 | COLUMN | 5/13/97 | 6/11/97 | 29 |
| 11 | 1135 | 0 | COLUMN | 5/13/97 | 6/11/97 | 29 |
| 11 | 1136 | 0 | COLUMN | 5/13/97 | 6/11/97 | 29 |
| 11 | 1137 | 0 | COLUMN | 5/13/97 | 6/11/97 | 29 |

| SEQ | DRAWING NUMBER | REV | DETAIL | O.F.A. DATE | B.F.A. DATE | DURATION DAYS |
|---|---|---|---|---|---|---|
| 11 | 1104 | 1 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1105 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1105 | 1 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1106 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1106 | 1 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1107 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1107 | 1 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1108 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1109 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1110 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1110 | 1 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1111 | 0 | GIRDER | 5/13/97 | 6/11/97 | 29 |
| 11 | 1111 | 1 | GIRDER | 5/13/97 | 6/11/97 | 29 |
| 11 | 1112 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1112 | 1 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1113 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1114 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1115 | 0 | COLUMN | 5/13/97 | 6/11/97 | 29 |
| 11 | 1116 | 0 | COLUMN | 5/13/97 | 6/11/97 | 29 |
| 11 | 1117 | 0 | COLUMN | 5/13/97 | 6/11/97 | 29 |
| 11 | 1118 | 0 | COLUMN | 5/13/97 | 6/11/97 | 29 |
| 11 | 1119 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1120 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1120 | 1 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1121 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1122 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1122 | 1 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1123 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1124 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1125 | 0 | FRAME | 5/13/97 | 6/11/97 | 29 |
| 11 | 1126 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1127 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1128 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1129 | 0 | COLUMN | 5/13/97 | 6/11/97 | 29 |
| 11 | 1130 | 0 | COLUMN | 5/13/97 | 6/11/97 | 29 |
| 11 | 1131 | 0 | COLUMN | 5/13/97 | 6/11/97 | 29 |
| 11 | 1132 | 0 | COLUMN | 5/13/97 | 6/11/97 | 29 |
| 11 | 1133 | 0 | COLUMN | 5/13/97 | 6/11/97 | 29 |
| 11 | 1134 | 0 | COLUMN | 5/13/97 | 6/11/97 | 29 |
| 11 | 1135 | 0 | COLUMN | 5/13/97 | 6/11/97 | 29 |
| 11 | 1136 | 0 | COLUMN | 5/13/97 | 6/11/97 | 29 |
| 11 | 1137 | 0 | COLUMN | 5/13/97 | 6/11/97 | 29 |

| SEQ | DRAWING NUMBER | REV | DETAIL | O.F.A. DATE | B.F.A. DATE | DURATION DAYS |
|---|---|---|---|---|---|---|
| 11 | 1139 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1140 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1141 | 0 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1141 | 1 | BEAM | 5/13/97 | 6/11/97 | 29 |
| 11 | 1142 | 0 | | | | 0 |
| 12 | 1201 | 0 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1202 | 0 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1203 | 0 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1204 | 0 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1205 | 0 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1206 | 0 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1207 | 0 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1208 | 0 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1209 | 0 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1210 | 0 | COLUMN | 2/17/97 | 3/26/97 | 37 |
| 12 | 1211 | 0 | COLUMN | 2/17/97 | 3/26/97 | 37 |
| 12 | 1212 | 0 | CURB L | 2/17/97 | 3/26/97 | 37 |
| 12 | 1213 | 0 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1213 | 1 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1214 | 0 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1214 | 1 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1215 | 0 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1216 | 0 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1217 | 0 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1217 | 1 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1218 | 0 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1218 | 1 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1219 | 0 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1219 | 1 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1219 | 2 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1220 | 1 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1221 | 0 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1221 | 1 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1222 | 0 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1223 | 0 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1224 | 1 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1224 | 2 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1225 | 0 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1226 | 0 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1227 | 0 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1227 | 1 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1228 | 0 | BEAM | 2/17/97 | 3/26/97 | 37 |

