| SEQ | DRAWING NUMBER | REV | DETAIL | O.F.A. DATE | B.F.A. DATE | DURATION DAYS |
|---|---|---|---|---|---|---|
| 15 | 1508 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1508 | 2 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1509 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1509 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1510 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1510 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1511 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1511 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1512 | 0 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 15 | 1513 | 0 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 15 | 1514 | 0 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 15 | 1515 | 0 | CURB L | 6/2/97 | 7/11/97 | 39 |
| 15 | 1516 | 0 | CURB L | 6/2/97 | 7/11/97 | 39 |
| 15 | 1517 | 0 | CURB L | 6/2/97 | 7/11/97 | 39 |
| 15 | 1518 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1518 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1519 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1519 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1520 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1520 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1521 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1521 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1522 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1522 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1523 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1524 | 0 | BEAM | 6/2/97 | | |
| 15 | 1524 | 1 | BEAM | 6/2/97 | | |
| 15 | 1525 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1525 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1525 | 2 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1526 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1526 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1527 | 0 | FRAME | 6/2/97 | 7/11/97 | 39 |
| 15 | 1527 | 1 | FRAME | 6/2/97 | 7/11/97 | 39 |
| 15 | 1528 | 0 | FRAME | 6/2/97 | 7/11/97 | 39 |
| 15 | 1529 | 0 | FRAME | 6/2/97 | 7/11/97 | 39 |
| 15 | 1529 | 1 | FRAME | 6/2/97 | 7/11/97 | 39 |
| 15 | 1530 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1530 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 15 | 1531 | 0 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 15 | 1532 | 0 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 15 | 1532 | 1 | COLUMN | 6/2/97 | 7/11/97 | 39 |

| SEQ | DRAWING NUMBER | REV | DETAIL | O.F.A. DATE | B.F.A. DATE | DURATION DAYS |
|---|---|---|---|---|---|---|
| 15 | 1533 | 0 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 15 | 1533 | 1 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 15 | 1533 | 2 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 15 | 1534 | 0 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 15 | 1534 | 1 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 15 | 1534 | 2 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 15 | 1535 | 0 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 15 | 1535 | 1 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 15 | 1536 | 0 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 15 | 1536 | 1 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 15 | 1537 | 1 | STUB.COL | 3/26/97 | 4/30/97 | 35 |
| 15 | 1538 | 0 | STUB.COL | 3/26/97 | 4/30/97 | 35 |
| 16 | 1601 | 0 | BEAM | 3/3/97 | 4/24/97 | 52 |
| 16 | 1602 | 0 | BEAM | 3/3/97 | 4/24/97 | 52 |
| 16 | 1603 | 0 | BEAM | 3/3/97 | 4/24/97 | 52 |
| 16 | 1604 | 0 | BEAM | 3/3/97 | 4/24/97 | 52 |
| 16 | 1605 | 0 | BEAM | 3/3/97 | 4/24/97 | 52 |
| 16 | 1606 | 0 | COLUMN | 3/3/97 | 4/24/97 | 52 |
| 16 | 1607 | 0 | COLUMN | 3/3/97 | 4/24/97 | 52 |
| 16 | 1608 | 0 | COLUMN | 3/3/97 | 4/24/97 | 52 |
| 16 | 1609 | 0 | BEAM | 3/3/97 | 4/24/97 | 52 |
| 16 | 1610 | 0 | CURB L | 3/3/97 | 4/24/97 | 52 |
| 16 | 1611 | 0 | BEAM | 3/3/97 | 4/24/97 | 52 |
| 16 | 1612 | 0 | BEAM | 3/3/97 | 4/24/97 | 52 |
| 16 | 1613 | 0 | BEAM | 3/3/97 | 4/24/97 | 52 |
| 16 | 1614 | 0 | BEAM | 3/3/97 | 4/24/97 | 52 |
| 16 | 1615 | 0 | BEAM | 3/3/97 | 4/24/97 | 52 |
| 16 | 1615 | 1 | BEAM | 3/3/97 | 4/24/97 | 52 |
| 16 | 1616 | 0 | BEAM | 3/3/97 | 4/24/97 | 52 |
| 16 | 1617 | 0 | BEAM | 3/3/97 | 4/24/97 | 52 |
| 16 | 1618 | 0 | BEAM | 3/3/97 | 4/24/97 | 52 |
| 16 | 1618 | 1 | BEAM | 3/3/97 | 4/24/97 | 52 |
| 16 | 1619 | 0 | BEAM | 3/3/97 | 4/24/97 | 52 |
| 16 | 1620 | 0 | BEAM | 3/3/97 | 4/24/97 | 52 |
| 16 | 1621 | 0 | COLUMN | 3/3/97 | 4/24/97 | 52 |
| 16 | 1622 | 0 | COLUMN | 3/3/97 | 4/24/97 | 52 |
| 16 | 1623 | 0 | COLUMN | 3/3/97 | 4/24/97 | 52 |
| 16 | 1624 | 0 | STUB COL | 3/3/97 | 4/24/97 | 52 |
| 16 | 1624 | 1 | STUB COL | 3/3/97 | 4/24/97 | 52 |
| 16 | 1625 | 0 | STUB COL | 3/3/97 | 4/24/97 | 52 |
| 16 | 1626 | 0 | BEAM | 3/3/97 | 4/24/97 | 52 |
| 16 | 1626 | 1 | BEAM | | | 0 |
| 17 | 1701 | 0 | GIRT | 6/2/97 | 7/11/97 | 39 |

