## B. Delay From Shop Drawing Approval To Released For Fabrication (RFF)

SSC after receiving the approved shop drawings could not began fabrication. The approvals were "As-Noted". Many of the drawings contained "Holds" on members and other restricting information that would prevent fabrication. SSC attempted to partially fabricate from the information available on the approved drawings. However, after several months of such an attempt the practice had to abandoned. The revisions were causing mass confusion in the factory and, in the opinion of the shop foreman, would result in mis-fabrications, and ultimately significant loss of time and expense. On June 13, 1997 the practice was abandoned. Thereafter, the drawings were not released to the shop until such time as the entire drawing could be fabricated. The time to obtain information in order to release the drawing for fabrication was and is significant. The problem affects almost every drawing and, has continued since the receipt of the first approval in January 1997. The drawing data and time delay from approval until the drawing could be finally released for fabrication is shown on the succeeding pages for those drawings released for fabrication through mid October 1997.

After reviewing the massive data regarding the reasons for SSC's inability to release the drawings for fabrication, it was decided to select only a few drawings for research. The time required to research even a single drawing is significant. The number of RFIs affecting each drawing, "Holds" on one drawing affecting another, and the VA's refusal to answer many of the RFI's requesting information, has made the research task formidable. A selection of only six of the drawings was made. The detail of the selection is provided in Section IX-C. The statistical drawing data is provided on the following pages:

| DWG | REV | BFA | RFF | DUR | DWG | REV | BFA | RFF | DUR |
|---|---|---|---|---|---|---|---|---|---|
| 101 | 0 | 1/15/97 | 1/30/97 | 15 | 144 | 0 | 1/15/97 | 1/30/97 | 15 |
| 102 | 0 | 1/15/97 | 1/30/97 | 15 | 145 | 0 | 1/15/97 | 1/30/97 | 15 |
