| DWG | REV | BFA | RFF | DUR | DWG | REV | BFA | RFF | DUR |
|---|---|---|---|---|---|---|---|---|---|
| 740 | 0 | 4/30/97 | 6/9/97 | 40 | 786 | 0 | 4/30/97 | 6/2/97 | 33 |
| 741 | 0 | 4/30/97 | 7/14/97 | 75 | 787 | 0 | 4/30/97 | 6/12/97 | 43 |
| 742 | 0 | 4/30/97 | 6/12/97 | 43 | 788 | 0 | 4/30/97 | 6/12/97 | 43 |
| 743 | 0 | 4/30/97 | 7/14/97 | 75 | 789 | 0 | 4/30/97 | 6/12/97 | 43 |
| 744 | 0 | 4/30/97 | 7/14/97 | 75 | 790 | 0 | 4/30/97 | 5/23/97 | 23 |
| 745 | 0 | 4/30/97 | 7/14/97 | 75 | 791 | 0 | 4/30/97 | 5/23/97 | 23 |
| 746 | 0 | 4/30/97 | 5/23/97 | 23 | 792 | 1 | 4/30/97 | 6/20/97 | 51 |
| 747 | 0 | 4/30/97 | 5/23/97 | 23 | 793 | 0 | 4/30/97 | 7/14/97 | 75 |
| 748 | 0 | 4/30/97 | 5/23/97 | 23 | 794 | 0 | 4/30/97 | 7/14/97 | 75 |
| 749 | 0 | 4/30/97 | 6/9/97 | 40 | 795 | 0 | 4/30/97 | 5/23/97 | 23 |
| 750 | 0 | 4/30/97 | 5/23/97 | 23 | 796 | 0 | 4/30/97 | 5/23/97 | 23 |
| 751 | 0 | 4/30/97 | 5/23/97 | 23 | 797 | 0 | 4/30/97 | 6/12/97 | 43 |
| 752 | 0 | 4/30/97 | 7/14/97 | 75 | 798 | 1 | 4/30/97 | 8/1/97 | 43 |
| 753 | 0 | 4/30/97 | 5/23/97 | 23 | 799 | 0 | 4/30/97 | 8/22/97 | 114 |
| 754 | 0 | 4/30/97 | 7/14/97 | 75 | 801 | 0 | 7/23/97 | 8/1/97 | 9 |
| 755 | 0 | 4/30/97 | 7/14/97 | 75 | 802 | 0 | 7/23/97 | 8/1/97 | 9 |
| 756 | 1 | 4/30/97 | 6/20/97 | 51 | 803 | 0 | 7/23/97 | 8/1/97 | 9 |
| 757 | 0 | 4/30/97 | 5/23/97 | 23 | 804 | 0 | 7/23/97 | 8/1/97 | 9 |
| 758 | 0 | 4/30/97 | 5/23/97 | 23 | 805 | 0 | 7/23/97 | 8/1/97 | 9 |
| 759 | 0 | 4/30/97 | 5/23/97 | 23 | 806 | 0 | 7/23/97 | 8/1/97 | 9 |
| 760 | 0 | 4/30/97 | 5/23/97 | 23 | 807 | 0 | 7/23/97 | 8/1/97 | 9 |
| 761 | 0 | 4/30/97 | 5/23/97 | 23 | 808 | 0 | 7/23/97 | 8/1/97 | 9 |
| 762 | 1 | 4/30/97 | 8/22/97 | 114 | 809 | 0 | 7/23/97 | 8/1/97 | 9 |
| 763 | 0 | 4/30/97 | 5/23/97 | 23 | 810 | 0 | 7/23/97 | 8/1/97 | 9 |
| 764 | 0 | 4/30/97 | 5/23/97 | 23 | 811 | 0 | 7/23/97 | 8/1/97 | 9 |
| 765 | 0 | 4/30/97 | 6/2/97 | 33 | 812 | 0 | 7/23/97 | 8/1/97 | 9 |
| 766 | 0 | 4/30/97 | 5/23/97 | 23 | 813 | 0 | 7/23/97 | 8/1/97 | 9 |
| 767 | 0 | 4/30/97 | 6/12/97 | 43 | 814 | 0 | 7/23/97 | 8/1/97 | 9 |
| 768 | 0 | 4/30/97 | 6/12/97 | 43 | 910 | 0 | 7/23/97 | 8/1/97 | 9 |
| 769 | 0 | 4/30/97 | 5/23/97 | 23 | 914 | 0 | 7/23/97 | 8/1/97 | 9 |
| 770 | 0 | 4/30/97 | 6/12/97 | 43 | 915 | 0 | 7/23/97 | 8/1/97 | 9 |
| 771 | 0 | 4/30/97 | 6/12/97 | 43 | 917 | 0 | 7/23/97 | 8/1/97 | 9 |
