| Sequence | Dates | As-Built to date |
|---|---|---|
| 1 | 11 June 1996 | |
| 2 | 18 June 1996 | |
| 3 | 25 June 1996 | |
| 4 | 2 July 1996 | |
| 5 | 9 July 1996 | |
| 1A-5A | 16 July 1996 | |
| 6 | 23 July 1996 | |
| 7 | 30 July 1996 | |
| 8 | 6 August 1996 | |
| 9 | 13 August 1996 | |
| 10 | 20 August 1996 | |
| 6A-10A | 27 August 1996 | |
| 11 | 3 September 1996 | |
| 12 | 10 September 1996 | |
| 11A-12A | 17 September 1996 | |
| 13 | 24 September 1996 | |
| 14 | 1 October 1996 | |
| 13A-14A | 8 October 1996 | |
| 15 | 15 October 1996 | |
| 16 | 22 October 1996 | |
| 15A-16A | 29 October 1996 | |
| 17 | 5 November 1996 | |
| 18 | 12 November 1996 | |
| 17A-18A | 19 November 1996 | |
| 19 | 11 June 1996 | |

| | As Built | Shop Hours |
|---|---|---|
| | 18 Jun 1996-10 Jan 1997 | 0 |
| | 17-Jan-1997 | 3 |
| | 24-Jan-1997 | |
| | 31-Jan-1997 | 2 |
| | 7-Feb-1997 | 77 |
| | 14-Feb-1997 | 12 |
| | 21-Feb-1997 | 28 |
| | 28-Feb-1997 | 13 |
| | 7-Mar-1997 | 15 |
| | 14-Mar-1997 | 0 |
| | 21-Mar-1997 | 205 |
| | 28-Mar-1997 | 277 |
| | 4-Apr-1997 | 250 |
| | 11-Apr-1997 | 446 |
| | 18-Apr-1997 | 382 |
| | 25-Apr-1997 | 103 |
| | 2-May-1997 | 0 |
| | 9-May-1997 | 8 |
| | 16-May-1997 | 28 |
| | 23-May-1997 | 314 |
| | 30-May-1997 | 895 |
| | 6-Jun-1997 | 512 |
| | 13-Jun-1997 | 311 |
| | 20-Jun-1997 | 370 |
| | 27-Jun-1997 | 736 |
| | 4-Jul-1997 | 1164 |
| | 11-Jul-1997 | 1995 |
| | 18-Jul-1997 | 1078 |
| | 25-Jul-1997 | 584 |
| | 1-Aug-1997 | 1388 |
| | 8-Aug-1997 | 1719 |
| | 15-Aug-1997 | 620 |
| | 22-Aug-1997 | 620 |
| | 29-Aug-1997 | 627 |
| Project Incomplete | 10,000 remains | |

Obviously, delay occurred and continues.