## G. SUMMARY

The additional cost is summarized as follows below:

| | | | |
|---|---|---|---|
| A. | Addl Engineering Cost Revised 6-17-98 | | $ 404,776.75 |
| B. | Delay Cost to the Fabricator (Unabsorbed Overhead) | | 800,199.00 |
| C. | Loss of Overhead Due to the Rescheduled Project Being Further Delayed | | 427,966.00 |
| D. | Subcontractor Claims | | |
| | 1. EEE Detailing Services, Inc.- Revised 6-17-98 | $146,853.75 | |
| | 2. Williams-Beasely Erection | $208,322.73 | |
| | 3. American Metal Works | 141,763.00 | 496,939.48 |
| E. | Other Direct Cost | | |
| | 1. Increase in Overhead Rates From 1996 to 1997. | $122,500.00 | |
| | 2. Increased Cost As a Result of Subletting | 207,527.85 | |
| | 3. Efficiency Losses | | |
| | a. This project | 164,747.83 | |
| | b. Other projects | 279,732.15 | 774,507.83 |
| F | Preparation Cost (Estimate) | | 153,884.00 |
| | | **Subtotal** | **$3,058,273.06** |
| | Profit | | 305,827.31 |
| | Bond | | 33,000.00 |
| | Disputes Act Interest* | | 100,000.00 |
| | | **Claim Amount** | **$3,497,100.37** |

* = A six-month allowance is provided for Disputes Act Interest. The amount will be adjusted to final time, rates and amounts.

- **Revised August 15, 1998**