# In the United States Court of Federal Claims

No. 04-461C

(Electronically Filed on November 3, 2004)

* * * * * * * * * * * * * * * * *
**CADDELL CONSTRUCTION CO., INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * *

## Order

An initial status conference will be held by teleconference on Friday, December 17, 2004, at 2:00 P.M., Eastern Standard Time. Each party shall call 1-800-473-7795 at the scheduled time and, after giving the judge's name, will immediately be connected to the conference call. Only one line has been reserved for each party. If more lines will be needed, or if there are other questions regarding scheduling this matter, please call Laurice Ghougasian, at 202-219-9655.

s/ Diane Gilbert Sypolt
DIANE GILBERT SYPOLT
Judge, U.S. Court of Federal Claims