# In the United States Court of Federal Claims

**No. 04-461C**

**(Filed December 14, 2004)**

* * * * * * * * * * * * * * * * * * * * * * *
*
**CADDELL CONSTRUCTION CO., INC.** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

This case has been re-assigned to the undersigned Judge. The parties are directed to file an updated report by Wednesday, December 29, 2004, concerning further proceedings. The court expects the parties to provide alternative dates for a status conference to be held in January.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**