IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CADDELL CONSTRUCTION CO., INC., )
)
Plaintiff, )
)
v. ) No. 04-461C
) (Judge Bohdan A. Futey)
UNITED STATES OF AMERICA, )
)
Defendant. )

**SECOND SUPPLEMENTAL JOINT PRELIMINARY STATUS REPORT**

Pursuant to this Court's December 14, 2004 Order, the parties hereby further supplement their Supplemental Joint Preliminary Status Report as follows:

1. The parties hereby adopt and incorporate herein by reference their Supplemental Joint Preliminary Status Report and their Corrected Joint Preliminary Status Report previously filed in this action except that defendant requests and plaintiff does not oppose a discovery deadline of June 30, 2005 to accommodate defendant's counsel's lengthy trial in Daewoo Engineering and Construction Co., Ltd. v. United States, Fed. Cl. No. 02-1914, which consumed the months of October and November, 2004 and which will resume in February-March 2005.

2. In the meantime, the parties have scheduled the production of defendant's documents for January 19-20, 2005 at which time the parties also anticipate scheduling the date(s) for plaintiff's

production of documents to defendant and tentative dates for depositions.

3. Pursuant to this Court's request, the parties suggest that the conference be held telephonically on January 19, 2005 while the parties are together for the defendant's production of documents.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

s/David W. Mockbee

MOCKBEE HALL & DRAKE, P.A.
Lamar Life Building, 10th Floor
317 East Capitol Street
Jackson, Mississippi 39201
601/353-0035 Telephone
601/353-0045 Facsimile

Attorney for Plaintiff

December 29, 2004