# In the United States Court of Federal Claims

**No. 04-461C**

**(Filed January 14, 2005)**

* * * * * * * * * * * * * * * * * * * * * * *
**CADDELL CONSTRUCTION CO., INC.**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

A telephonic conference shall be held on Wednesday, February 2, 2005, at 2:30 P.M. concerning further proceedings. The court will initiate the call.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**