# In the United States Court of Federal Claims

**No. 04-461C**

**(Filed February 3, 2005)**

* * * * * * * * * * * * * * * * * * * * * * *
*
**CADDELL CONSTRUCTION CO., INC.** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephonic conference held on February 2, 2005, the following is so ordered:

1. Discovery shall be completed by July 31, 2005.

2. A joint status report indicating further proceedings shall be filed on Monday, August 15, 2005.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**