IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CADDELL CONSTRUCTION CO., INC., Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | No. 04-461C (Judge Bohdan A. Futey) |

**JOINT STATUS REPORT**

Pursuant to this Court's February 3, 2005, Order, the parties hereby submit this Joint Status Report:

1. Plaintiff has completed its review of defendant's documents, has retained its expert witnesses and informally disclosed to defendant's counsel their identity and the substance of their anticipated testimony. Plaintiff will file its experts' reports on October 31, 2005.

2. Defendant will determine those fact and/or expert witness depositions it wishes to take and will conclude those depositions in November 2005. At that time, defendant will also make a decision regarding the need to retain its own experts.

3. The parties propose to engage in further discovery (fact and expert) until December 1, 2005, at which time the parties will advise the Court of the status of the case, including any additional discovery and the scheduling of a trial date.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

s/David W. Mockbee

MOCKBEE HALL & DRAKE, P.A.
Lamar Life Building, 10th Floor
317 East Capitol Street
Jackson, Mississippi 39201
601/353-0035 Telephone
601/353-0045 Facsimile

Attorney for Plaintiff

August 15, 2005