# In the United States Court of Federal Claims

**No. 04-461C**

**(Filed August 18, 2005)**

* * * * * * * * * * * * * * * * * * * * * * *
*
**CADDELL CONSTRUCTION CO., INC.** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to Joint Status Report filed on August 15, 2005, the following is hereby ordered:

1. Plaintiff shall file its experts' reports by Monday, October 31, 2005.

2. Defendant shall conclude depositions by Wednesday, November 30, 2005, and may retain its own experts.

3. Discovery shall continue until December 1, 2005, and the parties shall file a joint status report by Thursday, December 15, 2005.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**