IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CADDELL CONSTRUCTION CO., INC., )
)
Plaintiff, )
)
v. ) No. 04-461C
) (Judge Bohdan A. Futey)
UNITED STATES OF AMERICA, )
)
Defendant. )

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff, Caddell Construction Co., Inc. ("Caddell"), files its Unopposed Motion for Extension of Time, seeking an extension of those deadlines set forth in this Court's August 18, 2005 Order. In support, Caddell states the following:

1. This dispute involves the construction of a project for the Veterans Administration in Memphis, Tennessee in 1996-97. Because the project was constructed almost ten (10) years ago, and because pre-construction VA design documents needed to be located and inspected, Caddell had difficulty quickly assembling the documents needed by its expert to compile his report and, as a result, its expert encountered unforeseeable delays in rendering his report by the scheduled deadline of October 31, 2005.

2. In addition, because of Caddell's expert's schedule for November 2005, Caddell's expert will be unable to complete his report until December 2, 2005.

3. Defendant has assisted Caddell in obtaining documents needed by Caddell's expert to complete his report and, as a result, was aware of the possibility that Caddell's expert would be unable to meet the October 31, 2005 deadline and has agreed to the following extensions:

(a) Plaintiff shall file its experts' reports by Friday, December 2, 2005.

(b) Defendant shall conclude depositions by Tuesday, January 31, 2006 and may retain its own experts.

(c) Discovery shall continue until January 31, 2006 and the parties shall file a joint status report by Wednesday, February 15, 2006.

4. Caddell is proceeding diligently to prepare its case for trial. Therefore, Caddell requests that the Court favorably consider this Unopposed Motion and enter an Order, extending the deadlines as agreed by the parties.

WHEREFORE, plaintiff, Caddell Construction Co., Inc., requests that this Court grant its Unopposed Motion for Extension of Time.

Respectfully Submitted,

CADDELL CONSTRUCTION CO., INC.

By Its Attorney

MOCKBEE HALL & DRAKE, P.A.

By: s/David W. Mockbee

David W. Mockbee
MOCKBEE HALL & DRAKE, P.A.
Lamar Life Building, 10th Floor
317 E. Capitol Street
Jackson, MS 39201
(601) 353-0035 - Telephone
(601) 353-0045 - Facsimile

October 18, 2005

**CERTIFICATE OF SERVICE**

I, David W. Mockbee, do hereby certify that as of this date, I have filed electronically the foregoing Plaintiff's Unopposed Motion for Extension of Time with the Clerk of Court using the ECF system which sent notification of such filing to the following:

Brian S. Smith, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

This the 18th day of October, 2005.

s/David W. Mockbee
David W. Mockbee