# In the United States Court of Federal Claims

**No. 04-461C**

**(Filed October 21, 2005)**

* * * * * * * * * * * * * * * * * * * * * * *
*
**CADDELL CONSTRUCTION CO., INC.** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Plaintiff's Unopposed Motion for Extention Of Times filed on October 18, 2005 is ALLOWED. The following is hereby ordered:

1. Plaintiff shall file its experts' reports by Friday, December 2, 2005.

2. Defendant shall conclude depositions by Tuesday, January 31, 2006, and may retain its own experts.

3. Discovery shall continue until January 31, 2006, and the parties shall file a joint status report by Wednesday, February 15, 2006.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**