EXHIBIT "C"



ARCHITECTURE/ENGINEERING

JMGR 1980

RECEIVED
MAY 26 1995
SOUTHERN TEAM
DIRECTOR (085B)

# MINUTES OF THE MEETING

DATE: April 25- 28, 1995

RE: VA Memphis Seismic/Modernization- Phase One
Project No. 614-011

SUBJECT: 100% Documents Review VACO Conference

PARTICIPANTS: (As noted)

A series of meetings was held in different rooms at VACO in Washington, D.C., 811 Vermont Ave April 25 through 28, 1995 for the purpose of reviewing the 100% Construction Documents Submittal Each of the Joint Venture disciplines responsible for the documents met separately with their VACO counterparts, with an Exit Meeting on the last day with all disciplines together. The following includes points raised and comments made during these meetings.

**ENTRANCE MEETING:** April 25, Room 515

PARTICIPANTS:

| | | |
|---|---|---|
| Ted Spence | VAMC | 901-577-7386 |
| Bill Totolo | RE | 516-261-4400, x5506 |
| Sam Spiegel | VACO | 202-233-7250 |
| Michael Wess | JMGR | 901-526-9600 |

1. Due to the incomplete nature of many of the drawings, there is a serious concern for coordination between the disciplines. Is there enough time to not only finish the drawings, but to do adequate coordination in three weeks? Could an adequate coordination review by JMGR engineers be done in the time remaining? Could this be done on a "fast track" basis, with review being done concurrently with the work? This is a question that will be given serious consideration and should be resolved by the end of the review.

2. The structure of the schedule for the review meetings will be changed to add a "status" meeting at 1 pm each day in order for the reviewers to report on the progress of the review and to share cross discipline coordination problems that may have surfaced.

JMGR INC
80 MONROE AVENUE
MEMPHIS, TENNESSEE 38103
901 526 9600
901 521 1337 FAX

EXHIBIT "C"

P 2 of 28

VA Memphis Seismic/Modernization- Phase One
100% VACO Review Meeting Minutes

April 25-28, 1995

**ARCHITECTURAL REVIEW:** April 26, Room 515

PARTICIPANTS:

| | |
|---|---|
| Jim Safranek | JMGR |
| Mike Wess | JMGR |
| Ted Spence | VAMC |
| Marlene Jefferson | VACO 085B |
| Bill Totolo | VACO SRE |

3. Fire rated partition legend is acceptable as shown (confirmation was obtained from Ken Falstich in this meeting)

4. Clarify ENT audio booth fire rating by indicating with note that they are of one hour construction. Place note on fire protection plans as well as 1/8" floor plan. No sprinkler needed above booth, if booth is 1 hour rated and there is no storage capacity above the booth. Interstitial space above the ceiling must be non accessible for storage.

5. Smoke detector/fire alarm locations as identified in fire plan reviewer comments will be deferred to Hal Cohen, who will answer them in a memo next week. He noted that he has eliminated any redundant smoke detectors, any smoke detectors above minimum requirements may have been requested by VAMC and need confirmation with Mike Dudas. Other issues to address:
   - A. Confirm sprinklers at switchgear rooms, alarms in lieu of sprinklers, sprinklers as elec. hazard, causing elec. system to trip off, causing unnecessary power loss to critical areas (fire pumps, ICU). To be verified with regional VA fire reviewer.
   - B. Verify need for smoke detector shown in duct at Switchgear room FB1100.
   - C. Provide rails & pickets to prevent passage of a 4" sphere on all stairs, including those in mechanical areas. This does not apply to the new ramp at the dock.

6. Indicate clearly on plans the location of handrail/bumper guard (revise symbol). Use general note that says "Refer to floor plan/drawings for extent of handrail". Revise handrail height to 2'-10" (UFAS requirement) above finish floor. Verify if bumper guard is to be rounded as VA standard detail, or flat profile (VAMC prefers). Will need bumper guard at glass wall areas (especially in glass corridors) in addition to handrail.

7. Provide a 10" bottom stile at storefront doors.

8. The question of changing the wall base on typical gypsum board walls to prevent routine damage from cleaning machines was discussed. There did not seem to be an inexpensive solution to this problem; no change was decided.

9. G.C. shall relocate equipment at existing silver recovery area, to new location.

10. Show the existing paint booth and existing flammable storage area at unassigned area within the ground floor of the existing building.

11. "17" series doors can be "1" series door. Consolidate door types to avoid confusion.

EXHIBIT "C"

P 3 of 28



12. Verify need for additional door designations with fire protection consultant, Hal Cohen of S.A.I.C.

13. Remove "W" designation from "9/10" series doors.

14. No modifier designation is required for "19" series door.

15. Employee dining area not shown at existing building

16. Verify the height, rating and width of existing walls at the temporary egress location within the existing buildings. Add note to provide for 2 hr. separation at all times at connecting corridor locations, even on a temporary basis during construction.

17. The north Trayveyor equipment will be removed by others before the time of construction at 2nd floor, exist building.

18. Dumb Waiter 1 is to have a relocated Termination point at the Third Floor and remain in operation to serve the tower above

19. Add "man door" in the south shearwall between boiler/mechanical room

20. Show overall dimensions for the building at column lines, for 1/16 and 1/8" floor plans.

21. Key 1/8" penthouse floor plan and schedule plan to 1/16" penthouse floor plan.

22. Provide roof hatch or ladder to roof of main penthouse.

23. Show cardboard bailer relocation on site plan (requires electrical connection)

24. Show temporary egress paths on site plan.

25. Add window to Office GB1105B at mechanical room (ground floor)- in south end of the west wall, if possible (check for pipes, etc. that may prevent this).

26. Provide chain hoist at areaway (ground floor)

27. Show pit detail at areaway (refer to plumbing drawings).

28. Show metal door at north stair (ground floor), not wood.

29. Doors at stairs show 44", "V" size Door. By code, door can be 36" wide. Change all stair doors to size "S"

30. Ground floor, switch gear room FB1100. switch door from "5" to type "10" type with wire view window ("W" modifier) Omit door type "5", 1 hour doors and substitute type "10", 1-1/2 hr. doors for all

31. Call out dedication plaque and indicate location on 1/8" scale plan drawings.

EXHIBIT "C"

P 4 of 28



32. Move slab depression general note from 1/8" schedule sheet to 1/8" floor plan sheet.

33. Show full length transaction/handicapped accessible surface at entry side of entrance desk; make accessible for employees (widen entry door at rear to 36"). Verify revised design by sending to VACO for approval.

34. Delete "CORRIDOR" and "DISPENSING" within pharmacy area. This is one large room, not subdivided.

35. Reverse wall type designations, "11", 4A" at pharmacy area. Furring is on Pharmacy side, the corridor is painted concrete block.

