EXHIBIT "D"

P 1 of 4

5.1

June 14, 1995

Southern Team Project Director (085B)

Price Negotiation Memorandum For -COCO - CREDIT FOR REDUCED QUALITY CONTROL, Seismic/Modernization, Project No: 614-011, A/E Contract No: V101BP0121, Memphis, TN CANCELS·

Director, Financial & Contract Administration Division (082A)

**A. REASON FOR CHANGE:** Allen & Hoshall, the engineering Joint Venture partner, has not provided the quality control and coordination per the contract, especially with respect to the structural design.

**B. PROPOSAL, ESTIMATE, & PRICE:**

| | Original Proposal | VA Estimate | Agreed/Issue Price |
|---|---|---|---|
| Amount: | -$43,060 | -$43,060 | -$43,060 |
| Time | 0 Days | 0 Days | 0 Days |
| Date : | | | 07/27/94 |

| Date of Audit Report | Audit Control No. | Amt. Submitted for Audit |
|---|---|---|
| N/A | N/A | N/A |

**C. PROJECT MANAGER'S CODE FOR ISSUANCE:**
E - Technical or Administrative Decision

**D. ATTACHED DOCUMENTS:**

1. VA estimate.
2. A/E quality control letter dated 4/4/95.

Larkin S. Hobbs
Larkin S Hobbs

FUNDS ARE AVAILABLE: [signature] (082A) 6-27-95 DATE

APPROVED : Harold M. Goode (085) 7-10-95 DATE

cc: 085B/Chrono/LSH/MJJ/Yellow: 5 1/082A/087

SB 7/7
085B/SSPIEGEL/MJJ: 06/13/95 SAM1-COCO-43 DOC

EXHIBIT "D"

PAGE 2.

Price Negotiation Memorandum For -COCO - CREDIT FOR REDUCED QUALITY CONTROL, Seismic/Modernization, Project No: 614-011, A/E Contract No: V101BP0121, Memphis, TN CANCELS.

---

Name & Address of Firm:
JMGR/Allen & Hoshall
80 Monroe Avenue
Memphis, TN 38103

Date of Final Agreement
07/27/94

Place of Negotiation
Washington, DC

---

1. Reason for Change: See First Page Item A

---

2. Proposal, Estimate, & Price: See First Page Item B

---

3. Purpose of Negotiation

---

I. Type of Service:

[X] Architect Engineer [] Value Engineering [] Facilities Development [] Construction

---

II. Type of Contract Action:

[] Contract [] Contract Definitization [X] Contract Modification [] Other

---

**4. Description of Acquisition:** Reduced hours for quality control

---

5. Negotiation Representatives:

| Organization | Name | Position |
|---|---|---|
| DVA OF | SAM SPIEGEL | PROJECT MANAGER |
| DVA OF | STEVE HOBBS | DIRECTOR, (085B) |
| DVA OF | ED BRADLEY III | CONTR. OFFICER |
| JMGR | DAVID RHODES | PRINCIPLE |
| JMGR | MIKE WESS | PROJECT MANAGER |
| A&H | TOM NEEDHAM | PRESIDENT |

---

6 Purchasing System. No recent changes.

---

7. Reliance on Certified Cost or Pricing Data: N/A

---

8. Certified Cost or Pricing Data Exemption: N/A

EXHIBIT "D"

P3 of 4



Price Negotiation Memorandum For -COCO - CREDIT FOR REDUCED QUALITY CONTROL, Seismic/Modernization, Project No: 614-011, A/E Contract No: V101BP0121, Memphis, TN CANCELS:

9. Certified Cost or Pricing Data on Proposals Under $100,000: N/A

10. Pricing Discrepancies and Resolutions: N/A

11. Prenegotiation Price Objectives, Price Settlement and Outside Influences: N/A

12. Profit or Fee: 10%

**13. Memorandum For The Record (MFTR)**

a. The A/E submitted a Quality Control letter dated 4/4/95 associated with the CD2 submission for the structural design which stated that ground floor plans are 88% complete, elevated floor plans are 92% complete, section sheets are 83% complete and schedules are 90% complete.

b. The 085B structural engineer stated that the final CD submission was actually about 40% complete, with many errors and omissions not the 90% complete the A/E certified. The entire project became in jeopardy due to the poor structural submission.

c. From DD1 on the 085B structural engineer complained about the lack of quantity and quality of the structural submissions. The A/E was required to attend three additional meetings in CM concerning structural problems and submit a total of five post and interim submissions during DD and CD.

d. In a meeting on April 27,1995 with the A/E and Southern Team management, the A/E committed to having the 100% drawings including structural in 085B for final review on May 6,1995.
The A/E agreed that it will submit no further payment invoices until after the bid The A/E also agreed that the Allen & Hoshall quality control hours will not be billed.

e. The A/E contract shows Allen & Hoshall with 595 hours for quality control for engineering with a value of $43,060.

EXHIBIT "D"

PAGE 4

Price Negotiation Memorandum For -COCO - CREDIT FOR REDUCED QUALITY CONTROL, Seismic/Modernization, Project No: 614-011, A/E Contract No: V101BP0121, Memphis, TN CANCELS:

f. As of June 14,1995 we are missing 7 critical drawings of details and column schedules.

g. The drawings that were submitted as 100% still show many errors and omissions and require work to make a tight set of bid documents. Also, our structural engineer pointed out the the A/E did not appear to value engineer the job by increasing the quantity of structural steel since the CD1 submission by changing the beam sizes.

h. This change order deletes Allen & Hoshall's 595 hours for quality control from the A/E contract.

Payment Method: This is a credit

CAMS Record Number: 4, WD

---

14. Implications: None

---

15. Signature of Contracting Officer or Authorized Representative

[signature] Date: 6/14/95