EXHIBIT "E"

P1of4

October 4, 1996

614/08

Mr. Larry Anderson
Project Manager
Caddell Construction Co., Inc.
P. O. Box 42088
Memphis, TN 38174-2088

SUBJ: Request for Information #371, Precast Opening for Door at Generator Room
Project 614-011, Contract V101BC0133
Seismic Modernization, Phase I
VA Medical Center
Memphis, TN 38104

Dear Mr. Anderson:

Yes, On Drawing 1-4.4 at the 108 roll-up door in GB1103, the opening height is 11'-0" above finished floor and the opening is 12'-0" wide. See 1-13.1 and 1-13.2 and coordinate with your door supplier.

On Return of submittal 3450-1, at west elevation 5/E1 and 3/S6, change the marked-up 4" dimensions to 3" so the doors and louvers are set back 3" from face of panel.

If you have additional questions, feel free to contact this office.

Very truly yours,

William Totolo
Senior Resident Engineer

POSTED

cc: 11A/AE
File: S-2
RMITCHELL:jmt JRTAYLOR 10/4/96

ARCHITECTURE ENGINEERING TRANSMITTAL

EXHIBIT "E"

JMGR 1900

P 2 of 4

'96 SEP 30 A8 :01

RECEIVED BY
RESIDENT ENGINEER

To Senior Resident Engineer (08)
(OUTSIDE CONSTRUCTION)
VA Medical Center
1030 Jefferson Avenue
Memphis, TN 38104

Date 9/27/96

Reference VAMC Memphis Seismic/Modernization - Phase One; Proj. No. 614-011

Subject A/E Response to RFI No. 371 (Precast Panel Submittal Drawings)

☐ Returning ☒ Forwarding ☐ Handing ☐ Under separate cover

| Copies | Drawing No. | Prepared By | Showing |
|---|---|---|---|
| 1 | Caddell RFI No. 371, dated 9/17/96, with A/E Response dated 9/27/96 | | |

☐ Reviewed ☐ Rejected ☒ For your information, use and file
☐ Revise and resubmit ☐ Furnish as corrected ☐ For your approval and/or comments

Remarks

1. This RFI Response revises a dimension we marked on Submittal 03450-1, Drwg. No. SC.
2. We would appreciate your sending us a set of prints for Submittal 03450-1, as your final marks approved, for our file and use in reviewing the resubmittal when it is made. Thank you.

Signed William R. Wilson
William R. Wilson
925310.00/1.8

Attachments

cc: Central File
Bert Poletti (Allen & Hoshall)
Mike Wess
C.A. File

JMGR, Inc.
80 Monroe Avenue
Memphis, Tennessee 38103
901 526 9600
901 521 1337 Fax

EXHIBIT "E"

Sub No. SC-24

Caddell Construction Co., Inc.
Montgomery, Alabama

P 3 of 4

REQUEST FOR INFORMATION

Job: Seismic/Modernization Phase One
VA Medical Center, Memphis TN
Contract No. V101BC0133
Project No. 614-011

No.: 0371

Date: 09/17/1996

---

To: Sr. Resident Engineer
VAMC
1030 Jefferson Avenue
Memphis, TN 38174
Attn: William Totolo

Area Involved: Precast Panels
Drawing No.: Precast dwgs 3-E1 & 5-E1
Specification No.:

---

Problem: Precast panels for M-line north
See atttached sheet.

Signature: [signature]
Caddell Construction Co., Inc.

---

Answer:

(1) See information on Submittal 03450-1, Drwg. No. E1.

(2) Doors and louvers should be 3" back from face of precast rather than 4" as marked on Submittal 03450-1, Drwg. No. S6 (Section 3/S6).

RECEIVED BY
RESIDENT ENGINEER
'96 SEP 18 P2:30

cc: MGM
JOB

Signature: William R. Wilson 9/27/96
Owner Representative

0321

EXHIBIT "E" P4of4

DATE: 9/13-68

PAGE: 1 OF 1

RUPPRECHT ENGINEERING INC.

# FAX-MEMO

PLEASE DELIVER TO: TIM JACKSON
CADDELL CONST.

PHONE:

FAX: 901-578-5244

FROM: DAN RUPPRECHT
RUPPRECHT ENGINEERING INC.
PHONE: (402) 399-2092
FAX: (402) 399-9039

MESSAGE: RE: V.A. MEDICAL CENTER

WE STILL DO NOT HAVE AN ANSWER TO THE FOLLOWING QUESTIONS PERTAINING TO THE GENERATOR/MACHINE ROOM AREA.

① ON PRECAST DRWG 3/E1: IS BOTT OF PRECAST @ 11'-0" ABOVE GROUND FLR @ OVERHEAD DOOR? IS OPNG FOR DOOR 12'-0" WIDE?

(INFO OF G.C. COORD WITH PC SUBMITT)

② ON PRECAST DRWG 5/E1: ON RTN DRWG SECTION 3/S6 LOUVER & DOORS ARE SHOWN AS 4" FROM FACE OF PRECAST, & ON VERT SECTION 7 & 13/S6, FACE OF FRAME IS 3" FROM FACE OF PRECAST. ARE DOORS & LOUVERS 3" OR 4" FROM FACE OF PRECAST ON THE ELEV.?

(AE ANSWER)

COPY: