EXHIBIT "F"

Sub No. SC05

Caddell Construction Co., Inc.
Montgomery, Alabama

PAGE 1 OF 3

# Request For Information

Job: Seismic/Modernization, Phase One
VA Medical Center, Memphis, TN
Contract No. V101BC0133
Project No. 614-011

No.: 0066

Date: 04/09/96

To: Sr. Resident Engineer
VAMC
1030 Jefferson Avenue
Memphis, TN 38174
Attn: William Totolo

Area Involved: Section 1 / S26

Drawing No.: 1-S12
Specification No.:

Problem:

See attached correspondence

Signature: [signature]
Caddell Construction Co. Inc.

Answer: 1/S26 where cut is correct as I see it looking at 64/1-8.1

3/S26 should be changed to 1/S26 Sim. w/ lower panel braced to adjacent beam rather than a C8x11.5 and upper panel carried as shown in 1/S26

Signature: [signature]
Owner Representative

REFERENCE DOCUMENTS: 1-S12

DATE OF REQUEST: 4-3-96 DATE NEEDED: 4-12-96

DESCRIPTION

PLEASE CONFIRM THAT SECTIONS 1/S26 & 3/S26 ARE CORRECT SECTIONS FOR LINE C BETWEEN LINES 5 & 8. THEY DO NOT APPEAR TO BE THE PROPER SECTIONS.

REPLY

COPY TO: ERNIE HOPKINS
FILE

R.F.I. # 65

EXHIBIT "F"

PAGE 3 of 3

DEPARTMENT OF VETERANS AFFAIRS
Medical Center
1030 Jefferson Avenue
Memphis TN 38104

May 9, 1996

In Reply Refer To: 614/08

Mr. Larry Anderson
Project Manager
Caddell Construction Co., Inc.
P. O. Box 42088
Memphis, TN 38174-2088

SSC# 65

SUBJ: Request for Information #66, Drawing 1-S12, Section 1/S26
Project 614-011, Contract V101BC0133
Seismic Modernization, Phase I
VA Medical Center
Memphis, TN 38104

Dear Mr. Anderson:

The sections are correct. Coordinate with precast manufacturer and architectural drawings.

If you have further questions, feel free to contact this office.

Very truly yours,

William Totolo
Senior Resident Engineer

RECEIVED
MAY 13 1996
ENG. DEPT.
STEEL SERVICE
CORPORATION