IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CADDELL CONSTRUCTION CO., INC., Plaintiff,

v.

UNITED STATES OF AMERICA, Defendant.

No. 04-461C
(Judge Bohdan A. Futey)

**NOTICE OF FILING OF EXPERT REPORT OF L. RAY VINSON**

In addition to the Expert Report of Marshall T. Ferrell, P.E. filed this day by plaintiff, plaintiff also gives notice that the claim of Steel Ser Cor prepared by L. Ray Vinson constitutes the Expert Report of L. Ray Vinson which has been previously submitted to defendant and is to voluminous to file herein electronically.

If defendant needs copies of Mr. Vinson's Expert Report, then copies will be provided immediately.

Respectfully Submitted,

CADDELL CONSTRUCTION CO., INC.

By Its Attorney

MOCKBEE HALL & DRAKE, P.A.

By: s/David W. Mockbee

David W. Mockbee
MOCKBEE HALL & DRAKE, P.A.
Lamar Life Building, 10th Floor
317 E. Capitol Street
Jackson, MS 39201
(601) 353-0035 - Telephone
(601) 353-0045 - Facsimile

**CERTIFICATE OF SERVICE**

I, David W. Mockbee, do hereby certify that as of this date, I have filed electronically the Expert Report of L. Ray Vinson with the Clerk of Court using the ECF system which sent notification of such filing to the following:

Brian S. Smith, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

This the 1st day of December, 2005.

s/David W. Mockbee
David W. Mockbee