IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CADDELL CONSTRUCTION CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-461C |
| | ) | (Judge Bohdan A. Futey) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's order of October 21, 2005, the parties jointly report as follows. Fact discovery has been completed. The plaintiff's expert reports have been submitted to the defendant. Defendant's counsel has completed depositions of the plaintiff's experts. Defendant is in the process of retaining it own cost and schedule experts.

The parties propose the following schedule for further proceedings:

1. Defendant's experts will conclude their work and issue reports by April 14, 2006.

2. Plaintiff shall have an opportunity to depose defendant's experts until May 15, 2006.

3. Plaintiff shall file its Appendix A pretrial materials by July 1, 2006. Plaintiff shall submit its trial exhibits to defendant by the same date.

4. Defendant shall file its Appendix A pretrial materials by August 1, 2006. Defendant shall submit its trial exhibits to plaintiff by the same date.

5. The court will schedule a pretrial conference at its convenience any time after August 1, 2006.

6. The Court will schedule a trial in Jackson, Mississippi, at its convenience any time after the pretrial conference.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 616-0391
Fax: (202) 353-7988
Attorneys for Defendant

s/David W. Mockbee
David W. Mockbee
MOCKBEE HALL & DRAKE, P.A.
Lamar Life Building, 10th Floor
317 E. Capitol Street
Jackson, MS 39201
(601) 353-0035 - Telephone
(601) 353-0045 - Facsimile
Attorney for Plaintiff