# In the United States Court of Federal Claims

**No. 04-461C**

**(Filed February 21, 2006)**

* * * * * * * * * * * * * * * * * * * * * * *

**CADDELL CONSTRUCTION CO., INC.**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the Joint Status Report filed on February 14, 2006, the following schedule for further proceedings is hereby ADOPTED:

1. Defendant's experts will conclude their work and issue reports by Friday, April 14, 2006.

2. Plaintiff shall have an opportunity to depose defendant's experts until Monday, May 15, 2006.

3. Plaintiff shall file its Appendix A pretrial materials by Monday, July 3, 2006. Plaintiff shall submit its trial exhibits to defendant by the same date.

4. Defendant shall file its Appendix A pretrial materials by Thursday, August 3, 2006. Defendant shall submit its trial exhibits to plaintiff by the same date.

5. A pretrial conference shall be held on Thursday, August 10, 2006 at 2:30 P.M. in Chambers at the U.S. Court of Federal Claims, 717 Madison Place, NW, Washington, D.C. The trial date and location shall be determined at that time.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**