IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CADDELL CONSTRUCTION CO., INC., Plaintiff,

v.

UNITED STATES OF AMERICA, Defendant.

No. 04-461C
(Judge Futey)

**JOINT STATUS REPORT**

Based upon a modification to the anticipated completion of work by defendant's experts, and the Court's availability for a two-week trial in early 2007, the parties have conferred and propose the following pretrial schedule.

1. Defendant's experts will conclude their work and issue reports by July 14, 2006.

2. Plaintiff shall have an opportunity to depose defendant's experts until September 1, 2006.

3. Plaintiff shall have the opportunity to submit rebuttal expert reports by October 15, 2006, after which the rebuttal experts will be deposed by defendant prior to December 1, 2006.

4. Plaintiff shall file its Appendix A pretrial materials by December 1, 2006. Plaintiff shall submit its trial exhibits to defendant by the same date.

5. Defendant shall file its Appendix A pretrial materials by January 15, 2007. Defendant shall submit its trial exhibits to defendant by the same date.

6. The Court will schedule a pretrial conference at its convenience any time after January 15, 2007.

7. The Court will schedule a trial in Jackson, Mississippi, during the first half of March 2007, with an estimated duration of two weeks.

8. The parties request that the Court accept the use of electronic exhibits at trial.

If the Court is unable to conduct the trial in the first half of March 2007, the parties may wish to propose a revised pretrial schedule based upon the actual trial date.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

s/David W. Mockbee
MOCKBEE HALL & DRAKE, P.A.
Lamar Life Building, 10th Floor

317 East Capitol Street
Jackson, Mississippi 39201
601/353-0035 Telephone
601/353-0045 Facsimile

Attorney for Plaintiff

April 28, 2006