# In the United States Court of Federal Claims

**No. 04-461C**

**(Filed May 1, 2006)**

* * * * * * * * * * * * * * * * * * * * * * *
*
**CADDELL CONSTRUCTION CO., INC.** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

A telephonic conference shall be held on Tuesday, May 9, 2006 at 3:00 p.m. concerning the Joint Status Report filed on April 28, 2006. The court will initiate the call.

IT IS SO ORDERED.

s/Bohdan A. Futey
**BOHDAN A. FUTEY**
**Judge**