# In the United States Court of Federal Claims

**No. 04-461C**

**(Filed May 9, 2006)**

* * * * * * * * * * * * * * * * * * * * * * *
*
**CADDELL CONSTRUCTION CO., INC.** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the Joint Status Report filed on April 28, 2006, the Order issued by the court on February 21, 2006 is hereby STAYED. The parties are directed to file a revised pre-trial schedule, pursuant to the discussions of the status conference held on this date, by Wednesday, May 17, 2006.

The parties are reminded that all filings in accordance with Appendix A must be completed by Thursday, November 30, 2006. The pre-trial conference will be held on Monday, December 18, 2006 at 2:30 p.m.

The trial shall be held in New Orleans, Louisiana at the end of February or the beginning of March 2007. The parties shall indicate the estimated time required for this trial.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**