IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CADDELL CONSTRUCTION CO., INC., Plaintiff, | ) | |
| v. | ) | No. 04-461C (Judge Bohdan A. Futey) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**<u>PLAINTIFF'S PROPOSED REVISED PRE-TRIAL SCHEDULE</u>**

In accordance with the Court's Order dated May 9, 2006, Plaintiff submits this Proposed Revised Pre-Trial Schedule and estimated time for trial for the reason that Plaintiff and Defendant were unable to agree:

1. <u>Defendant's expert reports</u>: Defendant's expert reports shall be submitted to Plaintiff by July 1, 2006.

2. <u>Plaintiff's Expert Discovery</u>: If Plaintiff is to undertake any such discovery of Defendant's expert witnesses, such discovery shall be concluded by August 15, 2006.

3. <u>Plaintiff's Rebuttal Expert Reports</u>: Such Rebuttal Reports shall be filed by October 1, 2006.

4. <u>Exhibit and Witness Lists</u>: The parties shall exchange witness and exhibit lists in accordance with Appendix A, ¶¶ 13(a) and (b) on October 15, 2006. The parties shall confer in accordance with requirements of Appendix A, ¶¶ 13(c)(1)-(6) on October 15, 2006.

5. <u>Memorandum of Contentions of Fact and Law</u>: Plaintiff shall file its Memorandum of Contentions of Fact and Law per Appendix A, ¶ 14(a) and its witness and exhibit lists on November 1, 2006. Defendant shall file its Memorandum of Contentions of Fact and Law and its witness and exhibit lists on November 27, 2006.

6. Stipulations: The Stipulations agreed upon by the parties shall be included in the Pre-Trial Order which shall be submitted to the Court at the Pre-Trial Conference to be held on December 18, 2006 at 2:30 pm.

7. Estimated Trial Time: Plaintiff estimates that trial of this cause will require 4-5 days.

Respectfully Submitted,

CADDELL CONSTRUCTION CO., INC., PLAINTIFF

By: /s/ David W. Mockbee
David W. Mockbee
Mary Elizabeth Hall
MOCKBEE HALL & DRAKE, P.A.
Lamar Life Building, Suite 1000
317 E. Capitol Street
Jackson, MS 39201
(601) 353-0035 - Telephone
(601) 353-0045 - Facsimile
ITS ATTORNEYS

## CERTIFICATE OF SERVICE

I, David W. Mockbee, do hereby certify that I have this day caused to be filed via the Official Electronic Document Filing System of the United States Court of Federal Claims ("CM/ECF") a true and correct copy of the above and foregoing Plaintiff's Proposed Revised Pre-Trial Schedule. Copies of this document will be transmitted via the Court's CM/ECF System to all counsel of record. Additional copies may be obtained through the Court's CM/ECF System.

Dated: May 17, 2006

/s/ David W. Mockbee
David W. Mockbee