IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CADDELL CONSTRUCTION CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-461C |
| | ) | (Judge Futey) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT AND PROPOSED REVISED PARTIAL PRETRIAL SCHEDULE AND MOTION TO PROPOSE COMPLETE PRETRIAL SCHEDULE UPON RESOLUTION OF DEFENDANT'S MOTION TO COMPEL**

Pursuant to the Court's Order dated May 9, 2006, defendant, the United States, respectfully reports the following. The parties are currently engaged in a discovery dispute arising out the plaintiff's failure to comply with the rules regarding disclosure of the information that is related to its claim. Although the defendant has attempted to resolve the dispute, and has engaged in dialogue with plaintiff's counsel as recently as earlier this week, the parties are at an impasse and defendant will file a motion to compel within a matter of days. The discoverable information being withheld by the plaintiff is necessary for the defendant's experts to complete their work, and for the defendant to present a complete defense to plaintiff's case. For that reason, it has not been possible to agree with the plaintiff upon a pretrial schedule (and certainly not upon the schedule being proposed by the plaintiff), nor is it possible to propose a complete pretrial schedule ourselves. Defendant

respectfully requests that the establishment of deadlines for the defendant's expert reports and the conclusion of expert discovery await the resolution of the defendant's motion to compel.

Despite the plaintiff's imposition of an obstacle to a complete pretrial schedule, defendant is hopeful that the discovery dispute will not be so protracted as to preclude the already-established dates for conclusion of the appendix A filings and the trial itself. Based upon that assumption, defendant proposes the following revised pretrial schedule:

1. Defendant's expert reports: To be established upon the resolution of defendant's motion to compel.

2. Depositions of defendant's experts: To be established upon the resolution of defendant's motion to compel.

3. Plaintiff's appendix A pretrial submissions: October 30, 2006.

4. Defendant's appendix A pretrial submissions: November 30, 2006.

5. Pretrial conference: December 18, 2006.

6. Trial: Estimated to occupy two weeks, to take place in New Orleans in late February or early March 2007.

Defendant also respectfully requests that the Court permit the use of electronic exhibits at trial.

For the foregoing reasons, defendant respectfully requests that the Court accept this proposed revised partial pretrial

schedule and establish the remaining deadlines when the defendant's motion to compel is resolved.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

May 17, 2006