IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CADDELL CONSTRUCTION CO., INC., Plaintiff, | ) | |
| v. | ) | No. 04-461C (Judge Bohdan A. Futey) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPLETE PRE-TRIAL SCHEDULE UPON RESOLUTION OF DEFENDANT'S MOTION TO COMPEL**

Plaintiff, Caddell Construction Co., Inc. ("Caddell"), responds to Defendant's Motion to Complete Pre-Trial Schedule Upon Resolution of Defendant's Motion to Compel as follows:

1. First, contrary to Defendant's contention, Caddell has not failed to comply with the Rules regarding disclosure of information related to its claim. To the contrary, Caddell has produced approximately 20 legal-sized boxes of documents to Defendant and Defendant, three months after the expiration of the discovery deadline, submitted an informal request to Caddell for 53 separate requests for production of documents, many of which have already been produced, many of which Caddell agreed to produce, and the rest are contained in the Defendant's files.

2. Moreover, Defendant's experts did not, to Caddell's knowledge, even start their work on this project until March 23, 2006 - - less than one month before their expert reports were due and almost two months after the discovery deadline.

3. In short, Defendant's purported inability to propose a complete Pre-Trial Schedule is due to Defendant's own lack of diligence as will be more fully explained by Caddell in response to the anticipated motion to compel which Defendant has been threatening to file for over three (3) weeks.

WHEREFORE, PLAINTIFF, CADDELL CONSTRUCTION CO., INC., requests that this Court deny Defendant's Motion and enter the Pre-Trial Schedule as proposed by Plaintiff in response to this Court's Order dated May 9, 2006.

Respectfully Submitted,

CADDELL CONSTRUCTION CO., INC., PLAINTIFF

By: /s/ David W. Mockbee

David W. Mockbee
Mary Elizabeth Hall
MOCKBEE HALL & DRAKE, P.A.
Lamar Life Building, Suite 1000
317 E. Capitol Street
Jackson, MS 39201
(601) 353-0035 - Telephone
(601) 353-0045 - Facsimile
ITS ATTORNEYS

## CERTIFICATE OF SERVICE

I, David W. Mockbee, do hereby certify that I have this day caused to be filed via the Official Electronic Document Filing System of the United States Court of Federal Claims ("CM/ECF") a true and correct copy of the above and foregoing Plaintiff's Response to Defendant's Motion to Complete Pre-trial Schedule Upon Resolution of Defendant's Motion to Compel. Copies of this document will be transmitted via the Court's CM/ECF System to all counsel of record. Additional copies may be obtained through the Court's CM/ECF System.

Dated: May 18, 2006

/s/ David W. Mockbee
David W. Mockbee