IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CADDELL CONSTRUCTION CO., INC., Plaintiff, | |
| v. | No. 04-461C (Judge Futey) |
| THE UNITED STATES, Defendant. | |

DEFENDANT'S UNOPPOSED MOTION TO SUSPEND BRIEFING UPON DEFENDANT'S MOTION TO COMPEL

Defendant, the United States, respectfully requests the Court to suspend briefing upon defendant's motion compel to permit the parties to narrow, and perhaps eliminate, the need for further briefing and adjudication of defendant's motion to compel. Plaintiff's counsel has indicated that plaintiff does not oppose this motion.

The parties have recently conducted discussions that will result in the production of additional documents to defendant and the defendant has been able to narrow the list of documents requested from the plaintiff. These two factors suggest that the parties may be able to amicably resolve the discovery dispute and, in any event, that these events should take place prior to any additional briefing or consideration by the Court. Defendant proposes to notify the Court when the dispute is resolved and to propose milestone dates leading up to the dates for submission of the parties pretrial filings in October and November 2006. In the absence of an amicable resolution, defendant proposes to reinstate its (narrowed) motion to compel or provide the Court

with a status report upon the discovery dispute situation on or before July 28, 2006.

For the foregoing reasons, defendant respectfully requests that its unopposed motion be granted and that the Court suspend briefing upon defendant's motion to compel.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

June 14, 2006

CERTIFICATE OF FILING

I hereby certify that on June 14, 2006, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION TO SUSPEND BRIEFING UPON DEFENDANT'S MOTION TO COMPEL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith