# In the United States Court of Federal Claims

**No. 04-461C**

**(Filed June 15, 2006)**

* * * * * * * * * * * * * * * * * * * * * * *
*
**CADDELL CONSTRUCTION CO., INC.** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's Unopposed Motion To Suspend Briefing Upon Defendant's Motion To Compel, filed June 15, 2006, is hereby ALLOWED. The parties shall complete discussions as soon as possible in order to resolve any pending discovery issues. In addition, the court's Order of May 9, 2006, is hereby amended as follows:

1. The parties are directed to file a revised pre-trial schedule on or before Friday, July 28, 2006.

2. The parties are reminded that all filings in accordance with Appendix A must be completed by Thursday, November 30, 2006. The pre-trial conference will be held on Monday, December 18, 2006 at 2:30 p.m.

3. The trial shall be held in New Orleans, Louisiana at the end of February or the beginning of March 2007. The parties shall indicate the estimated time required for this trial.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**