IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CADDELL CONSTRUCTION CO., INC., Plaintiff, | |
| v. | No. 04-461C (Judge Futey) |
| UNITED STATES OF AMERICA, Defendant. | |

**JOINT PROPOSED REVISED PRE-TRIAL SCHEDULE**

Pursuant to the Court's order of June 15, 2006, the parties report that they appear to have resolved their discovery dispute, with one additional document inspection scheduled for August 17 and 18, 2006, and therefore submit this proposed revised pre-trial schedule and estimated time for trial:

1. Defendant's expert reports: Defendant's expert reports shall be submitted to plaintiff by September 15, 2006.

2. Plaintiff's Expert Discovery: If plaintiff chooses to conduct discovery of defendant's expert witnesses, such discovery shall be concluded by October 20, 2006.

3. Plaintiff's Rebuttal Expert Reports: Plaintiff's rebuttal expert reports shall be submitted to defendant by October 30, 2006.

4. Exhibit and Witness Lists: The parties shall confer in accordance with requirements of Appendix A, ¶ 13(c)(1)-(6) by November 1, 2006. The parties shall identify trial witnesses and exhibits in accordance with Appendix A, ¶ 13(a) and (b) by November 15, 2006.

5. Pretrial Submissions: Plaintiff shall file its memorandum of contentions of fact and law and exhibit and witness lists per Appendix A, ¶ 14(a) on November 15, 2006. Defendant shall file its memorandum of contentions of fact and law and exhibit and witness lists per Appendix A, ¶ 14(a) on November 30, 2006.

6. Stipulations: The stipulations agreed upon by the parties shall be included in a proposed pre-trial order which shall be submitted to the Court at the pre-trial conference on December 18, 2006.

7. Estimated Trial Time: The parties estimate that trial of this cause will require six to seven trial days.

8. Electronic Exhibits: The parties have been handling discovery documents in electronic format and request that the trial be conducted using electronic exhibits. If necessary, defendant will arrange for the necessary "electronic courtroom" equipment to be placed in the courtroom.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney

K:\My Documents\Caddell\pretrial schedule proposed revised.wpd

Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

s/David W. Mockbee

MOCKBEE HALL & DRAKE, P.A.
Lamar Life Building, 10th Floor
317 East Capitol Street
Jackson, Mississippi 39201
601/353-0035 Telephone
601/353-0045 Facsimile

Attorney for Plaintiff

July 28, 2006