# In the United States Court of Federal Claims

**No. 04-461C**

**(Filed July 31, 2006)**

* * * * * * * * * * * * * * * * * * * * * * *
*
**CADDELL CONSTRUCTION CO., INC.** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The parties filed a Joint Proposed Revised Pre-Trial Schedule on July 28, 2006. Therefore, the previous order of May 9, 2006, and amended on June 15, 2006, is hereby revised as follows:

1. Defendant's expert reports shall be submitted to plaintiff by Friday, September 15, 2006.

2. If plaintiff chooses to conduct discovery of defendant's expert witnesses, such discovery shall be concluded by Friday, October 20, 2006.

3. Plaintiff's rebuttal expert reports shall be submitted to defendant by Monday, October 30, 2006.

4. The parties shall confer in accordance with requirements of RCFC Appendix A, ¶ 13(c)(1)-(6) by Wednesday, November 1, 2006. The parties shall identify trial witnesses and exhibits in accordance with RCFC Appendix A, ¶ 13(a) and (b) by Wednesday, November 15, 2006.

5. Plaintiff shall file its Memorandum of Contentions of Fact and Law and exhibit and witness lists per RCFC Appendix A, ¶ 14(a) on Wednesday, November 15, 2006.

6. A pre-trial conference shall be held on Monday, December 18, 2006 at 2:30 p.m. in Chambers.

7. The trial date shall be determined during the pre-trial conference.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**