# In the United States Court of Federal Claims

**No. 04-461C**

**(Filed November 14, 2006)**

* * * * * * * * * * * * * * * * * * * * * * *
*
**CADDELL CONSTRUCTION CO., INC.** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Plaintiff filed a Motion for Extension of Time on November 13, 2006. Therefore, the previous orders of July 31, 2006, May 9, 2006 (as amended on June 15, 2006), are hereby revised as follows:

1. The parties shall identify trial witnesses and exhibits in accordance with RCFC Appendix A, ¶ 13(a) and (b) by Wednesday, November 22, 2006.

2. Plaintiff shall file its Memorandum of Contentions of Fact and Law and exhibit and witness lists per RCFC Appendix A, ¶ 14(a) on Wednesday, November 22, 2006. Defendant shall file its submission per RCFC Appendix A, ¶ 14(a) on Wednesday, December 7, 2006.

3. A pre-trial conference shall be held on Monday, December 18, 2006 at 2:30 p.m. in Chambers.

4. The trial date shall be determined during the pre-trial conference.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**