| SEQ | DRAWING NUMBER | REV | DETAIL | O.F.A. DATE | B.F.A. DATE | DURATION DAYS |
|---|---|---|---|---|---|---|
| 12 | 1230 | 0 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1231 | 0 | COLUMN | 2/17/97 | 3/26/97 | 37 |
| 12 | 1232 | 0 | COLUMN | 2/17/97 | 3/26/97 | 37 |
| 12 | 1233 | 0 | COLUMN | 2/17/97 | 3/26/97 | 37 |
| 12 | 1234 | 0 | COLUMN | 2/17/97 | 3/26/97 | 37 |
| 12 | 1235 | 0 | COLUMN | 2/17/97 | 3/26/97 | 37 |
| 12 | 1236 | 0 | COLUMN | 2/17/97 | 3/26/97 | 37 |
| 12 | 1237 | 0 | COLUMN | 2/17/97 | 3/26/97 | 37 |
| 12 | 1238 | 0 | COLUMN | 2/17/97 | 3/26/97 | 37 |
| 12 | 1239 | 0 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1240 | 0 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1240 | 1 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1241 | 0 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1241 | 1 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1242 | 0 | MISC | 2/17/97 | 3/26/97 | 37 |
| 12 | 1243 | 0 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1244 | 0 | BEAM | 2/17/97 | 3/26/97 | 37 |
| 12 | 1245 | 0 | STUB COL | 2/17/97 | 3/26/97 | 37 |
| 12 | 1246 | 0 | STUB COL | 2/17/97 | 3/26/97 | 37 |
| 12 | 1246 | 1 | STUB COL | 2/17/97 | 3/26/97 | 37 |
| 13 | 1301 | 0 | GIRT | 6/10/97 | 7/11/97 | 31 |
| 13 | 1302 | 0 | FRAME | 6/10/97 | 7/11/97 | 31 |
| 13 | 1303 | 0 | FRAME | 6/10/97 | 7/11/97 | 31 |
| 13 | 1304 | 0 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1305 | 0 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1306 | 0 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1307 | 0 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1308 | 0 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1309 | 0 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1309 | 1 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1310 | 0 | COLUMN | 6/10/97 | 7/11/97 | 31 |
| 13 | 1311 | 0 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1312 | 0 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1312 | 1 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1313 | 0 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1313 | 1 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1314 | 0 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1314 | 1 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1315 | 0 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1316 | 0 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1316 | 1 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1317 | 0 | BEAM | 6/10/97 | 7/11/97 | 31 |

| SEQ | DRAWING NUMBER | REV | DETAIL | O.F.A. DATE | B.F.A. DATE | DURATION DAYS |
|---|---|---|---|---|---|---|
| 13 | 1318 | 0 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1318 | 1 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1319 | 0 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1319 | 1 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1320 | 0 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1320 | 1 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1321 | 0 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1321 | 1 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1322 | 0 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1322 | 1 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1323 | 0 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1323 | 1 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1324 | 0 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1324 | 1 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1325 | 0 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1325 | 1 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1326 | 0 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1326 | 1 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1327 | 0 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1327 | 1 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1328 | 0 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1328 | 1 | BEAM | 6/10/97 | 7/11/97 | 31 |
| 13 | 1329 | 0 | MOM PL | 6/10/97 | 7/11/97 | 31 |
| 13 | 1330 | 0 | COLUMN | 6/10/97 | 7/11/97 | 31 |
| 13 | 1331 | 0 | COLUMN | 6/10/97 | 7/11/97 | 31 |
| 13 | 1331 | 1 | COLUMN | 6/10/97 | 7/11/97 | 31 |
| 13 | 1332 | 0 | COLUMN | 6/10/97 | 7/11/97 | 31 |
| 13 | 1332 | 1 | COLUMN | 6/10/97 | 7/11/97 | 31 |
| 13 | 1333 | 0 | COLUMN | 6/10/97 | 7/11/97 | 31 |
| 13 | 1333 | 1 | COLUMN | 6/10/97 | 7/11/97 | 31 |
| 13 | 1334 | 0 | COLUMN | 6/10/97 | 7/11/97 | 31 |
| 13 | 1334 | 1 | COLUMN | 6/10/97 | 7/11/97 | 31 |
| 13 | 1335 | 0 | COLUMN | 6/10/97 | 7/11/97 | 31 |
| 13 | 1335 | 1 | COLUMN | 6/10/97 | 7/11/97 | 31 |
| 13 | 1336 | 0 | COLUMN | 6/10/97 | 7/11/97 | 31 |
| 13 | 1336 | 1 | COLUMN | 6/10/97 | 7/11/97 | 31 |
| 13 | 1337 | 0 | COLUMN | 6/10/97 | 7/11/97 | 31 |
| 13 | 1337 | 1 | COLUMN | 6/10/97 | 7/11/97 | 31 |
| 13 | 1338 | 0 | BEAM | | | |
| 13 | 1338 | 1 | BEAM | | | |
| 13 | 1339 | 0 | BEAM | | | |
| 13 | 1339 | 1 | BEAM | | | |