| SEQ | DRAWING NUMBER | REV | DETAIL | O.F.A. DATE | B.F.A. DATE | DURATION DAYS |
|---|---|---|---|---|---|---|
| 17 | 1703 | 0 | FRAME | 6/2/97 | 7/11/97 | 39 |
| 17 | 1704 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1705 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1706 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1707 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1707 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1708 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1709 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1709 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1710 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1711 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1711 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1712 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1713 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1714 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1714 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1715 | 0 | CURB L | 6/2/97 | 7/11/97 | 39 |
| 17 | 1716 | 0 | CURB L | 6/2/97 | 7/11/97 | 39 |
| 17 | 1717 | 0 | CURB L | 6/2/97 | 7/11/97 | 39 |
| 17 | 1718 | 0 | CURB L | 6/2/97 | 7/11/97 | 39 |
| 17 | 1719 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1719 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1720 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1720 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1721 | 0 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 17 | 1722 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1722 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1723 | 0 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 17 | 1724 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1724 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1725 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1725 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1726 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1726 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1727 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1727 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1728 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1728 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1729 | 0 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1729 | 1 | BEAM | 6/2/97 | 7/11/97 | 39 |
| 17 | 1730 | 0 | FRAME | 6/2/97 | 7/11/97 | 39 |
| 17 | 1731 | 0 | FRAME | 6/2/97 | 7/11/97 | 39 |

| SEQ | DRAWING NUMBER | REV | DETAIL | O.F.A. DATE | B.F.A. DATE | DURATION DAYS |
|---|---|---|---|---|---|---|
| 17 | 1733 | 0 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 17 | 1733 | 1 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 17 | 1734 | 0 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 17 | 1734 | 1 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 17 | 1735 | 0 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 17 | 1735 | 1 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 17 | 1736 | 0 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 17 | 1736 | 1 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 17 | 1737 | 0 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 17 | 1737 | 1 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 17 | 1738 | 0 | MOM PL | 6/2/97 | 7/11/97 | 39 |
| 17 | 1738 | 1 | COLUMN | 6/2/97 | 7/11/97 | 39 |
| 18 | 1801 | 0 | GIRT | 4/14/97 | 5/15/97 | 31 |
| 18 | 1802 | 0 | FRAME | 4/14/97 | 5/15/97 | 31 |
| 18 | 1803 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 18 | 1804 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 18 | 1805 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 18 | 1806 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 18 | 1807 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 18 | 1808 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 18 | 1809 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 18 | 1810 | 0 | CURB L | 4/14/97 | 5/15/97 | 31 |
| 18 | 1811 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 18 | 1812 | 0 | COLUMN | 4/14/97 | 5/15/97 | 31 |
| 18 | 1813 | 0 | COLUMN | 4/14/97 | 5/15/97 | 31 |
| 18 | 1814 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 18 | 1814 | 1 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 18 | 1814 | 2 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 18 | 1815 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 18 | 1816 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 18 | 1817 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 18 | 1817 | 1 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 18 | 1817 | 2 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 18 | 1818 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 18 | 1819 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 18 | 1820 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 18 | 1820 | 1 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 18 | 1821 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 18 | 1821 | 1 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 18 | 1822 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 18 | 1823 | 0 | BEAM | 4/14/97 | 5/15/97 | 31 |
| 18 | 1824 | 0 | FRAME | 4/14/97 | 5/15/97 | 31 |

| SEQ | DRAWING NUMBER | REV | DETAIL | O.F.A. DATE | B.F.A. DATE | DURATION DAYS |
|---|---|---|---|---|---|---|
| 18 | 1826 | 0 | COLUMN | 4/14/97 | 5/15/97 | 31 |
| 18 | 1827 | 0 | COLUMN | 4/14/97 | 5/15/97 | 31 |
| 18 | 1828 | 0 | COLUMN | 4/14/97 | 5/15/97 | 31 |
| 18 | 1829 | 0 | MOM PL | 4/14/97 | 5/15/97 | 31 |
| 19 | 1901 | 0 | BEAMS | 2/26/97 | 4/24/97 | 57 |
| 19 | 1902 | 0 | BEAMS | 2/26/97 | 4/24/97 | 57 |
| 19 | 1903 | 0 | H.DIAG. | 2/26/97 | 4/24/97 | 57 |
| 19 | 1904 | 0 | BEAMS | 2/26/97 | 4/24/97 | 57 |
| 19 | 1905 | 0 | COLUMN | 2/26/97 | 4/24/97 | 57 |
| 19 | 1906 | 0 | COLUMN | 2/26/97 | 4/24/97 | 57 |
| 19 | 1907 | 0 | COLUMN | 2/26/97 | 4/24/97 | 57 |
| 19 | 1908 | 0 | BEAMS | 2/26/97 | 4/24/97 | 57 |
| 19 | 1909 | 0 | V.DIAG. | 2/26/97 | 4/24/97 | 57 |
| 19 | 1910 | 0 | BEAMS | 2/26/97 | 4/24/97 | 57 |
| 19 | 1911 | 0 | BEAMS | 2/26/97 | 4/24/97 | 57 |
| 19 | 1911 | 1 | BEAMS | 2/26/97 | 4/24/97 | 57 |
| 19 | 1912 | 0 | BEAMS | 2/26/97 | 4/24/97 | 57 |
| 19 | 1912 | 1 | BEAMS | 2/26/97 | 4/24/97 | 57 |
| 19 | 1913 | 0 | PLATE | 2/26/97 | 4/24/97 | 57 |

A. Late Approval Summary

The AISC Code of Standard Practice requires the return of shop drawings within 14 days. **NOT A SINGLE DRAWING WAS RETURNED WITHIN THE REQUIRED TIME FRAME!** However, Caddell in the CPM submission allowed 20 (work) days in the CPM schedule. Considering, the contract time may have been modified to 28 calendar days due to the allowance. Then, 59 drawings were returned timely. The below data represents a summary of the number of drawings and the time required for return to SSC.

| Days Required For Return | Number of Drawings |
|---|---|
| 17 | 2 |
| 28 | 57 |
| 29 | 48 |
| 31 | 151 |
| 35 | 4 |
| 36 | 139 |
| 37 | 199 |
| 38 | 122 |
| 39 | 149 |
| 40 | 149 |
| 52 | 29 |
| 57 | 15 |
| 120 | 81 |
| 220 | 14 |

Obviously, SSC was delayed as a result of the delay in returning shop drawings. The delay resulted in SSC's shop losing fabrication hours. The delay also contributed to the need to sublet portions of the fabrication in order to support the erector.