| 103 | 0 | 1/15/97 | 1/30/97 | 15 | 146 | 0 | 1/15/97 | 1/30/97 | 15 |
| 104 | 0 | 1/15/97 | 1/30/97 | 15 | 147 | 0 | 1/15/97 | 1/30/97 | 15 |
| 105 | 0 | 1/15/97 | 3/5/97 | 49 | 148 | 0 | 1/15/97 | 1/30/97 | 15 |
| 106 | 0 | 1/15/97 | 1/30/97 | 15 | 149 | 0 | 1/15/97 | 1/30/97 | 15 |
| 107 | 0 | 1/15/97 | 3/5/97 | 49 | 150 | 0 | 1/15/97 | 3/27/97 | 71 |
| 108 | 0 | 1/15/97 | 1/30/97 | 15 | 151 | 0 | 1/15/97 | 3/27/97 | 71 |
| 109 | 0 | 1/15/97 | 1/30/97 | 15 | 152 | 0 | 1/15/97 | 3/27/97 | 71 |
| 110 | 0 | 1/15/97 | 2/25/97 | 41 | 153 | 2 | 1/15/97 | 8/1/97 | 198 |
| 111 | 1 | 1/15/97 | 3/24/97 | 68 | 154 | 1 | 1/15/97 | 3/27/97 | 71 |
| 112 | 0 | 1/15/97 | 2/25/97 | 41 | 155 | 0 | 1/15/97 | 1/31/97 | 16 |
| 113 | 0 | 1/15/97 | 2/25/97 | 41 | 156 | 1 | 1/15/97 | 8/1/97 | 198 |
| 114 | 0 | 1/15/97 | 2/25/97 | 41 | 157 | 0 | 1/15/97 | 1/30/97 | 15 |
| 115 | 0 | 1/15/97 | 3/5/97 | 49 | 158 | 0 | 1/15/97 | 3/27/97 | 71 |
| 116 | 0 | 1/15/97 | 3/5/97 | 49 | 159 | 0 | 1/15/97 | 3/27/97 | 71 |
| 117 | 0 | 1/15/97 | 3/5/97 | 49 | 160 | 1 | 1/15/97 | 6/10/97 | 146 |
| 118 | 0 | 1/15/97 | 2/11/97 | 27 | 161 | 0 | 1/15/97 | 3/27/97 | 71 |
| 119 | 0 | 1/15/97 | 2/25/97 | 41 | 162 | 0 | 1/15/97 | 1/30/97 | 15 |
| 120 | 0 | 1/15/97 | 2/25/97 | 41 | 163 | 0 | 1/15/97 | 1/30/97 | 15 |
| 121 | 0 | 1/15/97 | 2/25/97 | 41 | 164 | 0 | 1/15/97 | 2/25/97 | 41 |
| 122 | 0 | 1/15/97 | 2/11/97 | 27 | 165 | 0 | 1/15/97 | 2/11/97 | 27 |
| 123 | 0 | 1/15/97 | 2/11/97 | 27 | 166 | 0 | 1/15/97 | 1/30/97 | 15 |
| 124 | 0 | 1/15/97 | 2/11/97 | 27 | 167 | 0 | 1/15/97 | 2/25/97 | 41 |
| 125 | 0 | 1/15/97 | 2/11/97 | 27 | 168 | 0 | 1/15/97 | 1/30/97 | 15 |
| 126 | 0 | 1/15/97 | 2/11/97 | 27 | 169 | 0 | 1/15/97 | 1/30/97 | 15 |
| 127 | 0 | 1/15/97 | 1/30/97 | 15 | 170 | 0 | 1/15/97 | 3/5/97 | 49 |
| 128 | 0 | 1/15/97 | 2/25/97 | 41 | 171 | 0 | 1/15/97 | 1/30/97 | 15 |
| 129 | 0 | 1/15/97 | 2/11/97 | 27 | 172 | 0 | 1/15/97 | 3/5/97 | 49 |
| 130 | 0 | 1/15/97 | 1/30/97 | 15 | 173 | 0 | 1/15/97 | 1/30/97 | 15 |
| 131 | 1 | 1/15/97 | 5/21/97 | 126 | 174 | 0 | 1/15/97 | 1/30/97 | 15 |
| 132 | 0 | 1/15/97 | 2/11/97 | 27 | 175 | 1 | 1/15/97 | 3/27/97 | 71 |
| 133 | 1 | 1/15/97 | 5/21/97 | 126 | 176 | 0 | 1/15/97 | 1/30/97 | 15 |
| 134 | 0 | 1/15/97 | 1/30/97 | 15 | 177 | 0 | 1/15/97 | 2/25/97 | 41 |
| 135 | 0 | 1/15/97 | 1/30/97 | 15 | 178 | 0 | 1/15/97 | 1/30/97 | 15 |
| 136 | 0 | 1/15/97 | 1/30/97 | 15 | 179 | 0 | 1/15/97 | 1/30/97 | 15 |
| 137 | 1 | 1/15/97 | 3/5/97 | 49 | 180 | 0 | 1/15/97 | 1/30/97 | 15 |
| 138 | 0 | 1/15/97 | 1/30/97 | 15 | 181 | 0 | 1/15/97 | 2/11/97 | 27 |
| 139 | 0 | 1/15/97 | 1/30/97 | 15 | 182 | 0 | 1/15/97 | 3/5/97 | 49 |
| 140 | 0 | 1/15/97 | 1/30/97 | 15 | 183 | 0 | 1/15/97 | 2/25/97 | 41 |
| 141 | 0 | 1/15/97 | 1/30/97 | 15 | 184 | 0 | 1/15/97 | 3/27/97 | 71 |
| 142 | 0 | 1/15/97 | 1/30/97 | 15 | 185 | 0 | 1/15/97 | 2/25/97 | 41 |
| 143 | 1 | 1/15/97 | 3/5/97 | 49 | 186 | 0 | 1/15/97 | 3/5/97 | 49 |

| DWG | REV | BFA | RFF | DUR | DWG | REV | BFA | RFF | DUR |
|---|---|---|---|---|---|---|---|---|---|
| 187 | 0 | 1/15/97 | 1/30/97 | 15 | 232 | 1 | 5/30/97 | 6/2/97 | 3 |
| 188 | 0 | 1/15/97 | 1/30/97 | 15 | 233 | 0 | 2/19/97 | 3/7/97 | 16 |
| 189 | 0 | 1/15/97 | 1/31/97 | 16 | 234 | 0 | 2/19/97 | 3/27/97 | 36 |
| 190 | 0 | 1/15/97 | 1/31/97 | 16 | 235 | 0 | 2/19/97 | 3/7/97 | 16 |
| 191 | 1 | 1/15/97 | 6/10/97 | 146 | 236 | 1 | 5/30/97 | 6/2/97 | 3 |
| 192 | 0 | 1/15/97 | 1/22/97 | 7 | 237 | 1 | 5/30/97 | 6/2/97 | 3 |
| 193 | 1 | 1/15/97 | 4/24/97 | 99 | 238 | 0 | 2/19/97 | 3/7/97 | 16 |
| 194 | 0 | 1/15/97 | 3/27/97 | 71 | 239 | 1 | 2/19/97 | 4/4/97 | 44 |
| 195 | 1 | 1/15/97 | 5/18/97 | 123 | 240 | 1 | 5/30/97 | 6/2/97 | 3 |
| 196 | 0 | 1/15/97 | 1/30/97 | 15 | 241 | 1 | 5/30/97 | 6/2/97 | 3 |
| 197 | 0 | 1/15/97 | 1/30/97 | 15 | 242 | 0 | 2/19/97 | 3/13/97 | 22 |
| 198 | 1 | 1/15/97 | 6/10/97 | 146 | 243 | 1 | 5/30/97 | 6/2/97 | 3 |
| 199 | 0 | 1/15/97 | 3/24/97 | 68 | 244 | 0 | 2/19/97 | 3/24/97 | 33 |
| 201 | 0 | 2/19/97 | 3/7/97 | 16 | 245 | 0 | 2/19/97 | 3/13/97 | 22 |
| 202 | 1 | 5/30/97 | 6/2/97 | 3 | 246 | 0 | 2/19/97 | 3/13/97 | 22 |
| 203 | 0 | 2/19/97 | 3/7/97 | 16 | 247 | 0 | 2/19/97 | 3/7/97 | 16 |
| 204 | 0 | 2/19/97 | 3/7/97 | 16 | 248 | 1 | 5/30/97 | 6/2/97 | 3 |
| 205 | 0 | 2/19/97 | 3/7/97 | 16 | 249 | 0 | 2/19/97 | 6/2/97 | 103 |
| 206 | 0 | 2/19/97 | 3/7/97 | 16 | 250 | 1 | 5/30/97 | 6/2/97 | 3 |
| 207 | 0 | 2/19/97 | 3/7/97 | 16 | 251 | 0 | 2/19/97 | 6/2/97 | 103 |
| 208 | 0 | 2/19/97 | 3/7/97 | 16 | 252 | 0 | 2/19/97 | 6/2/97 | 103 |
| 209 | 0 | 2/19/97 | 3/7/97 | 16 | 253 | 0 | 2/19/97 | 3/7/97 | 16 |
| 210 | 0 | 2/19/97 | 3/13/97 | 22 | 254 | 0 | 2/19/97 | 3/7/97 | 16 |
| 211 | 0 | 2/19/97 | 3/7/97 | 16 | 255 | 0 | 2/19/97 | 3/7/97 | 16 |
| 212 | 0 | 2/19/97 | 3/7/97 | 16 | 256 | 0 | 2/19/97 | 3/7/97 | 16 |
| 213 | 0 | 2/19/97 | 3/7/97 | 16 | 257 | 0 | 2/19/97 | 3/7/97 | 16 |
| 214 | 0 | 2/19/97 | 3/7/97 | 16 | 258 | 1 | 5/30/97 | 6/2/97 | 3 |
| 215 | 0 | 2/19/97 | 3/7/97 | 16 | 259 | 0 | 2/19/97 | 3/7/97 | 16 |
| 216 | 0 | 2/19/97 | 3/7/97 | 16 | 260 | 0 | 2/19/97 | 3/7/97 | 16 |
| 217 | 0 | 2/19/97 | 3/7/97 | 16 | 261 | 0 | 2/19/97 | 3/7/97 | 16 |
| 218 | 0 | 2/19/97 | 3/7/97 | 16 | 262 | 0 | 2/19/97 | 3/7/97 | 16 |
| 219 | 0 | 2/19/97 | 3/7/97 | 16 | 263 | 0 | 2/19/97 | 3/7/97 | 16 |
| 220 | 0 | 2/19/97 | 3/13/97 | 22 | 264 | 0 | 2/19/97 | 3/7/97 | 16 |
| 221 | 0 | 2/19/97 | 3/7/97 | 16 | 265 | 0 | 2/19/97 | 3/7/97 | 16 |
| 222 | 0 | 2/19/97 | 3/13/97 | 22 | 266 | 0 | 2/19/97 | 3/7/97 | 16 |
| 223 | 0 | 2/19/97 | 3/13/97 | 22 | 267 | 0 | 2/19/97 | 4/30/97 | 70 |
| 224 | 0 | 2/19/97 | 3/27/97 | 36 | 268 | 0 | 2/19/97 | 4/30/97 | 70 |
| 225 | 0 | 2/19/97 | 3/24/97 | 33 | 269 | 0 | 2/19/97 | 3/7/97 | 16 |
| 226 | 1 | 5/30/97 | 6/2/97 | 3 | 270 | 0 | 2/19/97 | 3/7/97 | 16 |
| 227 | 0 | 2/19/97 | 3/7/97 | 16 | 271 | 0 | 2/19/97 | 3/7/97 | 16 |
| 228 | 0 | 2/19/97 | 3/7/97 | 16 | 272 | 0 | 2/19/97 | 3/7/97 | 16 |
| 229 | 1 | 5/30/97 | 6/2/97 | 3 | 273 | 0 | 2/19/97 | 3/7/97 | 16 |
| 230 | 1 | 5/30/97 | 6/2/97 | 3 | 274 | 0 | 2/19/97 | 3/7/97 | 16 |
| 231 | 1 | 5/30/97 | 6/2/97 | 3 | 275 | 0 | 2/19/97 | 3/7/97 | 16 |

| DWG | REV | BFA | RFF | DUR | DWG | REV | BFA | RFF | DUR |
|---|---|---|---|---|---|---|---|---|---|
| 276 | 0 | 2/19/97 | 3/7/97 | 16 | 338 | 0 | 3/3/97 | 3/14/97 | 11 |
| 277 | 0 | 2/19/97 | 4/30/97 | 70 | 339 | 0 | 3/3/97 | 3/10/97 | 7 |
| 278 | 0 | 2/19/97 | 3/7/97 | 16 | 340 | 0 | 3/3/97 | 3/10/97 | 7 |
| 279 | 0 | 2/19/97 | 3/7/97 | 16 | 341 | 0 | 3/3/97 | 3/10/97 | 7 |
| 280 | 0 | 2/19/97 | 3/7/97 | 16 | 342 | 0 | 3/3/97 | 3/10/97 | 7 |
| 281 | 0 | 2/19/97 | 3/7/97 | 16 | 343 | 0 | 3/3/97 | 3/10/97 | 7 |
| 282 | 0 | 2/19/97 | 3/24/97 | 33 | 344 | 0 | 3/3/97 | 3/10/97 | 7 |
| 301 | 0 | 3/3/97 | 3/10/97 | 7 | 345 | 0 | 3/3/97 | 3/10/97 | 7 |
| 302 | 0 | 3/3/97 | 3/10/97 | 7 | 346 | 0 | 3/3/97 | 3/10/97 | 7 |
| 303 | 0 | 3/3/97 | 3/10/97 | 7 | 347 | 0 | 3/3/97 | 3/10/97 | 7 |
| 304 | 0 | 3/3/97 | 3/10/97 | 7 | 348 | 0 | 3/3/97 | 3/10/97 | 7 |
| 305 | 0 | 3/3/97 | 3/10/97 | 7 | 349 | 0 | 3/3/97 | 3/10/97 | 7 |
| 306 | 0 | 3/3/97 | 3/10/97 | 7 | 350 | 0 | 3/3/97 | 3/10/97 | 7 |
| 307 | 0 | 3/3/97 | 3/10/97 | 7 | 401 | 0 | 7/11/97 | 7/25/97 | 14 |
| 308 | 0 | 3/3/97 | 3/10/97 | 7 | 402 | 0 | 7/11/97 | 7/25/97 | 14 |
| 309 | 0 | 3/3/97 | 3/10/97 | 7 | 404 | 0 | 7/11/97 | 7/25/97 | 14 |
| 310 | 0 | 3/3/97 | 3/10/97 | 7 | 406 | 0 | 7/11/97 | 4/25/97 | 14 |
| 311 | 0 | 3/3/97 | 3/10/97 | 7 | 407 | 0 | 7/11/97 | 7/25/97 | 14 |
| 312 | 0 | 3/3/97 | 3/10/97 | 7 | 408 | 0 | 7/11/97 | 7/25/97 | 14 |
| 313 | 0 | 3/3/97 | 3/10/97 | 7 | 409 | 0 | 7/11/97 | 7/25/97 | 14 |
| 314 | 0 | 3/3/97 | 3/10/97 | 7 | 410 | 0 | 7/11/97 | 7/25/97 | 14 |
| 315 | 1 | 3/3/97 | 4/18/97 | 46 | 411 | 0 | 7/11/97 | 7/25/97 | 14 |
| 316 | 0 | 3/3/97 | 3/10/97 | 7 | 412 | 0 | 7/11/97 | 7/25/97 | 14 |
| 317 | 0 | 3/3/97 | 3/10/97 | 7 | 416 | 0 | 7/11/97 | 7/25/97 | 14 |
| 318 | 0 | 3/3/97 | 3/10/97 | 7 | 417 | 0 | 7/11/97 | 7/25/97 | 14 |
| 319 | 0 | 3/3/97 | 3/10/97 | 7 | 429 | 0 | 7/11/97 | 7/25/97 | 14 |
| 320 | 0 | 3/3/97 | 3/10/97 | 7 | 501 | 0 | 7/11/97 | 7/25/97 | 14 |
| 321 | 1 | 3/3/97 | 8/1/97 | 151 | 502 | 0 | 7/11/97 | 7/25/97 | 14 |
| 322 | 0 | 3/3/97 | 3/10/97 | 7 | 503 | 0 | 7/11/97 | 7/25/97 | 14 |
| 323 | 0 | 3/3/97 | 3/10/97 | 7 | 504 | 0 | 7/11/97 | 8/29/97 | 49 |
| 324 | 0 | 3/3/97 | 3/10/97 | 7 | 505 | 1 | 7/11/97 | 9/22/97 | 73 |
| 325 | 1 | 3/3/97 | 8/1/97 | 151 | 506 | 0 | 7/11/97 | 7/25/97 | 14 |
| 326 | 1 | 3/3/97 | 8/1/97 | 151 | 507 | 0 | 7/11/97 | 7/25/97 | 14 |
| 327 | 1 | 3/3/97 | 8/1/97 | 151 | 508 | 0 | 7/11/97 | 7/25/97 | 14 |
| 328 | 0 | 3/3/97 | 3/14/97 | 11 | 509 | 0 | 7/11/97 | 7/25/97 | 14 |
| 329 | 1 | 3/3/97 | 8/1/97 | 151 | 510 | 1 | 7/11/97 | 10/10/97 | 91 |
| 330 | 0 | 3/3/97 | 3/14/97 | 11 | 513 | 0 | 7/11/97 | 9/26/97 | 77 |
| 331 | 1 | 3/3/97 | 8/1/97 | 151 | 514 | 0 | 7/11/97 | 8/29/97 | 49 |
| 332 | 0 | 3/3/97 | 3/10/97 | 7 | 515 | 1 | 7/11/97 | 10/16/97 | 97 |
| 333 | 1 | 3/3/97 | 8/1/97 | 151 | 519 | 1 | 7/11/97 | 10/16/97 | 97 |
| 334 | 0 | 3/3/97 | 3/10/97 | 7 | 601 | 0 | 5/15/97 | 6/19/97 | 35 |
| 335 | 0 | 3/3/97 | 3/10/97 | 7 | 602 | 0 | 5/15/97 | 6/19/97 | 35 |
| 336 | 0 | 3/3/97 | 3/10/97 | 7 | 603 | 0 | 5/15/97 | 6/19/97 | 35 |
| 337 | 0 | 3/3/97 | 3/14/97 | 11 | 604 | 0 | 5/15/97 | 6/19/97 | 35 |

| DWG | REV | BFA | RFF | DUR | DWG | REV | BFA | RFF | DUR |
|---|---|---|---|---|---|---|---|---|---|
| 605 | 0 | 5/15/97 | 6/19/97 | 35 | 649 | 0 | 5/15/97 | 7/25/97 | 71 |
| 606 | 0 | 5/15/97 | 6/19/97 | 35 | 650 | 0 | 5/15/97 | 7/25/97 | 71 |
| 607 | 0 | 5/15/97 | 6/19/97 | 35 | 651 | 0 | 5/15/97 | 7/25/97 | 71 |
| 608 | 0 | 5/15/97 | 6/9/97 | 25 | 652 | 0 | 5/15/97 | 7/25/97 | 71 |
| 609 | 0 | 5/15/97 | 7/11/97 | 57 | 653 | 0 | 5/15/97 | 7/25/97 | 71 |
| 610 | 0 | 5/15/97 | 7/11/97 | 57 | 701 | 1 | 4/30/97 | 9/12/97 | 135 |
| 611 | 0 | 5/15/97 | 6/9/97 | 25 | 702 | 0 | 4/30/97 | 8/11/97 | 103 |
| 612 | 0 | 5/15/97 | 6/19/97 | 35 | 703 | 1 | 4/30/97 | 6/4/97 | 35 |
| 613 | 0 | 5/15/97 | 7/11/97 | 57 | 704 | 0 | 4/30/97 | 8/11/97 | 103 |
| 614 | 1 | 5/15/97 | 7/18/97 | 64 | 705 | 1 | 4/30/97 | 6/4/97 | 35 |
| 615 | 0 | 5/15/97 | 6/19/97 | 35 | 706 | 1 | 4/30/97 | 7/14/97 | 75 |
| 616 | 0 | 5/15/97 | 8/1/97 | 78 | 707 | 0 | 4/30/97 | 5/23/97 | 23 |
| 617 | 0 | 5/15/97 | 8/1/97 | 78 | 708 | 0 | 4/30/97 | 7/14/97 | 75 |
| 618 | 0 | 5/15/97 | 8/1/97 | 78 | 709 | 0 | 4/30/97 | 7/14/97 | 75 |
| 619 | 0 | 5/15/97 | 6/9/97 | 25 | 710 | 0 | 4/30/97 | 5/23/97 | 23 |
| 620 | 0 | 5/15/97 | 6/9/97 | 25 | 711 | 0 | 4/30/97 | 7/14/97 | 75 |
| 621 | 0 | 5/15/97 | 8/1/97 | 78 | 712 | 0 | 4/30/97 | 7/14/97 | 75 |
| 622 | 0 | 5/15/97 | 6/9/97 | 25 | 713 | 0 | 4/30/97 | 6/4/97 | 35 |
| 623 | 0 | 5/15/97 | 6/9/97 | 25 | 714 | 0 | 4/30/97 | 6/4/97 | 35 |
| 624 | 0 | 5/15/97 | 6/9/97 | 25 | 715 | 0 | 4/30/97 | 5/23/97 | 23 |
| 625 | 0 | 5/15/97 | 7/18/97 | 64 | 716 | 0 | 4/30/97 | 5/23/97 | 23 |
| 626 | 0 | 5/15/97 | 7/18/97 | 64 | 717 | 1 | 4/30/97 | 7/14/97 | 75 |
| 627 | 0 | 5/15/97 | 8/18/97 | 95 | 718 | 0 | 4/30/97 | 5/23/97 | 23 |
| 628 | 0 | 5/15/97 | 8/18/97 | 95 | 719 | 1 | 4/30/97 | 8/22/97 | 114 |
| 629 | 0 | 5/15/97 | 8/18/97 | 95 | 720 | 0 | 4/30/97 | 5/23/97 | 23 |
| 630 | 0 | 5/15/97 | 7/18/97 | 64 | 721 | 0 | 4/30/97 | 5/23/97 | 23 |
| 631 | 0 | 5/15/97 | 7/18/97 | 64 | 722 | 0 | 4/30/97 | 5/23/97 | 23 |
| 632 | 0 | 5/15/97 | 8/18/97 | 95 | 723 | 1 | 4/30/97 | 8/22/97 | 114 |
| 633 | 0 | 5/15/97 | 8/18/97 | 95 | 724 | 0 | 4/30/97 | 8/11/97 | 103 |
| 634 | 0 | 5/15/97 | 8/18/97 | 95 | 725 | 0 | 4/30/97 | 6/4/97 | 35 |
| 635 | 0 | 5/15/97 | 8/18/97 | 95 | 726 | 0 | 4/30/97 | 8/11/97 | 103 |
| 636 | 0 | 5/15/97 | 7/18/97 | 64 | 727 | 0 | 4/30/97 | 6/4/97 | 35 |
| 637 | 0 | 5/15/97 | 7/18/97 | 64 | 728 | 0 | 4/30/97 | 6/4/97 | 35 |
| 638 | 0 | 5/15/97 | 7/18/97 | 64 | 729 | 0 | 4/30/97 | 5/23/97 | 23 |
| 639 | 0 | 5/15/97 | 8/18/97 | 95 | 730 | 0 | 4/30/97 | 8/11/97 | 103 |
| 640 | 0 | 5/15/97 | 8/18/97 | 95 | 731 | 0 | 4/30/97 | 8/11/97 | 103 |
| 641 | 0 | 5/15/97 | 8/18/97 | 95 | 732 | 0 | 4/30/97 | 8/11/97 | 103 |
| 642 | 0 | 5/15/97 | 8/18/97 | 95 | 733 | 0 | 4/30/97 | 5/23/97 | 23 |
| 643 | 0 | 5/15/97 | 7/18/97 | 64 | 734 | 0 | 4/30/97 | 6/20/97 | 51 |
| 644 | 0 | 5/15/97 | 7/25/97 | 71 | 735 | 0 | 4/30/97 | 6/20/97 | 51 |
| 645 | 0 | 5/15/97 | 7/18/97 | 64 | 736 | 0 | 4/30/97 | 6/20/97 | 51 |
| 646 | 0 | 5/15/97 | 7/18/97 | 64 | 737 | 0 | 4/30/97 | 7/14/97 | 75 |
| 647 | 0 | 5/15/97 | 7/25/97 | 71 | 738 | 0 | 4/30/97 | 5/23/97 | 23 |
| 648 | 1 | 5/15/97 | 7/25/97 | 71 | 739 | 0 | 4/30/97 | 7/14/97 | 75 |