| 772 | 0 | 4/30/97 | 6/2/97 | 33 | 918 | 0 | 7/23/97 | 8/1/97 | 9 |
| 773 | 0 | 4/30/97 | 6/2/97 | 33 | 919 | 0 | 7/23/97 | 8/1/97 | 9 |
| 774 | 1 | 4/30/97 | 8/22/97 | 114 | 920 | 0 | 7/23/97 | 8/1/97 | 9 |
| 775 | 1 | 4/30/97 | 6/2/97 | 33 | 921 | 0 | 7/23/97 | 8/1/97 | 9 |
| 776 | 0 | 4/30/97 | 7/14/97 | 75 | 943 | 0 | 7/23/97 | 8/29/97 | 37 |
| 777 | 0 | 4/30/97 | 7/14/97 | 75 | 944 | 0 | 7/23/97 | 8/29/97 | 37 |
| 778 | 0 | 4/30/97 | 6/2/97 | 33 | 948 | 0 | 7/23/97 | 8/29/97 | 37 |
| 779 | 0 | 4/30/97 | 7/14/97 | 75 | 1001 | 0 | 7/23/97 | 8/1/97 | 9 |
| 780 | 0 | 4/30/97 | 7/14/97 | 75 | 1002 | 0 | 7/23/97 | 8/1/97 | 9 |
| 781 | 0 | 4/30/97 | 7/14/97 | 75 | 1003 | 0 | 7/23/97 | 8/1/97 | 9 |
| 782 | 1 | 4/30/97 | 6/2/97 | 33 | 1004 | 0 | 7/23/97 | 8/1/97 | 9 |
| 783 | 0 | 4/30/97 | 5/23/97 | 23 | 1005 | 0 | 7/23/97 | 8/1/97 | 9 |
| 784 | 0 | 4/30/97 | 7/14/97 | 75 | 1006 | 0 | 7/23/97 | 8/1/97 | 9 |
| 785 | 0 | 4/30/97 | 6/2/97 | 33 | 1007 | 0 | 7/23/97 | 8/1/97 | 9 |

| DWG | REV | BFA | RFF | DUR | DWG | REV | BFA | RFF | DUR |
|---|---|---|---|---|---|---|---|---|---|
| 1008 | 0 | 7/23/97 | 8/1/97 | 9 | 1207 | 0 | 3/26/97 | 4/6/97 | 11 |
| 1009 | 0 | 7/23/97 | 8/1/97 | 9 | 1208 | 0 | 3/26/97 | 4/6/97 | 11 |
| 1010 | 0 | 7/23/97 | 8/1/97 | 9 | 1209 | 0 | 3/26/97 | 4/6/97 | 11 |
| 1011 | 1 | 7/23/97 | 8/22/97 | 30 | 1210 | 0 | 3/26/97 | 4/18/97 | 23 |
| 1012 | 1 | 7/23/97 | 8/22/97 | 30 | 1211 | 0 | 3/26/97 | 4/6/97 | 11 |
| 1014 | 0 | 7/23/97 | 8/1/97 | 9 | 1212 | 0 | 3/26/97 | 4/6/97 | 11 |
| 1015 | 1 | 7/23/97 | 10/16/97 | 85 | 1213 | 1 | 3/26/97 | 8/1/97 | 128 |
| 1016 | 1 | 7/23/97 | 10/16/97 | 85 | 1214 | 1 | 3/26/97 | 8/1/97 | 128 |
| 1017 | 1 | 7/23/97 | 10/16/97 | 85 | 1215 | 0 | 3/26/97 | 4/6/97 | 11 |
| 1018 | 1 | 7/23/97 | 10/16/97 | 85 | 1216 | 0 | 3/26/97 | 4/6/97 | 11 |
| 1019 | 1 | 7/23/97 | 10/16/97 | 85 | 1217 | 1 | 3/26/97 | 8/1/97 | 128 |
| 1020 | 1 | 7/23/97 | 10/16/97 | 85 | 1218 | 1 | 3/26/97 | 8/1/97 | 128 |
| 1021 | 0 | 7/23/97 | 8/29/97 | 37 | 1219 | 2 | 3/26/97 | 9/11/97 | 169 |
| 1022 | 1 | 7/23/97 | 10/16/97 | 85 | 1220 | 1 | 3/26/97 | 4/6/97 | 11 |
| 1101 | 0 | 1/15/97 | 1/31/97 | 16 | 1221 | 1 | 3/26/97 | 8/1/97 | 128 |
| 1102 | 0 | 1/15/97 | 1/31/97 | 16 | 1222 | 0 | 3/26/97 | 4/6/97 | 11 |
| 1103 | 0 | 1/15/97 | 1/31/97 | 16 | 1223 | 0 | 3/26/97 | 4/6/97 | 11 |
| 1104 | 1 | 6/11/97 | 9/25/97 | 106 | 1224 | 2 | 3/26/97 | 8/1/97 | 128 |
| 1105 | 1 | 6/11/97 | 8/1/97 | 51 | 1225 | 0 | 3/26/97 | 5/14/97 | 49 |
| 1106 | 1 | 6/11/97 | 8/1/97 | 51 | 1226 | 0 | 3/26/97 | 4/6/97 | 11 |
| 1107 | 1 | 6/11/97 | 9/25/97 | 51 | 1227 | 1 | 3/26/97 | 8/1/97 | 128 |
| 1108 | 0 | 6/11/97 | 6/27/97 | 16 | 1228 | 0 | 3/26/97 | 5/14/97 | 49 |
| 1109 | 0 | 6/11/97 | 6/27/97 | 16 | 1229 | 0 | 3/26/97 | 5/23/97 | 58 |
| 1110 | 1 | 6/11/97 | 8/29/97 | 79 | 1230 | 0 | 3/26/97 | 5/14/97 | 49 |
| 1111 | 1 | 6/11/97 | 8/29/97 | 79 | 1231 | 0 | 3/26/97 | 4/6/97 | 11 |
| 1112 | 1 | 6/11/97 | 8/29/97 | 79 | 1232 | 0 | 3/26/97 | 4/6/97 | 11 |
| 1113 | 0 | 6/11/97 | 6/27/97 | 16 | 1233 | 0 | 3/26/97 | 4/6/97 | 11 |
| 1114 | 0 | 6/11/97 | 6/27/97 | 16 | 1234 | 0 | 3/26/97 | 4/6/97 | 11 |
| 1115 | 0 | 6/11/97 | 6/27/97 | 16 | 1235 | 0 | 3/26/97 | 4/6/97 | 11 |
| 1116 | 0 | 6/11/97 | 6/27/97 | 16 | 1236 | 0 | 3/26/97 | 4/6/97 | 11 |
| 1117 | 0 | 6/11/97 | 6/27/97 | 16 | 1237 | 0 | 3/26/97 | 4/18/97 | 23 |
| 1118 | 0 | 6/11/97 | 6/27/97 | 16 | 1238 | 0 | 3/26/97 | 4/18/97 | 23 |
| 1120 | 1 | 6/11/97 | 10/10/97 | 121 | 1239 | 0 | 3/26/97 | 4/6/97 | 11 |
| 1122 | 1 | 6/11/97 | 10/1/97 | 112 | 1240 | 1 | 3/26/97 | 8/1/97 | 128 |
| 1124 | 0 | 6/11/97 | 8/29/97 | 79 | 1241 | 1 | 3/26/97 | 8/1/97 | 128 |
| 1125 | 0 | 6/11/97 | 8/29/97 | 79 | 1242 | 0 | 3/26/97 | 4/6/97 | 11 |
| 1127 | 0 | 6/11/97 | 8/22/97 | 72 | 1243 | 0 | 3/26/97 | 5/23/97 | 58 |
| 1129 | 0 | 6/11/97 | 8/22/97 | 72 | 1244 | 0 | 3/26/97 | 5/23/97 | 58 |
| 1138 | 0 | 6/11/97 | 8/29/97 | 79 | 1246 | 0 | 3/26/97 | 4/18/97 | 23 |
| 1141 | 1 | 6/11/97 | 9/22/97 | 103 | 1301 | 0 | 7/11/97 | 7/25/97 | 14 |
| 1201 | 0 | 3/26/97 | 4/6/97 | 11 | 1302 | 0 | 7/11/97 | 7/25/97 | 14 |
| 1202 | 0 | 3/26/97 | 4/6/97 | 11 | 1303 | 0 | 7/11/97 | 7/25/97 | 14 |
| 1203 | 0 | 3/26/97 | 8/1/97 | 128 | 1304 | 0 | 7/11/97 | 8/29/97 | 49 |
| 1204 | 0 | 3/26/97 | 4/6/97 | 11 | 1305 | 0 | 7/11/97 | 7/25/97 | 14 |
| 1205 | 0 | 3/26/97 | 4/6/97 | 11 | 1306 | 0 | 7/11/97 | 7/25/97 | 14 |
| 1206 | 0 | 3/26/97 | 4/6/97 | 11 | 1307 | 0 | 7/11/97 | 7/25/97 | 14 |

| DWG | REV | BFA | RFF | DUR | DWG | REV | BFA | RFF | DUR |
|---|---|---|---|---|---|---|---|---|---|
| 1308 | 0 | 7/11/97 | 7/25/97 | 14 | 1420 | 0 | 5/15/97 | 9/9/97 | |
| 1309 | 1 | 7/11/97 | 10/1/97 | 82 | 1421 | 1 | 5/15/97 | 9/17/97 | 125 |
| 1310 | 0 | 7/11/97 | 7/25/97 | 14 | 1422 | 1 | 5/15/97 | 9/11/97 | 119 |
| 1312 | 1 | 7/11/97 | 10/1/97 | 82 | 1423 | 1 | 5/15/97 | 9/17/97 | 125 |
| 1313 | 1 | 7/11/97 | 10/1/97 | 82 | 1424 | 0 | 5/15/97 | 9/9/97 | 117 |
| 1314 | 1 | 7/11/97 | 10/1/97 | 82 | 1425 | 1 | 5/15/97 | 9/11/97 | 119 |
| 1316 | 1 | 7/11/97 | 10/1/97 | 82 | 1426 | 0 | 5/15/97 | 9/9/97 | 117 |
| 1317 | 1 | 7/11/97 | 10/3/97 | 84 | 1427 | 1 | 5/15/97 | 9/17/97 | 125 |
| 1318 | 1 | 7/11/97 | 10/9/97 | 90 | 1428 | 0 | 5/15/97 | 9/9/97 | 117 |
| 1319 | 1 | 7/11/97 | 10/9/97 | 90 | 1429 | 1 | 5/15/97 | 9/11/97 | 119 |
| 1320 | 1 | 7/11/97 | 10/9/97 | 90 | 1430 | 0 | 5/15/97 | 9/9/97 | 117 |
| 1321 | 1 | 7/11/97 | 10/3/97 | 84 | 1431 | 1 | 5/15/97 | 9/17/97 | 125 |
| 1322 | 1 | 7/11/97 | 10/9/97 | 90 | 1432 | 1 | 5/15/97 | 9/17/97 | 125 |
| 1323 | 1 | 7/11/97 | 10/1/97 | 82 | 1433 | 1 | 5/15/97 | 9/17/97 | 125 |
| 1324 | 1 | 7/11/97 | 10/3/97 | 84 | 1434 | 2 | 5/15/97 | 9/17/97 | 125 |
| 1325 | 1 | 7/11/97 | 10/3/97 | 84 | 1435 | 1 | 5/15/97 | 9/11/97 | 119 |
| 1326 | 1 | 7/11/97 | 10/3/97 | 84 | 1436 | 2 | 5/15/97 | 9/18/97 | 126 |
| 1327 | 1 | 7/11/97 | 10/3/97 | 84 | 1437 | 0 | 5/15/97 | 9/9/97 | 117 |
| 1328 | 1 | 7/11/97 | 10/3/97 | 84 | 1438 | 0 | 5/15/97 | 9/9/97 | 117 |
| 1330 | 0 | 7/11/97 | 8/29/97 | 49 | 1439 | 0 | 5/15/97 | 9/9/97 | 117 |
| 1331 | 1 | 7/11/97 | 10/1/97 | 82 | 1440 | 0 | 5/15/97 | 9/9/97 | 117 |
| 1332 | 1 | 7/11/97 | 10/1/97 | 82 | 1441 | 0 | 5/15/97 | 8/29/97 | 106 |
| 1333 | 1 | 7/11/97 | 10/1/97 | 82 | 1442 | 0 | 5/15/97 | 8/29/97 | 106 |
| 1334 | 1 | 7/11/97 | 10/1/97 | 82 | 1443 | 0 | 5/15/97 | 8/29/97 | 106 |
| 1335 | 1 | 7/11/97 | 10/1/97 | 82 | 1444 | 0 | 5/15/97 | 8/29/97 | 106 |
| 1336 | 1 | 7/11/97 | 10/1/97 | 82 | 1445 | 0 | 5/15/97 | 9/9/97 | 117 |
| 1337 | 1 | 7/11/97 | 10/1/97 | 82 | 1446 | 0 | 5/15/97 | 9/9/97 | 117 |
| 1401 | 0 | 5/15/97 | 6/26/97 | 42 | 1447 | 0 | 5/15/97 | 9/9/97 | 117 |
| 1402 | 0 | 5/15/97 | 6/26/97 | 42 | 1448 | 0 | 5/15/97 | 9/9/97 | 117 |
| 1403 | 0 | 5/15/97 | 6/26/97 | 42 | 1449 | 1 | 5/15/97 | 9/11/97 | 119 |
| 1404 | 0 | 5/15/97 | 6/6/97 | 22 | 1501 | 0 | 7/11/97 | 7/25/97 | 14 |
| 1405 | 0 | 5/15/97 | 6/6/97 | 22 | 1502 | 0 | 7/11/97 | 7/25/97 | 14 |
| 1406 | 1 | 5/15/97 | 9/17/97 | 125 | 1503 | 1 | 7/11/97 | 8/22/97 | 42 |
| 1407 | 0 | 5/15/97 | 6/19/97 | 35 | 1504 | 1 | 7/11/97 | 9/25/97 | 76 |
| 1408 | 0 | 5/15/97 | 8/29/97 | 106 | 1505 | 1 | 7/11/97 | 8/29/97 | 49 |
| 1409 | 0 | 5/15/97 | 8/15/97 | 92 | 1506 | 1 | 7/11/97 | 8/29/97 | 49 |
| 1410 | 0 | 5/15/97 | 8/15/97 | 92 | 1507 | 1 | 7/11/97 | 8/29/97 | 49 |
| 1411 | 0 | 5/15/97 | 8/15/97 | 92 | 1508 | 2 | 7/11/97 | 10/1/97 | 82 |
| 1412 | 0 | 5/15/97 | 8/11/97 | 88 | 1509 | 1 | 7/11/97 | 8/29/97 | 49 |
| 1413 | 0 | 5/15/97 | 8/11/97 | 88 | 1510 | 1 | 7/11/97 | 8/22/97 | 42 |
| 1414 | 0 | 5/15/97 | 6/6/97 | 22 | 1511 | 1 | 7/11/97 | 8/22/97 | 42 |
| 1415 | 0 | 5/15/97 | 6/6/97 | 22 | 1512 | 0 | 7/11/97 | 7/25/97 | 14 |
| 1416 | 0 | 5/15/97 | 6/6/97 | 22 | 1513 | 0 | 7/11/97 | 7/25/97 | 14 |
| 1417 | 1 | 5/15/97 | 9/11/97 | 117 | 1514 | 0 | 7/11/97 | 7/25/97 | 14 |
| 1418 | 0 | 5/15/97 | 9/9/97 | 125 | 1515 | 0 | 7/11/97 | 7/25/97 | 14 |
| 1419 | 1 | 5/15/97 | 9/17/97 | 117 | 1516 | 0 | 7/11/97 | 7/25/97 | 14 |

| DWG | REV | BFA | RFF | DUR | DWG | REV | BFA | RFF | DUR |
|---|---|---|---|---|---|---|---|---|---|
| 1517 | 0 | 7/11/97 | 7/25/97 | 14 | 1702 | 0 | 7/11/97 | 7/25/97 | 14 |
| 1518 | 1 | 7/11/97 | 9/25/97 | 76 | 1703 | 0 | 7/11/97 | 7/25/97 | 14 |
| 1519 | 1 | 7/11/97 | 9/25/97 | 76 | 1704 | 0 | 7/11/97 | 7/25/97 | 14 |
| 1520 | 1 | 7/11/97 | 9/25/97 | 76 | 1705 | 0 | 7/11/97 | 7/25/97 | 14 |
| 1521 | 1 | 7/11/97 | 9/25/97 | 76 | 1706 | 0 | 7/11/97 | 7/25/97 | 14 |
| 1522 | 1 | 7/11/97 | 9/25/97 | 76 | 1707 | 1 | 7/11/97 | 10/9/97 | 90 |
| 1523 | 0 | 7/11/97 | 8/22/97 | 42 | 1709 | 1 | 7/11/97 | 10/1/97 | 82 |
| 1525 | 2 | 7/11/97 | 10/1/97 | 82 | 1710 | 0 | 7/11/97 | 7/25/97 | 14 |
| 1526 | 1 | 7/11/97 | 9/25/97 | 76 | 1711 | 1 | 7/11/97 | 10/9/97 | 90 |
| 1527 | 1 | 7/11/97 | 9/25/97 | 76 | 1712 | 0 | 7/11/97 | 8/29/97 | 49 |
| 1528 | 0 | 7/11/97 | 8/29/97 | 49 | 1713 | 0 | 7/11/97 | 8/29/97 | 49 |
| 1529 | 1 | 7/11/97 | 9/25/97 | 76 | 1714 | 1 | 7/11/97 | 10/3/97 | 84 |
| 1530 | 1 | 7/11/97 | 9/25/97 | 76 | 1715 | 0 | 7/11/97 | 7/25/97 | 14 |
| 1531 | 0 | 7/11/97 | 8/22/97 | 42 | 1716 | 0 | 7/11/97 | 7/25/97 | 14 |
| 1532 | 2 | 7/11/97 | 9/25/97 | 76 | 1717 | 0 | 7/11/97 | 7/25/97 | 14 |
| 1533 | 2 | 7/11/97 | 9/25/97 | 76 | 1718 | 0 | 7/11/97 | 7/25/97 | 14 |
| 1534 | 2 | 7/11/97 | 9/25/97 | 76 | 1719 | 1 | 7/11/97 | 10/9/97 | 90 |
| 1535 | 1 | 7/11/97 | 9/25/97 | 76 | 1720 | 1 | 7/11/97 | 10/9/97 | 90 |
| 1536 | 1 | 7/11/97 | 9/25/97 | 76 | 1721 | 0 | 7/11/97 | 7/25/97 | 14 |
| 1537 | 1 | 4/30/97 | 5/14/97 | 14 | 1722 | 1 | 7/11/97 | 10/9/97 | 90 |
| 1601 | 0 | 4/24/97 | 5/16/97 | 22 | 1723 | 0 | 7/11/97 | 7/25/97 | 14 |
| 1602 | 0 | 4/24/97 | 5/16/97 | 22 | 1724 | 1 | 7/11/97 | 10/9/97 | 90 |
| 1603 | 0 | 4/24/97 | 6/12/97 | 49 | 1725 | 1 | 7/11/97 | 10/10/97 | 91 |
| 1604 | 0 | 4/24/97 | 6/12/97 | 49 | 1726 | 1 | 7/11/97 | 10/9/97 | 90 |
| 1605 | 0 | 4/24/97 | 6/12/97 | 49 | 1727 | 1 | 7/11/97 | 10/9/97 | 90 |
| 1606 | 0 | 4/24/97 | 5/16/97 | 22 | 1728 | 1 | 7/11/97 | 10/10/97 | 91 |
| 1607 | 0 | 4/24/97 | 5/16/97 | 22 | 1729 | 1 | 7/11/97 | 10/10/97 | 91 |
| 1608 | 0 | 4/24/97 | 5/16/97 | 22 | 1730 | 0 | 7/11/97 | 8/29/97 | 49 |
| 1609 | 0 | 4/24/97 | 6/12/97 | 49 | 1731 | 0 | 7/11/97 | 8/29/97 | 49 |
| 1610 | 0 | 4/24/97 | 5/16/97 | 22 | 1732 | 0 | 7/11/97 | 9/11/97 | 62 |
| 1611 | 0 | 4/24/97 | 6/12/97 | 49 | 1733 | 1 | 7/11/97 | 10/9/97 | 90 |
| 1612 | 0 | 4/24/97 | 6/12/97 | 49 | 1734 | 1 | 7/11/97 | 10/9/97 | 90 |
| 1613 | 0 | 4/24/97 | 6/12/97 | 49 | 1735 | 1 | 7/11/97 | 10/9/97 | 90 |
| 1614 | 0 | 4/24/97 | 8/1/97 | 99 | 1736 | 1 | 7/11/97 | 10/15/97 | 96 |
| 1615 | 1 | 4/24/97 | 9/12/97 | 141 | 1737 | 1 | 7/11/97 | 10/15/97 | 96 |
| 1616 | 0 | 4/24/97 | 6/12/97 | 49 | 1738 | 1 | 7/11/97 | 10/9/97 | 90 |
| 1617 | 0 | 4/24/97 | 6/12/97 | 49 | 1801 | 0 | 5/15/97 | 6/27/97 | 43 |
| 1618 | 1 | 4/24/97 | 9/12/97 | 141 | 1802 | 0 | 5/15/97 | 6/27/97 | 43 |
| 1619 | 0 | 4/24/97 | 6/12/97 | 49 | 1803 | 0 | 5/15/97 | 6/6/97 | 22 |
| 1620 | 0 | 4/24/97 | 6/12/97 | 49 | 1804 | 0 | 5/15/97 | 6/6/97 | 22 |
| 1621 | 0 | 4/24/97 | 5/16/97 | 22 | 1805 | 0 | 5/15/97 | 6/27/97 | 43 |
| 1622 | 0 | 4/24/97 | 5/16/97 | 22 | 1806 | 0 | 5/15/97 | 9/11/97 | 119 |
| 1623 | 0 | 4/24/97 | 5/16/97 | 22 | 1807 | 0 | 5/15/97 | 9/11/97 | 119 |
| 1624 | 1 | 4/24/97 | 5/14/97 | 20 | 1808 | 0 | 5/15/97 | 9/11/97 | 119 |
| 1626 | 0 | 4/24/97 | 6/12/97 | 49 | 1809 | 0 | 5/15/97 | 9/11/97 | 119 |
| 1701 | 0 | 7/11/97 | 7/25/97 | 14 | 1810 | 0 | 5/15/97 | 6/6/97 | 22 |

| DWG | REV | BFA | RFF | DUR | DWG | REV | BFA | RFF | DUR |
|---|---|---|---|---|---|---|---|---|---|
| 1811 | 0 | 5/15/97 | 9/11/97 | 119 | 2115 | 1 | 1/15/97 | 3/5/97 | 49 |
| 1812 | 0 | 5/15/97 | 6/6/97 | 22 | 2116 | 0 | 1/15/97 | 3/5/97 | 49 |
| 1813 | 0 | 5/15/97 | 6/6/97 | 22 | 2117 | 0 | 1/15/97 | 3/5/97 | 49 |
| 1814 | 2 | 5/15/97 | 10/16/97 | 154 | 2118 | 0 | 1/15/97 | 3/5/97 | 49 |
| 1815 | 0 | 5/15/97 | 9/12/97 | 120 | 2119 | 0 | 1/15/97 | 2/11/97 | 27 |
| 1816 | 0 | 5/15/97 | 9/11/97 | 119 | 2120 | 0 | 1/15/97 | 2/25/97 | 41 |
| 1817 | 2 | 5/15/97 | 10/16/97 | 154 | 2121 | 0 | 1/15/97 | 2/25/97 | 41 |
| 1818 | 0 | 5/15/97 | 9/12/97 | 120 | 2122 | 2 | 1/15/97 | 6/10/97 | 146 |
| 1819 | 0 | 5/15/97 | 9/11/97 | 119 | 2123 | 0 | 1/15/97 | 1/30/97 | 15 |
| 1820 | 1 | 5/15/97 | 9/17/97 | 125 | 2124 | 0 | 1/15/97 | 1/30/97 | 15 |
| 1821 | 1 | 5/15/97 | 9/17/97 | 125 | 2125 | 0 | 1/15/97 | 1/30/97 | 15 |
| 1822 | 0 | 5/15/97 | 9/12/97 | 120 | 2701 | 0 | 4/30/97 | 6/2/97 | 33 |
| 1823 | 0 | 5/15/97 | 9/11/97 | 119 | 2702 | 0 | 4/30/97 | 6/2/97 | 33 |
| 1824 | 0 | 5/15/97 | 8/29/97 | 106 | 2703 | 0 | 4/30/97 | 7/14/97 | 75 |
| 1825 | 0 | 5/15/97 | 8/29/97 | 106 | 2704 | 0 | 4/30/97 | 8/22/97 | 114 |
| 1826 | 0 | 5/15/97 | 9/11/97 | 119 | 2705 | 0 | 4/30/97 | 7/14/97 | 75 |
| 1827 | 0 | 5/15/97 | 9/11/97 | 119 | 2706 | 0 | 4/30/97 | 5/23/97 | 23 |
| 1828 | 0 | 5/15/97 | 9/12/97 | 120 | 2707 | 0 | 4/30/97 | 6/12/97 | 43 |
| 1829 | 0 | 5/15/97 | 9/11/97 | 119 | 2708 | 0 | 4/30/97 | 6/9/97 | 40 |
| 1901 | 0 | 4/24/97 | 5/19/97 | 25 | 2709 | 0 | 4/30/97 | 5/23/97 | 23 |
| 1902 | 0 | 4/24/97 | 5/19/97 | 25 | 2710 | 1 | 4/30/97 | 6/4/97 | 35 |
| 1903 | 0 | 4/24/97 | 5/19/97 | 25 | 2711 | 1 | 4/30/97 | 10/1/97 | 154 |
| 1904 | 0 | 4/24/97 | 8/1/97 | 99 | 2712 | 0 | 4/30/97 | 5/23/97 | 23 |
| 1905 | 0 | 4/24/97 | 5/19/97 | 25 | 2713 | 0 | 4/30/97 | 5/23/97 | 23 |
| 1906 | 0 | 4/24/97 | 5/19/97 | 25 | 2714 | 0 | 4/30/97 | 5/23/97 | 23 |
| 1907 | 0 | 4/24/97 | 5/19/97 | 25 | 2715 | 0 | 4/30/97 | 5/23/97 | 23 |
| 1908 | 0 | 4/24/97 | 5/19/97 | 25 | 2716 | 0 | 4/30/97 | 5/23/97 | 23 |
| 1909 | 0 | 4/24/97 | 5/19/97 | 25 | 2717 | 0 | 4/30/97 | 5/23/97 | 23 |
| 1910 | 0 | 4/24/97 | 5/19/97 | 25 | 2718 | 0 | 4/30/97 | 5/23/97 | 23 |
| 1911 | 1 | 4/24/97 | 8/1/97 | 99 | 2719 | 0 | 4/30/97 | 5/23/97 | 23 |
| 1912 | 1 | 4/24/97 | 8/1/97 | 99 | 2720 | 2 | 4/30/97 | 10/8/97 | 86 |
| 1913 | 0 | 4/24/97 | 5/19/97 | 25 | 2721 | 0 | 4/30/97 | 5/23/97 | 23 |
| 2101 | 0 | 1/15/97 | 3/13/97 | 57 | 2722 | 0 | 4/30/97 | 5/23/97 | 23 |
| 2102 | 0 | 1/15/97 | 1/30/97 | 15 | 2723 | 1 | 4/30/97 | 7/25/97 | 86 |
| 2103 | 0 | 1/15/97 | 1/31/97 | 16 | 2724 | 0 | 4/30/97 | 5/23/97 | 23 |
| 2104 | 0 | 1/15/97 | 1/30/97 | 15 | 2725 | 0 | 4/30/97 | 5/23/97 | 23 |
| 2105 | 0 | 1/15/97 | 1/30/97 | 15 | 2726 | 0 | 4/30/97 | 5/23/97 | 23 |
| 2106 | 0 | 1/15/97 | 1/30/97 | 15 | 2727 | 0 | 4/30/97 | 5/23/97 | 23 |
| 2107 | 0 | 1/15/97 | 2/11/97 | 27 | 2728 | 2 | 4/30/97 | 10/8/97 | 86 |
| 2108 | 0 | 1/15/97 | 1/30/97 | 15 | 2729 | 1 | 4/30/97 | 7/25/97 | 86 |
| 2109 | 0 | 1/15/97 | 1/30/97 | 15 | 2730 | 0 | 4/30/97 | 5/23/97 | 23 |
| 2110 | 0 | 1/15/97 | 1/30/97 | 15 | 2731 | 0 | 4/30/97 | 5/23/97 | 23 |
| 2111 | 1 | 1/15/97 | 8/22/97 | 219 | 2732 | 1 | 4/30/97 | 10/8/97 | 161 |
| 2112 | 0 | 1/15/97 | 1/30/97 | 15 | 2733 | 0 | 4/30/97 | 5/23/97 | 23 |
| 2113 | 0 | 1/15/97 | 1/30/97 | 15 | 2734 | 0 | 4/30/97 | 5/23/97 | 23 |
| 2114 | 0 | 1/15/97 | 1/30/97 | 15 | 2735 | 1 | 4/30/97 | 10/9/97 | 162 |

The previous data in summary fashion reflects the following delays:

| Sequences | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan-97 | 58 | | | | | | | | | | 3 | | | | | | | | | 61 |
| Feb-97 | 27 | | | | | | | | | | | | | | | | | | | 27 |
| Mar-97 | 28 | 61 | 42 | | | | | | | | | | | | | | | | | 131 |
| Apr-97 | 1 | 4 | 1 | 1 | | | | | | | | 28 | | | | | | | | 35 |
| May-97 | 3 | | | | | | 56 | | | | | 6 | | | 1 | 10 | | | 10 | 86 |
| Jun-97 | 4 | 17 | | | | 16 | 41 | | | | 8 | | | 8 | | 12 | | 8 | | 114 |
| Jul-97 | | | | 12 | 7 | 22 | 32 | | | | | | 8 | | 8 | | 13 | | | 102 |
| Aug-97 | 3 | | 7 | | 2 | 15 | 24 | 14 | 11 | 14 | 10 | 10 | 2 | 10 | 11 | 1 | 3 | 2 | 3 | 142 |
| Sep-97 | | | | | 2 | | 1 | | | | 3 | 1 | | 30 | 15 | 2 | 1 | 17 | | 72 |
| Oct-97 | | | | | 3 | | 5 | | | 7 | 2 | | 24 | | 2 | | 29 | 2 | | 74 |
| **Total** | 124 | 82 | 50 | 13 | 14 | 53 | 159 | 14 | 11 | 21 | 26 | 45 | 34 | 48 | 37 | 25 | 46 | 29 | 13 | 844 |

SSC had revised its fabrication plan to begin in the December 1996 time span and complete in the spring of 1997. It is apparent that SSC could not fabricate the project even under its revised plan which extended the fabrication from the spring of 1996 by eight months. Even as of October, 1997, over a year after the planned completion, some drawings are still not released for fabrication.. The result of this delay has been to incur lost shop time, unabsorbed shop time, and the need to sublet to other fabricators.