36. CB1-9 (eliminate "VFW" on finish schedule) Verify other finishes. Finishes at this area appear to be inappropriate.

37. Eliminate gypsum board wall finish, indicated by partition type "4A" at south wall of ground floor Service elevators: all walls to be painted block.

38. Substitute painted block walls for gypsum board at utilitarian areas (omit furred gypsum board where shown, such as in the pharmacy flammable storage room DB1102G).

39. Eliminate gypsum board furring at stairwells along shear walls. Parge 1/2" plaster instead, and paint. No ceiling shall be provided below landings, and all steel shall be exposed.

40. Use 48" wide door at ground floor pharmacy (for pallet access). Door shall be "X" type (add to schedule on 1-13.1). The typical satellite door is to remain 36" wide.

41. Fix matchline conflicts with roomnames and dimensions.

42. Provide continuous 2 hour fire separation between new and existing building at ground floor mechanical areas: some areas appear as 1 hour.

43. Columns at temporary stair landing not required against existing building it is supposed to be a cantilever. Shorten landing length and coordinate with structural.

44. Provide 1 hour ratings at Radio Pharmacy, eliminate 1 hour ratings and smoke detectors from Imaging rooms.

45. Verify that the equipment layout shown in D102 and D110 is the most current layout approved by Dr. Ramenathan.

46. Provide stair/door to roof of low rise building from Stair 7, for access to mechanical units on roof. Look at possibility of exiting from M619 (mechanical room) instead of Stair 7. would this not reduce the louver area required for this room? Provide access between low rise roofs, possibly by adding a catwalk to connect them over the courtyard.

EXHIBIT "C"





47. Show rooftop equipment at low rise building and provide railing at any equipment within ten feet of roof edge.

48. Door types appear to be inconsistent at trash chute vestibules; the trash chute shaft is 2 hour rated, while the trash chute vestibule is 1 hour rated. Wired glass for the doors to the trash chute vestibule appear to be missing. These doors are all to be C label 45 min. doors (type "11")

49. Smoke wall designation is inconsistent at booth on the 1st floor audiology department (1/8" floor plans, 1/8" schedule plans).

50. Provide double egress door, if possible, at AW-C6 to AW-C7 (exist building, 1st floor).

51. Locker layout at 2nd floor ICU area needs revision: Benches obstruct access to lockers. Verify exact minimum locker count, then redesign. Refer to sketch provided by Marlene Jefferson.

52. Provide 7'-0" clear glass wall at courtyard edge, in lieu of 42" glass guardrail shown to deter jumpers.

53. Provide ADO's for doors from scrub area to cath lab procedure rooms.

54. Show lead thicknesses on 1/4" scale plans in addition to 1/8" scale plans (possibly use better line/symbol designation)

55. Show ADO push plate locations on equipment plans that also show up on door schedule plans. ADO's required at all three ICU suite entrances.

56. Clarify the lead lining location at ELEC G221A (avoid lead lined doors)

57. Add door types 'M' (18"x84") & 'X' (48"x84") to door sizes, sheet 1-13.1. Provide 4' doors at Pharmacy and Cath Lab.

58. Show floor drain and floor slope at hydrotherapy (group shower). Recess slab at this room See plumbing drawings for drain location.

59 Reverse swings of doors between ante room and isolation rooms: door from isolation room should swing into ante room (as per VA criteria).

60. See demo. sheet 1-1 6 and plan 1-4.25 for floor drains that should be removed. Investigate if any of these can be relocated for the new toilets shown. Plumbing plans do not show any of this area.

61. Fix fire ratings on 1/8" schedule plan 1-4.28 for 3rd floor north, at Stair No. 17 (north stair).

62. On all 1/8" floor plans: clean up conflicts and overlapping information.

63. Provide ADO's at doors to recovery suite within existing building.

EXHIBIT "C"

P 6 of 28



64 Fire ratings missing for sheet 1-4.3B, penthouse plans. Provide fire ratings for this sheet

65 Cooling Tower Plan: indicate lifting tower/device (from A&H) and indicate catwalks/grating (from A&H).

66. Show 2x2 lay-in ceiling at office GB1105B at ground floor.

67. Provide complete reflected ceiling plans for the low rise building, and the Basement. Provide note to identify rooms with exposed ceilings above. Use abbreviation: "EXP" Next to room number locate "EXP" in legend and identify as "EXP- EXPOSED TO DECK ABOVE".

68. The reflected ceiling plan legend should reflect symbols on drawings (example: ceiling mounted speakers Show wall mounted speaker in legend also Ceiling mounted speakers at low rise building are shown where no ceiling exists (see mechanical areas). Provide wall mounted speakers at these areas.

69. Provide detail at 7'-2" furr-downs at "way finding" intersections

70. Provide curtain pocket detail at patient rooms, fix wall sections to reflect detail. Confirm room size and typical headwall equipment fit at column furr-out at typical 2 bed, patient room. Identify curtain pocket in plan detail (10.3 sheet). Send Marlene Jefferson a fax of dimensioned plan and detail for approval.

71. Relocate detail/section symbols on reflected ceiling plans to avoid conflicts with shown information.

<u>STATUS MEETING:</u> April 26, 1:00 p.m. (Coordination Meeting with VACO Reviewers)

PARTICIPANTS:
Mike Wess
Jim Safranek
Bert Poletti
Bill Ertumen
Khim Chudasama
Krishna Sonti
Marlene Jefferson
Sam Spiegel
Bill Totolo
Frank Kehus
Ken Mulholland

*Mechanical*

72. HVAC controls specification to be done for competitive bid; A/E to investigate method for interface between a generic specification and the existing Johnson Controls Systems.

73. The existing SICU project and how it will relate to the phasing of the main Phase One project is still in doubt. Utilizing the existing rooftop AHU may be done, but the

EXHIBIT "C"

P 7 of 28



capacities may not be adequate. A/E is to investigate.

*Electrical.*

74. Utility company's contract scope and schedule for new electrical service/utility agreements, as well as the relocating of existing services, needs to be brought to conclusion. A&H to contact the utility company, MLG&W, to make sure that they completely understand the scope and schedule for this project. A&H is to establish a communication link between MLG&W and VACO so that preliminaries for negotiations can begin.

75 John Rogers Site (South Lot): Communication line under Jefferson Ave. will need easement.

*Structural Reviewer*

76. Structural drawings need a great deal of work; drawings brought to Washington by Allen & Hoshall still have many mistakes. Estimate 50% completion. Will need resubmittal.

77. There is much coordination with architecture needed, such as the conflict with the architectural precast panel detail at the floor slab.

78. No catwalks yet designed for the boiler room.

**ARCHITECTURAL REVIEW:** April 27, Room 515
PARTICIPANTS: Same as yesterday.

79. In the specifications, change the developed smoke rating from 25 to 100.

80. Align guardrail wall at courtyard with 7'-6" horizontal mull at typical solar screen.

81. Wall Section 52/9.5 check constructability (coordinate with structural)

82. Key Reflected Ceiling Plans with typical soffit details and other typical details.

83. Reflected Ceiling Plans: darken detail keys.

84. At Detail 32/1-9 5, Note 2' x 2' aluminum perforated metal panel

85. At Detail 57/1-9.6 Fully dimension the precast shown.

86. Confirm metal panel color at penthouse/mechanical screen.

87. The rendering is to be a daytime picture. It was felt that the Medical Center is more of a daytime opeeration and should be characterized as such. An evening rendition is not as appropriate. Fix landscaping to be more accurate. The view presented is approved.

88. Equipment Plans: clarify the locations of the different PBPU types (differentiate between the horizontal and vertical).

89. EB1104A (ground floor SPD toilet) reverse the toilet location, place on south wall (contact

EXHIBIT "C"





Cliff H. for feasability).

90. EB1103, EB1102, EB110A Bathroom/Locker rooms at ground floor SPD should be changed from Ceramic Tile/vinyl tile to total Ceramic Tile floor, with marble threshold at doors.

91. Identify stair plans (sheets 1-11 1 to 1-11 4) with Room/Stair numbers.

92. Change stair rail height to comply with UFAS (2'-10" above floor)

93. Key interior windows at dispatch EB1110 area on 1/8" scale schedules sheet.

94. Omit Detail 43/1-14.13 and fix Detail 10/1-14.13. Do not use centered type of paper towel dispenser. Use standard wall mounted dispenser, place on sidewalls.

95. Equipment Plan: at On-call suite, determine which bathrooms will be accessible, then show grab bars, coordinate mirror/medicine cabinet height, locations. Do not show grab bars for those rooms not requiring accessibility Refer to typical elevations 27/1-14.13.

96. Toilet partitions are ceiling hung, eliminate Detail 56/1-14.13 and orient toilets at metal toilet partitions to avoid grab bars attached to ceiling hung toilet partitions.

97. All hand drawings (14 Series) that are pencil drawn need to have line weight increased.

98. Detail 27/14.7: a 16" x 20" mirror is noted, but another size is drawn. Verify requirement.

99. Sheet 1-14 7, coordinate wall types with 1/8" schedule sheets.

100. Detail 45/1-14.8 provide detail number at this location

101. Detail 34/1-14.13: verify shower furr-down/ceiling height, indicate furr-down on Reflected Ceiling Plans.

102. Detail 51/1-14.4 at information desk· eliminate unnecessary detail reference here.

103. Sheet 1-15.1 revise elevator doors as per Lerch Bates drawings to be center opening in lieu of side opening as shown.

104. Dimension toilet partitions at ground floor public bathrooms EB1100 & DB1100 on 1/4" equipment drawings. Reverse toilets here to put grab bars on walls, not toilet partitions.

105. Check with Lee Dowden on the size of equipment that might have to use the corridor leading to mechanical room G119. It is only a five foot wide corridor

106. Does fire extinguishing need signage, other than directly above recessed cabinet? Provide conspicuous signage. VA to provide JMGR with protocol.

EXHIBIT "C"

Pg of 28

VA Memphis Seismic/Modernization- Phase One April 25-28, 1995
100% VACO Review Meeting Minutes

107. Fire Valve Cabinet (at ground floor) will be larger to include OS&Y and tamper switches (Larger size is indicated in specs) Detail needs note.

SITE PLANNING. April 27, Room 515.

PARTICIPANTS:

| | |
|---|---|
| Jim Safranek | JMGR |
| Mike Wess | JMGR |
| Bert Poletti | Allen & Hoshall |
| E. Keller | VACO |

108. Jackson/Person, landscape consultant, to resubmit drawings to VA, including the South Lot.

109. South Lot: show all easements. A storm line shown should have an easement.

110. Discussion ensued regarding retention scenario at south parking lot. A&H has recommended that this project follow the local guidelines for water retention and presented best case/worse case scenaro. A&H to revise the scenario and provide workable schemes by the end of next week.

111. J/P needs to show manholes on site plan, information appears to be missing from plan.

DOOR HARDWARE: April 27, Rm. 515

PARTICIPANTS:
Marlene Jefferson
Harvey Evelyn
Hal Cohen
Mike Wess
Jim Safranek

112. Smoke barrier doors need only be 1-3/4" solid core 20 minute doors. No label required.

113 Automatic Door Openers (ADO) locations include Ground Floor Entrance Vestibule, 2nd floor ICU (3 doors), Cath Lab, Ambulatory Recovery, Surgical Recovery.

114. Swing door at existing switchgear room OUT - include panic hardware. Emergency generator, boiler, transformer vault, switchgear room doors all now swing out.

115. Provide closer/hold open on doors from existing laundry area.

116. Put hold open on door from main Pharmacy to Pharmacy offices at Ground Floor.

117. Put hold opens at imaging rooms (first floor) to hold open doors while wheeling in

equipment.

118. Provide hold open devices at smoke barrier doors within ICU.

119 VA Specification Reviewer to send specification on ICU door package.

120 Change push plate symbol from "ADO" to "PP".

121. Retail Store: Use pair of 180 degree (2'-8" leafs), flat panic bars, swinging doors, (add bumper crash rail to reduce panic door impact), swinging out into corridor with hold open, rate walls around Retail Store because area will be considered hazardous storage (field verify wall condition and add notes to repair to achieve rating).

**ARCHITECTURAL SPECIFICATIONS:** April 27, Room 511.

PARTICIPANTS:

| | |
|---|---|
| Milford Best | VACO |
| David Pang | JMGR |

122. The architectural specifications are generally complete, except for three missing sections, namely gypsum plaster, cement plaster, and masonry. Masonry will be incorporated into the reinforced masonry section, with face brick on the cooling tower to match the existing Nursing Home. There still needs to be some coordination with the architectural documents to reach final completion.

**INTERIOR:** April 27 and 28, Room 514

PARTICIPANTS:
Nora Gruber
Lorre Puryear
Frank Kehus

123. Select four additional paint colors equal to VWC-8-VWC-11 to replace the vinyl wallcovering accent wall in all exam rooms.

124. The use of epoxy paint has been approved by VACO and Ted Spence for use behind sink walls in place of vinyl wallcovering. JMGR is to check with Kim Hightower as to which material she would prefer on walls behind the sink.

125. Include all bridge finishes in the Room Finish Schedule.

126. Recessed tackable surfaces are to occur in work rooms and conference rooms only. All other tackable surfaces are to be surface mounted as per equipment drawings.

127. Look at all nurses stations for scheduling boards, and staff boards, provide if missing.

128. Coordinate all finish materials with the 09050 criteria book and all wall types with the wall partition plans.

EXHIBIT "C"

P 11 of 28



129. All materials receiving color thoroughout the entire job, interior and exterior, must be included in the 09050

130. Select a darker grout to be used with the quarry tile.

131. Select a slightly darker corner guard (CG-1) to be used in corridors.

132. Patient Rooms - for future flexibility and a cost savings, it was suggested by VACO that we eliminate the custom color corner guards and use a corner guard that matches the neutral wall paint. This needs to included in the mock-up for final approval by VAMC.

133. Use the 4" x 4" scored ceramic wall tile in lieu of the 2" x 2" wall tile for cost saving purposes.

134. Replace the poly olefin wall fabric AWF-1 presently on the color board with the Xorell product for better durability.

135. Submit all new color selections for the above notes to Nora Gruber. These samples may be submitted loose.

136. All other interior colors were approved by VACO and VAMC.

<u>CPM:</u> April 28, Room 515

PARTITICPANTS:
K. L. Mulholland
S K Datta
Marlene Jefferson
Mike Wess
Jim Safranek
Ted Spence
Bill Totolo

137. On phasing site plan sheet 1-3 1, provide notes that distinguish that actual demolition and construction work is indicated on other drawings. Sheet 3.1 is provided only for sequencing.

138 On sheet 1-3.1 add timeline to drawing to upper right hand corner illustrating the construction duration from Notice to Proceed through both stages to completion. Indicate a total duration of 1,035 calendar days.

139. VACO to provide CPM sample network mylar to JMGR as soon as possible. JMGR to revise titleblock for the project.

140. Partial occupancy/activation will not be part of the contract, but will be negotiated with contractor during project as necessary

141. The Notice To Proceed will be 30 days after the award of contract, which should be

EXHIBIT "C"

P 12 of 28



near Sept. 28, 1995. NTP on Oct. 30 would put completion on July 29, 1998 (34 months, or 1,035 calendar days)

142. Provide stronger suggestion of emphasis on serivce yard work completion early. In phasing narrative document, move 1-6 to 1-1.

143. Other modifications in written phasing narrative were discussed, such as the language for the entire service yard to be completed & occupied before Stage 2. Also, generally change "shall" to "will" to make it more forceful.

144. "Oxygen Farm relocation to be done by others" (Not GC) (Relocation of tanks is by others). Pad, fence and bollards to be done by GC. Check on site drawings. Show this note on site phasing drawing, and in phasing narrative

145. Modify location of construction limits shown on Site Demolition Plan, just north of boiler room, to allow for temperature boilers/stairs (show fence). Change other references on this plan to fit the revised narrative wording, especially the "Stages".

146. Provide security on site. Add wording in the General Conditions for the G.C. to provide for a gatehouse with unarmed security personnel on a 24 hour basis. This should be placed near the truck entrance on the north side near the Nursing Home area.

147. Describe fencing types at perimeter and lots. Within the construction area, do not allow the "plastic" fences; specify wooden fences inside (such as staging area) and chain link with razor wire on the perimeter.

148. Modify the General Conditions section of specification to define standard working hours. These were given at the review meeting at the VAMC. See minutes.

149. Modify narrative concerning the boiler replacement, address operational boiler and backup boiler issue in more detail. Call for, if necessary, manned operation of the boiler 24 hours per day by G.C. Confirm that any notes shown in narrative phasing of boilers are covered/amplified in boiler drawings and specs. Coordinate with A&H, submit modified narrative section to Ted Spence, for his review and approval.

150. Curtainwall at 3rd floor existing: change from restraint to Stage One key event (1-10). It must be in place by Oct. '96, in advance of SICU project.

151. Both Mental Hygiene and Dietary must be done in phases to allow continuous operation. MH to be done in two phases, Dietary in three (revise demolition plans to show these three phases).

152 Send revised narrative and phasing and staging plans 1-3.1 and 1-3.2 as soon as possible to VACO for further review.

<u>ELECTRICAL</u>. April 26, 27, 28, 1995, Room 527
PARTICIPANTS:

| | | |
|---|---|---|
| Khim Chudassama | Electrical | (202)233-7194 |

EXHIBIT "C"

VA Memphis Seismic/Modernization- Phase One
100% VACO Review Meeting Minutes

April 25-28, 1995

| | | |
|---|---|---|
| Joanne Brinser | Telecommunications | (301)427-3991 |
| Larry Real | Telecommunications | (301)427-3977 |
| Ted Spence (Part) | VAMC-Memphis, Engr. | (901)577-7386 |
| Mike Dudas | Allen & Hoshall | (901)327-8222 |
| Bert Poletti | Allen & Hoshall | (901)327-8222 |

The following major points were discussed:

153. The plans show that a great deal of work has gone into providing the lighting, power and communications facilities as they are known at this time. Khim expressed concern that architectural features that have not been worked out will not be communicated to the Electrical staff and suggested that a full set of architectural equipment plans be used in further coordination.

154. Every effort should be made to have two generators on line within ten seconds. The loads should be setup to transfer the life safety and critical circuits to the bus after the two generators are on line. In the existing building, some additional ATS units may be required to separate mechanical and other loads that even though are important, are not on the VA list of critical and life safety items We will contact the hospital who according to Ted Spence will work with us on this

155. The nurse call system review indicated that the following unanswered items will be addressed.
   a. The pillow speakers will be shown on the single line diagrams.
   b. The location of the nurse call cabinet will be clarified. Their preference is in an equipment closet but they have also seen the nurse call cabinets in the typical nourishment room. The use of an alcove area is possible if there is enough room as long as the cabinet doesn't face the aisle and is locked.
   c The need for "Code One" stations at the patient bedside units was discussed. The local desire is to have the stations at the units but the Central office represenatives indicated that there are disadvantages to doing this. Ted Spence will recheck this with local hospital nursing.

156. Security systems that are done by this project include only the brackets, conduit, power and cable outlets for the TV Surveilance equipment. The local station will provide the cameras, mixers, recorders, and viewing equipment

157. The Patient Bedside Units details shown on the electrical drawings are for the purpose of providing a guideline for the devices that are required. This should be limited to block diagrams rather than elevation type illustrations. For electrical purposes, the elevations are not needed. If the ARCHITECT determines that the elevations are needed, they have to be in the architectural details

**HVAC:**

PARTICIPANTS:

| | | |
|---|---|---|
| Krishna Sonti | VACO Mechanical Engineer | (202)233-7247 |
| Lee Dowden | Allen & Hoshall | (901)327-8222 |
| Tom Needham | Allen & Hoshall | (901)327-8222 |

EXHIBIT "C"

P 14 of 28



158. The Roof-mounted AHU specification used for the Palo Alto Medical Center was provided by Mr. Sonti. The Palo Alto specification will be modified and incorporated.

159. Make change to specification 15050 welding as provided.

160 The most current specification sections need to be used. These were provided by the reviewer.

161. Refer to NUSIG for seismic support of HVAC work.

162. The most updated design criteria should be used. Major design changes (if any) based on changes in design criteria cannot be incorporated at this stage of the project.

163. Need to talk with VA gen.

164. Make sure all symbols and abbreviations are shown on the legend sheet.

165. Clarify AHU scheduled airflows with floor plans and schematics. Coordinate all equipment capacities shown on plans with schedules.

166. Need trap sizes and capacities. Need to schedule traps.

167. Convertor pressure needs to be decreased to account for pressure drop through the steam control valve, for modulating steam control this is 80% of inlet gauge which is 24 psig.

168. Humidifier pressure should be 25 psig to account for piping losses.

169. Finish PRV schedule and details.

170. Provide note on fan schedule describing what is included in the total static pressure.

171. Increase motor horsepower as required to give a large margin of error (20-30%).

172. Put CC in legend "Contractor Supplied and Contractor Installed."

173 Hood schedule notes 1 and 2 are missing.

174. Hood types need to be coordinated with architectural equipment plans. The VA criteria should be used as a min. exh. airflow.

175. 95% HEPA filter should be used for Isolation Rooms. Verify if higher efficiencies are required.

176. ICU return air should be provided with 99.97% final filtration.

Round off capacities on schedules (gpm's specifically).

EXHIBIT "C"

P 15 of 28



177. Provide notes on terminal unit schedules and specs to provide sound attenautors. These should not be provided by manufacturer as part of the box but should be mounted down stream of the box.

178. Provide DDC unit control units for groups of VAV boxes. The price for DDC has decreased in the last few years and the advantages of DDC justify the cost.

179. Provide control system for dedicated surgery chiller system. Show change over valve operation.

180. All drawings need cross references. Check all drawing references (many are wrong).

181. On demolition drawings there needs to be more clarity as to why this work is be performed.

182. Do not provide a 5 year service contract for equipment. Check with local station about this.

183. Check and coordinate airflow diagrams with schedules.

184. Note that scheduled AHU airflows are not the balance airflows Refer to airflow diagrams and floor plans for balance airflows. This is applicable for the terminal units also.

185. Calculate CV for chilled water and preheat control valves.

186. Provide a means for expansion for HW and steam piping.

187. Verify that there is enough clearance beneath the cond. drain for an air handling unit with 6" SP requires 14 to 16 inches clear to floor.

188. Refer to details for piping specialties.

189. Check whether a smoke damper is required on the return air system.

190. Delete smoke detector in return air on single floor AHU's

191. Make sure smoke detectors are shown on floor plans.

192. Outside air sensor setpoint should be adjustable.

193. Provide sound attenuators on boxes in critical areas such as conf. rooms, chief offices, classrooms, patient areas, etc.

194. Provide all input/output points as necessary for all equipment. Check point schedules.

195. Provide structural detail where 20" condenser pipes are entering the building.

EXHIBIT "C"

P16 of 28



196. Floor plans need to be clarified with match lines, continuation notes, col numbers, and key plans.

197. Pressurize and heat entrance vestibule.

198. Verify airflow in equipment areas such as film viewing, copy room etc.

199. Do not exhaust TB rooms at the door entrance. Move exhaust inlet to remote corner of each room.

200. For each reverse Isolation room show the two modes of operation with airflow quantities.

201. Show detail for diffusers dropping off the bottom of main ducts. Provide volume damper and 45° entry fitting.

202. Show supply, return, and exhaust quantities for all critical pressure areas unless return airflow is the same as supply, the CFM will be noted on the plans.

**PLUMBING:**
PARTICIPANTS:

203. Drawing 1-P1
    A. Add P-711 fixture to Schedule

204. Drawing 1-P12
    A. Add P-805 hose bibs in Mechanical Rooms
    B. Avoid duplication of information: Same area is shown on 1-P15
    C. Piping is not permitted in Generator Room.
    D. Show fuel oil piping and gauge lines; locate leak detection monitor and fuel tank gauge panel.
    E. Add titles and scales for each plan.
    F. Use correct vent pipe symbol on basement plan.

205. Drawing 1-P-16
    A. P-711 Fixture is shown, but not in Fixture Schedule
    B. Provide a R.P.P B.F.P. for E.O. Sterilizer
    C. Provide a P-706 Emergency Shower in Decontamination, South of the P-418E
    D. Provide a P-707 Emergency Shower/Eyewash in BMSA on west wall; change two P-801 fixtures to one P-803.
    E. Provide a P-708 in Receiving/Breakout
    F. Provide cleanouts on S.P. & ST. Piping at 5' outside building.

206. Drawing 1-P17
    A. At Note in Mechanical Room: Revise referenced Drawing Number to 1-P47.

207. Drawing 1-P24 Delete P-509 in room G329

208. Drawing 1-P36 Provide lockable sectionalizing valves on all four (4) medical gas

EXHIBIT "C"

P 17 of 28



risers, above ceiling of elevator lobby.

209. Drawing 1-P38 Provide lockable sectionalizing valves on all medical gas piping at points where branches serving quadrants of building connect to mains.

210. Drawings 1-P40 Clarify Key Notes at east med. Gas zone valve.

211. Drawing 1-P47
   A. Provide complete piping layout for equipment in Plumbing Equipment Room
   B. Provide fresh air intakes and exhausts (on roof) for compressors and vacuum pumps

212. Drawings 1-P51
   A. Review with Medical Center whether to use duplexed air refrigerated dryers or one refrigerated and one desiccant type.

213 Drawing 1-P52
   A. Remove "OR AS REQD" from dimensions

214. Drawing 1-P54
   A. Oxygen service shall be per NFPA 99
   B. Show low pressure oxygen supply outlet at exterior wall; show dock on exterior of building.
   C. Risers need to be identified for clarity

GENERAL PLUMBING COMMENTS:

215. Soil waste and vent pipe sizing, design and layout is incomplete and must be finished and finalized

216. Reagent Grade water systems: design all systems with a circulated loop. No deadends allowed.

217 For all P-505 fixtures: Modify small chases to provide minimum of 9" clearance inside each chase for carrier installation.

218 In all On-Call toilets: Check for wheelchair accessibility. May need to change P-401 to P-415 or P-418 or P-414 as applicable.

219 Add shut-off valves for all fixtures or fixture groups such as toilet room.

220. Provide a P-801 on each roof court for watering and washdown; specify a planter drain similar to a Smith #2675; investigate if roof courts have walkways, and whether there is a drainage problem because of them.

221. Provide lockable sectionalizing valves on medical gas piping at points where branches serving quadrants of building connect to mains.

222. If possible, delete shop air, lab air and lab vacuum equipment, and instead, extend

EXHIBIT "C"





existing services to new building.

223. Pipe up all fume hoods.

224. Equipment items HW-534: A P-trap is not required at the base of each riser; the steam condensate can drip back into the unit.

225. If fuel oil tank is for boiler only, it is plumbing work; if for boiler and emergency generator, it is electrical work .

226. At recently added emergency room on west side of existing building: indicate all work as existing, to be removed/relocated, or whatever.

227. Coordinate with Electrical re: Generator room, for size of pumps for fuel oil.

228. On roof plans, show locations of all hub drains, sanitary vents, atmospheric vents, and mechanical equipment.

229. Coordinate with Medical Center on new master alarm for new medical air and vacuum equipment.

230. For P-109 fixtures: provide a generic specification for the combination water closet/lavatory unit; Use a Bradley LC-1000 as a guide; specify as a swing-nut design, and verify that at lest two manufacturers can meet the specification.

**SANITARY:**
PARTICIPANTS:

231. Drawing W-1
   A. Remove existing fuel oil piping which is not to remain in service.
   B. Note to "Relocate" existing oxygen tanks, not to "Remove"; add note to coordinate with medical center and tank supplier.
   C. In legend, darken symbols for new valve, manhole, cleanout, etc., to distinguish new from existing.
   D. At note above title block: where is dwg. W-3? if none, change reference from W-3 to appropriate L dwg
   E. In general note block: Change reference from "Sheets 1-P10 and 1-P11" to "Plumbing Sheets"
   F. Show locations of existing fuel oil storage tanks

232. Drawing W-2
   A. Show locations of existing fuel oil tanks
   B. Provide an R.P P B F.P. (ASSE1013)) for cooling tower supply; add a detail on Plumbing dwgs., and shown continuation of piping on Plumbing dwgs.
   C. 15,000 gal fuel oil tank: size is incorrect; should be 20,000? Verify!
   D. At all connections to existing piping, show symbol indicated in legend (circle with darkened X); this applies even if there is a note adjacent to connection.
   E. At fuel oil tank, piping does not correlate with Mech. dwgs; Coordinate!
   F. Provide profile dwgs. of the storm and sanitary sewers.

EXHIBIT "C"

P19of28



G. Adjust line weights of existing and new buildings. existing should be light, and new should be heavy
H. In general, show elevations of work such as inlet grate, manhole rim, and valve box, and remove "AS REQD."
I. Show leader line with arrow to indicate which M.H. goes with which M.H. text.
J. Show Siamese connection, and route of fire main piping to building

**STRUCTURAL REVIEW, NEW BUILDING:**

PARTICIPANTS:

| | | |
|---|---|---|
| Bill Ertumen | VACO | (202)233-2896 |
| Jay Stressel | A&H, Structural | (901)327-8222 |
| Ted Winstead | A&H, Structural | (901)327-8222 |
| Doug Robertson | R&C, Seismic | (415)495-4222 |

Bill Ertumen, Jay Stressel and Ted Winstead began the structural review of the new building at 1:30 p.m. on Tuesday, April 25, and continued until 11:30 a.m. on Friday, April 28. Doug Robertson was present on Thursday, the 27th; some of that day was used in review of the strengthening of the existing building. The review of the new building produced specific comments on the drawings which are summarized below.

233 General Notes, Dwg. 1-S1.
A. Add a note for minimum cover over reinforcing bars.
B. Revised notes for drilled pier construction, requested by Bill Totollo at the previous review, are acceptable.

234. Basement and ground floor plans, dwgs. 1-S2, 1-S3, 1-S4, 1-S5.
A. Identification of drilled piers and grade beams is incomplete.
B. Section marks need to be completed. Additional sections are required.
C. Dimensions locating column A.5-12 do not agree with latest revisions on architectural plan.
D. Ground floor framing over basement is incomplete.
E. Depressions in slab on grade must be coordinated with architectural plans. The depressions will not be dimensioned on the structural drawings.

235. Boiler Replacement Plan, dwg. 1-S2A.
A. The latest revisions resolve previous interferences with boiler operation
B. Show thickness of existing floor slab to be cut and size of wall reinforcing to be cut and welded.

236. Framing plans, first through fifth floors, dwgs. 1-S6 through 1-S16.
A. Add missing beam marks.
B. Add elevations at top of depressed beams.
C Slab depressions must be coordinated with architectural plans The depressions will not be dimensioned on the structural drawings.
D. Add references to details for connections and pre-cast panels.

237. Framing plans, roof and penthouse, dwgs. 1-S17, 1-S18, 1-S19.
A. Add missing beam marks.

EXHIBIT "C"

P 20 of 28



B. Add references to details for connections and pre-cast panels.
C. Revise supports for equipment screens.
D. Clarify locations of 18 ga. roof deck and composite slab.

238. Foundation details, dwgs. 1-S20 through 1-S24.
A. Details at pre-cast panels must be coordinated with architecture.
B. Details near existing building must be coordinated with SE drawings
C. Some wall and grade beam sizes do not match plans.

239. Framing details, dwgs. 1-S25, 1-S26, 1-S27.
A. Details at pre-cast panels must be coordinated with architecture.
B. Moment connection details are incomplete
C. Indicate lightweight concrete for floors.
D. Coordinate member sizes with plans.

240. Stair #7, dwg. 1-S28
A. Some beams are not scheduled.
B. Column base plates are not shown
C. Connections for pre-cast are not shown.
D. Roof deck is not identified.

241. Infill at southeast corner and stair details, dwg. 1-S29.
A. Plan dimensions need to be coordinated with architecture
B. Welds need to be shown on some details.

242. Conduit and stack supports, dwg. 1-S30.
A. Add bolts to connection details.
B. Add end plates to tube columns.
C. Size beam shown in section 6/S30.

243. Transfer girders, dwg. 1-S31.
A. Detail at base of column on girder is incomplete.
B. Simple and moment connections are incomplete.
C Check size of brace in section 8/S31.

244. Roof and penthouse details, dwgs. 1-S32 and 1-S33
A. Equipment screen details are incomplete.
B. Show welds in section 7/S33.

245. Shear wall elevations and details, dwgs 1-S34, 1-S35, 1-S36.
A. Identify walls 3 and 4.
B. Show reinforcing in boundary members.
C. Show connections for pre-cast.
D. Verify reinforcement clearances in coupling beam, detail 8/S36.
E. Show splices for reinforcing

246. Vestibule plans and details, dwg. 1-S37.
A. Verify need for adhesive anchor bolts or use conventional anchor bolts.
B. Coordinate references to sections 11 and 13.

EXHIBIT "C"

P 21 of 28



247. Temporary stair, dwg 1-S38.
   A Delete foundations at existing building. Small landing may have to be cantilevered.
   B. Change rod bracing to another shape.
   C. Coordinate detail numbers and titles.
   D. Add roof framing plan.

248. Bridge, dwgs 1-S39 and 1-S40
   A. Mark grade beams and add to schedule.
   B. Show slab on grade.
   C. Box beam supplier will provide design calculations for review by A/E.
   D. Add design loads peculiar to bridge.
   E. Correct column size is 64 x 56.

249. Drilled pier schedule and details, dwg. 1-S41.
   A. Schedule and details are incomplete.

250 Grade beam schedule and details, dwg. 1-S42.
   A. A few grade beams are not shown.
   B. Another sheet, 1-S42A, has been started for remainder of schedule and grade beam details.

251 Beam schedule, dwgs. 1-S43, 1-S44, 1-S45.
   A. Some beams are not scheduled
   B. Show top and bottom studs of beams embedded in shear walls.

252. Column schedule, dwgs. 1-S46 through 1-S49.
   A. Base plate details are incomplete.
   B Not all column bearing elevations are shown
   C. Penthouse column schedule is incomplete

253. Ramp and miscellaneous details, dwg. 1-S50.
   A. Cooling tower hoist has changed at station's request. Details must be revised

254. Cooling tower, dwg. 1-S51
   A. Grating is mislocated on plan.
   B. Check W8x15 beams.
   C. Reinforcing call-outs in sections are incomplete.

<u>EXIT MEETING</u>: April 28, Room 515
It was pointed out that a post submittal will be necessary by June 6, 1995. By that time, one plot or sepia of each of the corrected drawings is to be re-submitted (along with Final Specifications). Not only are these drawings to be completely capable of being bid, but are to be properly coordinated so that they are as "tight" as possible (meaning that they keep errors and omissions to a minimum).

The various VACO reviewers from each of the disciplines gave a brief statement about their meetings which included the following:

EXHIBIT "C"

P 22 of 28



*Electrical.*

255 The drawings are in pretty good shape and should have no trouble making 100% in the time remaining, even with new direction on a few items and confirmation of some of the load calculations.

256. There are some proprietary specification items that will be necessary and the VA is to make sure that they are acceptable and advise the A/E. One of these is the Hil-Rom safety bed lights where the safety switch is a part of the fixture. The A/E is to see if a generic specification can be written. Another item is the PBPU: Kim is to check with David Norton about their operation.

257. Telecommunications Nurse Call still needs much work. A&H is to send seven sheets directly to Ms. Brinser as soon as possible (before June 6) Copy Spiegel and Wess on this transmittal.

258. A post review will be necessary on all drawings by June 6.

*Boilers:*

259. The proposed boiler stack is refractory lined This is excessive and is to be corrected in the specifications

260. Existing boiler controls are to be utilized to hold down cost.

261. The seismic bracing is for all new and existing equipment requiring it inside the Boiler Room. No existing equipment outside the Boiler Room is within this scope.

262. The marked sepias and specifications were given to the A/E (Tom Needham); resubmit by June 6. All drawings, but only the control specifications need be resubmitted by June 6.

*Plumbing:*

263 West Lot storm drainage not submitted.

264 The fuel tank requirements ar 27,000 gallons for 96 hours. Since the maximum size tank is 20,000 gallons, this means two tanks will be needed. The new boilers are to use the existing 10,000 gallon tank now used for the generators

265. Since it was determined that at least three of the On-Call rooms in the suite are to be accessible, it was decided to make all of the plumbing fixtures accessible, including the mirrors Only three of the showers have to be made accessible.

266. The corridor in the On-Call suite is only five feet wide. Verify if this is a problem for access to the Mechanical Room (it has a pair of three foot wide doors).

267. The relocation of the oxygen farm tanks and fittings is to be by the vendor. Have all notes on the plans reflect this. The General Contractor is to coordinate this work.

268. The fire protection drawings are busy and hard to read Clean up the conflicts and remove unnecessary symbols. The fire protection zones are especially hard to read.

EXHIBIT "C"





269. The ICU modular toilet is to remain a "P" number, generically specified as a "swing out" fixture Change the graphic symbol on the plans to reflect this type of toilet.

*Structural:*

270 There is much work to do on these drawings to reach 100%. Resubmit all drawings, calculations and final specifications by June 6.

271. The following elements must he coordinated with the architectural drawings: precast panels, stairs, storefront elements, cat walks, depressed slabs, dimensions, especially the slab edge. Coordination elements with other disciplines include mechanical equipment seismic anchorage and pipe and shaft openings.

272. It was decided that the A/E designs the special moment connections since the local fabricators do not have this expertise. The fabricators can, however, design and detail the typical connections if the A/E shows the proper calculations and examples.

*Interiors*

273. Specification section 09050 still has a few items that need architectural coordination.

274. The ceramic tile walls are to be 4x4 tiles with 2x2 scored joints to match the 2x2 floor. The accent tiles are to remain 2x2, since these colors cannot be obtained in 4x4.

275. The A/E is to send a proposal for additional services to design a "way-finding" signage package for the project The design does not have to be incorporated into the bid documents, but at a later date to be determined.

276. Make sure that the abbreviations and verbiage between the specifications and documents are coordinated, especially with the finish schedule. Note that the connecting corridor to the existing building is not in the Finish Schedule.

*HVAC*

277. This submittal has come a long way since the last, but still needs some coordination.

278. The requirements for annunciation between the new and existing is still not clear.

279. Verify the Department of Energy requirements for (and these document compliance with) the U factor combinations that allow for no perimeter heating.

280. The asbestos notes on the demolition drawings (there will be no separate AR drawings) need to be more specific about the mechanical pipe locations. Make sure that the notes refer to drawings in the set. Some of the notes now refer to "As-built" drawing numbers and must be substituted for appropriate sheet numbers in these contract documents.

281. A new master specification for Lead Paint Removal was given to the A/E for use in this project The removal notes are to be added to the drawings for review as soon as possible

EXHIBIT "C"





*Architectural.*

282 These drawings are substantially complete, but need coordination, both within the architectural documents (such as incorrect references from one drawing to another) and with other disciplines

283. There are three areas that are incomplete and require resubmittal. They are: the Information Desk (not accessible), the Second Floor roof court railing (must be seven feet high) and the window treatment at the typical patient room (not fully detailed or dimensioned).

284. VACO did not receive the fax on the typical patient room vanity sink. resend. This sink was changed by the VA to be an integral bowl "Corian" type. This will mean placing it in the equipment specification, including the fittings. The A/E plumbing engineer to advise.

*Specifications.*

285. There are three missing sections: Standing Seam Metal Roof (for the Pedestrian Bridge), Gypsum Plaster, and Cement Plaster

286. Some coordination is needed with the drawings.

287. The reinforced brick section submitted includes the face brick needed for the Cooling Tower (which is to match the Nursing Home).

*CPM.*

288. The phasing narrative has been substantially cleaned up and is ready for final review. The revised narrative is to be resubmitted with the appropriate drawings as soon as possible.

289. It was agreed that 34 months total construction duration is optimum. A timeline is to be added to the Phasing and Staging sheet to reflect the stages over this period.

*Site.*

290. The drawings are still incomplete in many areas and must be resubmitted. The problems have been discussed with the JV consultant (Jackson/Person) who will correct the drawings.

291. A solution to the South Lot water retention problem is still unclear. A conference call between VAMC, VACO and the JV engineers next Thursday at 2pm EST is intended to reach a decision on this matter.

EXHIBIT "C"

P25 of 28

VA Memphis Seismic/Modernization- Phase One
100% VACO Review Meeting Minutes

April 25-28, 1995

The information above represents our interpretation of items discussed and decisions reached during this meeting Unless we are notified in writing within ten (10) days of receipt of these minutes, we will assume this information to be correct and proceed accordingly.

Respectfully submitted,

JMGR Inc.

Michael P. Wess, AIA

935210/1.4/mpw

cc: Sam Spiegel w/ six copies
Ted Spence w/ three copies
Bert Poletti w/ four copies
David Rhodes
Jim Safranek
John Pate
David Pang
John Basch
Darrel Grice
Hal Cohen

EXHIBIT "C"

P26 of 28

FACSIMILE

| | | | |
|---|---|---|---|
| To: | Sam Spiegel | Date | 4-4-95 |
| Company | VA | Job No. | M156183002 |
| Project | VA Memphis | Fax No. | 2022337083 |
| From | Jay Stressel | Total Pages | 3 |

Remarks

ALLEN & HOSHALL
Architects
Engineers
P.O. Box 12788
Memphis TN
38182 0708 USA
Telephone 901 327 82
Facsimile 901 324,71
ESTABLISHED 1?

EXHIBIT "C"

P27 of 28



**STRUCTURAL**
**Drawing Completeness Summary**
**VA Memphis**

1. Ground floor plans are at approximately 88% complete. These areas require additional coordination with the architect and mechanical engineer to complete the plans and associated sections.

2. All elevated floor plans are approximately 92% complete. There are miscellaneous beam marks to be added to each floor. Many beam designs are common to each floor. Also, additional sections need to be cut at each level.

3. Section sheets are about 83% complete. This figure was based on the remaining space left on sheets. Many sheets have a very compact set of details. All sections sheets are not planned to be completely full, therefore, the completeness of these sheets is based on the final number of new details required.

4. The miscellaneous structures such as the pedestrian bridge, cooling tower, and temporary stairs are near 100% complete. Some small adjustments are anticipated.

5. The schedules are close to 90% complete. The columns schedules are approximately 95%. Beam designs are very near complete and need to be transferred to the final drawings. The grade beam schedule needs the most work, however, it will move quickly since many grade beams are typical in design.

EXHIBIT "C"

P 28 of 28

PROJECT VAMC SEISMIC MODERNIZATION CONSTRUCTION
DOCUMENT PHASE
STRUCTURAL DRAWINGS

| Drawing number | Drawing title | % COMPLETE , MARCH 28, 1995 |
|---|---|---|
| 1-B1 | Soil Boring Plan | 100 |
| 1-B2 | Boring Logs | 100 |
| 1-B3 | Boring Logs | 100 |
| 1-B4 | Boring Logs | 100 |
| 1-S1 | General Notes | 98 |
| 1-S2 | Basement Plan, Boiler Room | 80 |
| 1-S2A | Boiler room replacement plan & sections | 98 |
| 1-S3 | Ground Floor Plan, Boiler and Generator Room | 80 |
| 1-S4 | Ground Floor Plan - North | 95 |
| 1-S5 | Ground Floor Plan - South | 90 |
| 1-S6 | First Floor (Roof) Plan, Boiler and Generator Room | 85 |
| 1-S7 | First Floor Plan - North | 88 |
| 1-S8 | First Floor Plan - South | 88 |
| 1-S9 | Second Floor Plan - North | 88 |
| 1-S10 | Second Floor Plan - South | 88 |
| 1-S11 | Third Floor Plan - North | 95 |
| 1-S12 | Third Floor Plan - South | 95 |
| 1-S13 | Fourth Floor Plan - North | 95 |
| 1-S14 | Fourth Floor Plan - South | 95 |
| 1-S15 | Fifth Floor Plan - North | 95 |
| 1-S16 | Fifth Floor Plan - South | 95 |
| 1-S17 | Roof Plan - North | 95 |
| 1-S18 | Roof Plan - South | 95 |
| 1-S19 | Penthouse Roof | 90 |
| 1-S20 | Sections & Details, Basement | 95 |
| 1-S21 | Sections & Details, Basement | 85 |
| 1-S22 | Sections & Details, Ground Floor | 85 |
| 1-S23 | Sections & Details, Ground Floor | 85 |
| 1-S24 | Sections & Details, Ground Floor | 65 |
| 1-S25 | Sections & Details, First Floor | 95 |
| 1-S26 | Sections & Details, Second through Fifth Floors | 80 |
| 1-S27 | Sections & Details, Second through Fifth Floors | 95 |
| 1-S28 | Sections & Details, Second through Fifth Floors | 95 |
| 1-S29 | Sections & Details, Second through Fifth Floors | 85 |
| 1-S30 | Sections & Details, Second through Fifth Floors | 75 |
| 1-S31 | Sections & Details, Transfer Girder | 75 |
| 1-S32 | Sections & Details, Roof | 60 |
| 1-S33 | Sections & Details, Penthouse Roof & Mezzanine | 60 |
| 1-S34 | Shear Wall Elevations | 98 |
| 1-S35 | Shear Wall Elevations | 98 |
| 1-S36 | Shear Wall Sections | 98 |
| 1-S37 | NOT USED | |
| 1-S38 | Stair Plans & Details | 99 |
| 1-S39 | Pedestrian Bridge Plan & Details | 99 |
| 1-S40 | Pedestrian Bridge details | 99 |
| 1-S41 | Drilled Pier & Grade Beam Schedules | 60 |
| 1-S42 | Drilled Pier & Grade Beam Schedules | 60 |
| 1-S43 | Beam Schedules | 85 |
| 1-S44 | Beam Schedules | 85 |
| 1-S45 | Beam Schedules | 88 |
| 1-S46 | Column Schedules | 99 |
| 1-S47 | Column Schedules | 98 |
| 1-S48 | Column Schedules | 98 |
| 1-S49 | Column Schedules | 90 |
| 1-S50 | Misc. sections | 50 |
| 1-S51 | Cooling tower plan and sections | 98 |
| | | 88 |

55 Total Sheets
Shaded drawing numbers indicate drawings to be submitted for (CD2)