| SEQ | DRAWING NUMBER | REV | DETAIL | O.F.A. DATE | B.F.A. DATE | DURATION DAYS |
|---|---|---|---|---|---|---|
| 13 | 1340 | 1 | BEAM | | | |
| 13 | 1341 | 0 | BEAM | | | |
| 13 | 1341 | 1 | BEAM | | | |
| 14 | 1401 | 0 | GIRT | 4/7/97 | 5/15/97 | 38 |
| 14 | 1402 | 0 | FRAME | 4/7/97 | 5/15/97 | 38 |
| 14 | 1403 | 0 | FRAME | 4/7/97 | 5/15/97 | 38 |
| 14 | 1404 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1405 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1406 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1406 | 1 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1407 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1408 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1409 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1410 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1411 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1412 | 0 | CURB L | 4/7/97 | 5/15/97 | 38 |
| 14 | 1413 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1414 | 0 | COLUMN | 4/7/97 | 5/15/97 | 38 |
| 14 | 1415 | 0 | COLUMN | 4/7/97 | 5/15/97 | 38 |
| 14 | 1416 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1417 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1417 | 1 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1418 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1419 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1419 | 1 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1420 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1421 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1421 | 1 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1422 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1422 | 1 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1423 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1423 | 1 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1424 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1425 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1425 | 1 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1426 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1427 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1427 | 1 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1428 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1429 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1429 | 1 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1430 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |

| SEQ | DRAWING NUMBER | REV | DETAIL | O.F.A. DATE | B.F.A. DATE | DURATION DAYS |
|---|---|---|---|---|---|---|
| 14 | 1431 | 1 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1432 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1432 | 1 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1433 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1433 | 1 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1434 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1434 | 1 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1434 | 2 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1435 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1435 | 1 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1436 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1436 | 1 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1436 | 2 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1437 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1438 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1439 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1440 | 0 | BEAM | 4/7/97 | 5/15/97 | 38 |
| 14 | 1441 | 0 | COLUMN | 4/7/97 | 5/15/97 | 38 |
| 14 | 1442 | 0 | COLUMN | 4/7/97 | 5/15/97 | 38 |
| 14 | 1443 | 0 | COLUMN | 4/7/97 | 5/15/97 | 38 |
| 14 | 1444 | 0 | COLUMN | 4/7/97 | 5/15/97 | 38 |
| 14 | 1445 | 0 | COLUMN | 4/7/97 | 5/15/97 | 38 |
| 14 | 1446 | 0 | COLUMN | 4/7/97 | 5/15/97 | 38 |
| 14 | 1447 | 0 | COLUMN | 4/7/97 | 5/15/97 | 38 |
| 14 | 1448 | 0 | COLUMN | 4/7/97 | 5/15/97 | 38 |
| 14 | 1449 | 0 | MOM PL | 4/7/97 | 5/15/97 | 38 |
| 14 | 1449 | 1 | MOM PL | 4/7/97 | 5/15/97 | 38 |
| 14 | 1450 | 0 | FRAMES | | | 0 |
| 15 | 1501 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1502 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1503 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1503 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1503 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1503 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1504 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1504 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1505 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1505 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1506 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1506 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1507 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1507 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |