IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CADDELL CONSTRUCTION CO., INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-461C (Judge Bohdan A. Futey) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

PLAINTIFF’S EXHIBIT LIST

Plaintiff, Caddell Construction Co., Inc. (“Caddell”), submits its Exhibit List pursuant to this Court’s Orders dated July 31, 2006 (Doc. 47) and November 14, 2006 (Doc. 49) and Appendix A, ¶ 16 of the Rules of the United States Court of Federal Claims:

| Ex # | Date | Description |
|---|---|---|
| P- 1 | 07/27/94 | VA contract for A/E services |
| P- 2 | 03/31/95 | JMGR transmittal to Totolo re: 100% submittal documents |
| P- 3 | 04/11/95 | Ertumen memo to Spiegel re: structural comments |
| P- 4 | 04/12/95 | Ertumen memo to Spiegel re: structural comments/precast panel connection incomplete |
| P- 5 | 04/13/95 | Spiegel fax to Wess with attached structural comments |
| P- 6 | 04/25-28/95 | JMGR Minutes of Meeting re: 100% documents review VACO conference |

| Ex # | Date | Description |
|---|---|---|
| P- 7 | 06/09/95 | A&H letter to Spiegel re: completed structural drawings |
| P- 8 | 06/14/95 | VA Price Negotiation Memorandum |
| P- 9 | 07/06/95 | VA Pre-Solicitation Notice |
| P- 10 | 10/13/95 | JMGR letter to Planholders re: re-bid |
| P- 11 | 01/31/96 | VA-Caddell Contract, including plans and specifications |
| P- 12 | 02/16/96 | Steel Service "confirmation" quote to Caddell |
| P- 13 | 02/16/96 | Steel Service subcontract to American Metal Works for $363,325 |
| P- 14 | 02/16/96 | Steel Service subcontract with Williams & Beasley for $1,675,500 |
| P- 15 | 02/19/96 | VA letter to JMGR re: quality of structural steel shop drawing review |
| P- 16 | 02/21/96 | Steel Service letter to EEE transmitting plans, specifications, and schedule |
| P- 17 | 02/28/96 | Caddell letter to Steel Service with attached proposed subcontract |
| P- 18 | 02/29/96 | Williams & Beasley letter to Steel Service re: erection bid amount |
| P- 19 | 03/04/96 | Steel Service handwritten notes re: meeting at Caddell |
| P- 20 | 03/05/96 | Steel Service letter to Caddell re: request for design drawings on disk |
| P- 21 | 03/06/96 | Steel Service letter to Caddell with attached schedule |
| P- 22 | 03/13/96 | Steel Service letter to EEE with attached purchase order |
| P- 23 | 03/20/96 | Caddell letter to Steel Service re: 03/18/96 notice to proceed |
| P- 24 | 04/04/96 | EEE letter to Steel Service re: schedule |

| Ex # | Date | Description |
|---|---|---|
| P- 25 | 04/08/96 | Caddell letter to Steel Service re: request for CADD disk |
| P- 26 | 04/09/96 | Steel Service letter to Caddell re: responses to RFIs |
| P- 27 | 04/18/96 | VA structural steel meeting minutes |
| P- 28 | 04/18/96 | Sign-in sheet: structural meeting with handwritten notes |
| P- 29 | 04/19/96 | EEE fax to Steel Service re: RFI responses |
| P- 30 | 04/24/96 | Steel Service letter to Caddell re: RFIs |
| P- 31 | 05/09/96 | Steel Service fax to Caddell re: RFI answers |
| P- 32 | 05/09/96 | VA letter to Caddell re: Steel Service RFI #57 with EEE handwritten notes re: same |
| P- 33 | 05/09/96 | VA letter to Caddell re: RFI #66 with attached 4/9/96 RFI #66 and A/E response |
| P- 34 | 05/13/96 | VA letter to Caddell re: RFI #110 with attached RFI #110 and A/E response |
| P- 35 | 05/13/96 | VA letter to Caddell re: RFI #51 with attached RFI #51 and A/E response |
| P- 36 | 05/13/96 | EEE fax to Steel Service re: RFI answers |
| P- 37 | 05/15/96 | EEE letter and fax to Steel Service re: responses to RFIs |
| P- 38 | 05/15/96 | Williams and Beasley letter to Steel Service re: delay to erection |
| P- 39 | 05/21/96 | Steel Service letter to Caddell re: RFI/shop drawing approval delays |
| P- 40 | 05/23/96 | Steel Service letter to Caddell re: VA RFI responses |

| Ex # | Date | Description |
|---|---|---|
| P- 41 | 05/27/96 | Handwritten notes of discussion between Hopkins and Bradley |
| P- 42 | 05/29/96 | VA/Caddell Job Meeting No. 8 minutes |
| P- 43 | 05/28-31/96 | Steel Service handwritten notes re: meeting with VA re: RFIs |
| P- 44 | 06/03/96 | Caddell Phasing Plan for Service Yard Area |
| P- 45 | 06/13/96 | VA letter to Caddell re: “clarifications” to dimensions |
| P- 46 | 06/17/96 | Steel Service letter to Caddell re: delays |
| P- 47 | 06/26/96 | Steel Service fax to Caddell re: RFI responses |
| P- 48 | 06/27/96 | Williams & Beasley letter to Steel Service re: delay to 1997 |
| P- 49 | 07/11/96 | VA letter to Caddell re: RFI #264 with attached RFI #264 and A/E response |
| P- 50 | 07/12/96 | VA letter to Caddell re: RFI #242 with attached RFI #242 and A/E response |
| P- 51 | 07/15/96 | Steel Service letter to Caddell re: delay to 1997 |
| P- 52 | 07/16/96 | Complaint in Steel Service Corporation v. Caddell Construction Co., Inc. in the Circuit Court of Rankin County, Mississippi; No. 96-146 |
| P- 53 | 07/18/96 | Caddell letter to Steel Service re: 7/15/96 letter |
| P- 54 | 07/19/96 | Steel Service fax letter to Caddell re: Cox letter of 7/18 and Bradley’s letter of 7/19 |
| P- 55 | 07/22/96 | VA/AE structural steel meeting minutes |
| P- 56 | 07/25/96 | Caddell letter to VA re: precast questions with attached 7/17/96 list |
| P- 57 | 08/29/96 | Steel Service letter to Caddell re: settlement proposals |

| Ex # | Date | Description |
|---|---|---|
| P- 58 | undated | L. Ray Vinson's handwritten notes of Steel Service/Caddell settlement |
| P- 59 | 09/10/96 | Caddell letter to Steel Service re: project procedures |
| P- 60 | 09/24/96 | Caddell letter to Steel Service with attached schedule for steel erection |
| P- 61 | 10/01/96 | Caddell/Steel Service Jobsite meeting |
| P- 62 | 10/04/96 | Caddell letter to Steel Service with attached change orders 1 and 2 |
| P- 63 | 10/09/96 | Caddell letter to Steel Service re: approved CPM schedule |
| P- 64 | 10/10/96 | VA letter to JMGR re: response to RFI #309 |
| P- 65 | 10/10/96 | VA letter to JMGR re: response to RFI #336 |
| P- 66 | 10/14/96 | Steel Service letter to Caddell re: schedule and new erection sequence |
| P- 67 | 10/18/96 | Caddell confirmation of telephone discussion with Steel Service re: submittals |
| P- 68 | 11/06/96 | VA Job Meeting No. 30 |
| P- 69 | 11/08/96 | VA Return of Submittal No. 05100-5 with attached Jones & MAH/A&H Shop Drawing Transmittal |
| P- 70 | 11/13/96 | Steel Service fax to Caddell re: status of RFIs |
| P- 71 | 11/13/96 | VA Job Meeting No. 31 |
| P- 72 | 11/15/96 | VA letter to JMGR re: structural steel submittal schedule |
| P- 73 | 11/20/96 | Caddell letter to VA re: November narrative |
| P- 74 | 11/21/96 | Caddell letter to Steel Service re: shop drawings, RFIs, transmittal correspondence |

| Ex # | Date | Description |
|---|---|---|
| P- 75 | 11/25/96 | Caddell letter to Steel Service re: transmittal of precast drawings |
| P- 76 | 11/27/96 | VA letter to Caddell re: clarification re: stud lengths with attached JMGR 11/22/96 fax to VA re: structural-stud lengths |
| P- 77 | 12/02/96 | EEE fax to Steel Service re: further revisions due to precast |
| P- 78 | 12/10/96 | EEE Back-up for Change Order No. 2 |
| P- 79 | 12/11/96 | VA Job Meeting No. 34 |
| P- 80 | 12/12/96 | EEE fax to Steel Service re: conflicts between precast drawings and structural design drawings |
| P- 81 | 12/16/96 | Steel Service letter to Caddell re: precast shop drawings |
| P- 82 | 12/20/96 | VA return of submittal re: additional precast calculations |
| P- 83 | 12/20/96 | VA return of submittal re: precast |
| P- 84 | 01/06/96 [sic] should be 01/06/97 | Caddell letter to Steel Service transmitting approved as noted precast shop drawings |
| P- 85 | 01/09/97 | VA Return of Submittal for Sequence 1 |
| P- 86 | 01/20/97 | Caddell confirmation of telephone discussion with precast subcontractor |
| P- 87 | 01/23/97 | Steel Service fax to Caddell re: Sequence 1 approval and precast |
| P- 88 | 01/24/97 | EEE faxes to Steel Service re: Sequence 1 shop drawings RFC |
| P- 89 | 01/24/97 | Steel Service fax to EEE re: approval revisions |
| P- 90 | 01/27/97 | EEE fax to Steel Service re: design versus precast drawings |

| Ex # | Date | Description |
|---|---|---|
| P- 91 | 01/28/97 | Steel Service fax to EEE re: sequence and scheduling information |
| P- 92 | | Number not used |
| P- 93 | 01/31/97 | Caddell letter to VA re: Sequence 1 Drawings verification |
| P- 94 | 02/03/97 | VA letter to JMGR re: detailer inquiry |
| P- 95 | 02/03/97 | VA letter to Caddell re: approval of Sequence 1 drawings |
| P- 96 | 02/04/97 | VA letter to JMGR re: delay in response for precast design criteria |
| P- 97 | 02/18/97 | EEE fax to Steel Service re: need for final precast drawings |
| P- 98 | 02/20/97 | Steel Service letter to EEE re: match precast and unistrut |
| P- 99 | 02/26/97 | EEE fax to Steel Service re: outstanding RFIs |
| P- 100 | 03/05/97 | VA Job Meeting No. 43 |
| P- 101 | 03/06/97 | Steel Service Office Memo re: precast drawings |
| P- 102 | 03/06/97 | Steel Service Office Memo re: status of drawings |
| P- 103 | 03/12/97 | VA Job Meeting No. 44 |
| P- 104 | 03/12/97 | Steel Service fax to Caddell re: fabrication of M Line north |
| P- 105 | 03/14/97 | Steel Service Office Memo to Steel Service re: status of drawings |
| P- 106 | 03/18/97 | Steel Service letter to Caddell re: M-Line North |
| P- 107 | 03/20/97 | Steel Service Office Memo re: status of drawings |
| P- 108 | 03/25/97 | Steel Service Office Memo re: status of drawings |

| Ex # | Date | Description |
|---|---|---|
| P- 109 | 03/26/97 | Steel Service letter to Caddell re: Sequence 12 approvals |
| P- 110 | 03/27/97 | EEE faxes to Steel Service re: holds on shop drawings |
| P- 111 | 03/28/97 | EEE fax to Steel Service with letters attached: EEE to Steel Service dated 3/27/97 re: Unistrut Drawings; EEE to Steel Service dated 3/27/97 re: precast drawings; EEE to Steel Service dated 3/28/97 re: Seq. #1 approvals; EEE to Steel Service dated 3/28/97 re: floor & roof opening drawings; EEE to Steel Service re: elevator drawings |
| P- 112 | 03/28/97 | EEE letter to Steel Service re: increase in hourly rate from $30 per hour to $35 per hour |
| P- 113 | 04/01/97 | VA Job Meeting No. 46 |
| P- 114 | 04/08/97 | EEE letter to Steel Service re: approval schedule |
| P- 115 | 04/11/97 | Caddell letter to Steel Service, transmitting RFI 467 and VA response |
| P- 116 | 04/28/97 | VA letter to JMGR re: design errors and omissions |
| P- 117 | 04/29/97 | Caddell confirmation of telephone discussion with EEE re: precast |
| P- 118 | 05/01/97 | EEE fax to Steel Service re: review of precast drawings received 4/30/97 |
| P- 119 | 05/05/97 | Rupprecht Engineering letter of transmittal to Caddell re: precast elevations with connection location with attached 5/5/97 Caddell fax to EEE re: same; 5/6/97 handwritten note re: precast drawings should be up to date |
| P- 120 | 05/06/97 | Steel Service fax to Caddell re: precast connections fouling steel |
| P- 121 | 05/06/97 | EEE fax to Steel Service re: drawings on hold due to precast revisions |

| Ex # | Date | Description |
|---|---|---|
| P- 122 | 05/08/97 | Steel Service handwritten note re: six precast submittals to EEE as "approved for construction" |
| P- 123 | 05/14/97 | Steel Service letter to Caddell re: outstanding RFIs with attached EEE faxes |
| P- 124 | 05/14/97 | VA Job Meeting No. 50 |
| P- 125 | 05/16/97 | Steel Service fax to Caddell re: elevator and precast issues |
| P- 126 | 05/23/97 | VA letter to Caddell re: kickers with attached A/E letter |
| P- 127 | 05/27/97 | Williams and Beasley letter to Steel Service re: contract price |
| P- 128 | 05/28/97 | Caddell fax to Steel Service re: precast questions |
| P- 129 | 06/04/97 | Steel Service fax to Caddell re: conflicting dimensions on precast drawings |
| P- 130 | 06/05/97 | Steel Service fax to Caddell re: conflict between precast drawings and approval changes |
| P- 131 | 06/06/97 | Steel Service fax to Caddell re: conflict between precast drawings and RFI answers |
| P- 132 | 06/09/97 | Steel Service fax to Caddell re: missing dimensions on approved shop drawings |
| P- 133 | 06/10/97 | Steel Service fax to Caddell re: precast dimensions |
| P- 134 | 06/13/97 | Steel Service fax to Caddell re: EEE questions about precast |
| P- 135 | 06/13/97 | Caddell letter to Steel Service re: erection schedule-Sequence 2 |
| P- 136 | 07/03/97 | Steel Service fax to EEE re: release date for shop drawing |

| Ex # | Date | Description |
|---|---|---|
| P- 137 | 07/15/97 | Caddell letter to Steel Service re: erection sequences |
| P- 138 | 07/21/97 | EEE letter to Steel Service re: list of EEE revisions |
| P- 139 | 07/22/97 | Steel Service letter to Caddell re: Section IX requirement and precast conflicts |
| P- 140 | 07/23/97 | EEE letter to Steel Service re: breakdown of revision detailing hours |
| P- 141 | 07/23/97 | EEE letter to Vinson re: revision time |
| P- 142 | 07/29/97 | Steel Service letter to Caddell re: Section IX |
| P- 143 | 07/31/97 | Steel Service S/O 997 Status Update |
| P- 144 | 08/06/97 | Steel Service letter to Caddell re: more problems with precast |
| P- 145 | 08/25/97 | Caddell letter to Steel Service re: Arkansas Precast answers |
| P- 146 | 08/29/97 | Caddell letter to VA re: fabrication by Trinity/Orizon |
| P- 147 | 09/05/97 | Steel Service handwritten notes re: drawings still affected by precast revisions |
| P- 148 | 09/18/97 | Allen & Hoshall letter to JMGR re: steel-precast coordination with attachments |
| P- 149 | 09/24/97 | Steel Service fax to Caddell re: moment column sublet |
| P- 150 | 09/26/97 | Steel Service fax to Caddell re: subfabrication plan |
| P- 151 | 09/29/97 | Steel Service letter to Caddell re: delays and request for time extension |
| P- 152 | 10/09/97 | Steel Service letter to Caddell with list of sequence and sublet shops |

| Ex # | Date | Description |
|---|---|---|
| P- 153 | 10/09/97 | Caddell letter to VA re: steel/precast coordination as a design change |
| P- 154 | 11/17/97 | EEE letter to Steel Service re: breakdown of charges for project |
| P- 155 | 11/20/97 | Steel Service letter to Caddell re: delays |
| P- 156 | 12/22/97 | Morganti letter to Steel Service re: Change Order No. 7 to Austin-Bergstrom Airport Project with attached change order and Steel Service 6/10/97 letter re: same |
| P- 157 | 02/03/98 | Caddell letter to VA transmitting Steel Service Corporation Claim for Equitable Adjustment with attached 09/04/98 Revised Claim for Equitable Adjustment/ Section X |
| P- 158 | 03/19/98 | Steel Service letter to Caddell re: precast/ steel conflicts in the field with attachments |
| P- 159 | 03/25/98 | Revised Steel Service AWS Section IX Problem claim |
| P- 160 | 07/10/98 | Hampshire letter to Vinson re: Request for Audit Support Number 3 |
| P- 161 | 08/27/98 | CMS letter to DCAA re: revisions to claim |
| P- 162 | 05/07/99 | Caddell/Steel Service Change Order No. 20 |
| P- 163 | | Number not used |
| P- 164 | 06/24/99 | CMS letter to DCAA re: audit |
| P- 165 | 08/31/99 | DCAA Audit Report No. 1751-98J 17200002 |
| P- 166 | 02/13/02 | Caddell letter to VA with attached 2/2/02 CMS letter to Caddell re: claim |
| P- 167 | 12/09/03 | Contracting Officer’s Final Decision |

| Ex # | Date | Description |
|---|---|---|
| P- 168 | 08/23/06 | MHD letter to B. Smith re: Steel Service’s damages with attachments |
| P- 169 | | Photos |
| P- 170 | | EEE invoices |
| P- 171 | | Summary of EEE timesheets and timesheets |
| P- 172 | | L. Ray Vinson Rebuttal Report |
| P- 173 | | Marshall T. Ferrell Expert Report |
| P- 174 | | Steel Service RFI’s and RFI answers |
| P- 175 | | VA, Caddell and Steel Service RFI Logs |
| P- 176 | | VA, Caddell and Steel Service Submittal Logs |
| P- 177 | | Structural steel shop and erection drawings |
| P- 178 | | AISC Code of Standard Practice (1992 and 2005 editions) |
| P- 179 | various | Various DCAA memos re: review of unabsorbed overhead period number 1; schedule of total shop hours and VA hours; review of shop schedules; review of fixed overhead amounts |
| P- 180 | | Summary of Steel Service shop hours 1994 - 1998 |
| P- 181 | | Summary of 1997 Steel Service “jobs sold” with attached Budget Comparison Summary Reports |
| P- 182 | | Marked-up structural steel design drawings to show revisions made via RFI, shop drawing process |
| P- 183 | | EEE marked-up erection and shop drawings, including correspondence and RFI’s identified at E-184.01 to 184.32 |
| P- 183.01 | 10/23/97 | Steel Service letter to Caddell re: doubler plates |

| Ex # | Date | Description |
|---|---|---|
| P- 183.02 | 10/07/97 | Caddell letter to Steel Service re: field change at switchgear room with attached Amendment No. 31; 10/31/97 EEE letter to Steel Service re: same |
| P- 183.03(a) | | Sequence 5 precast revisions to steel shop drawings |
| P- 183.03(b) | | Sequence 16 precast revisions to steel shop drawings |
| P- 183.03(c) | | Sequence 8 precast revisions to steel shop drawings |
| P- 183.03(d) | | Sequence 3 precast revisions to steel shop drawings |
| P- 183.03(e) | | Sequence 12 precast revisions to steel shop drawings |
| P- 183.03(f) | | Sequence 6 precast revisions to steel shop drawings |
| P- 183.03(g) | | Sequence 17 precast revisions to steel shop drawings |
| P- 183.03(h) | | Sequence 14 precast revisions to steel shop drawings |
| P- 183.03(i) | | Sequence 7 precast revisions to steel shop drawings |
| P- 183.03(j) | 10/01/97 | Steel Service fax to Caddell re: Sequence 4 precast revisions with handwritten notes and attached drawings; 10/09/97 Caddell fax to EEE re: same; 09/30/97 EEE RFI No. 359; 10/06/97 Caddell fax to Steel Service/EEE re: same |
| P- 183.03(k) | 06/06/97 | EEE and Steel Service faxes re: precast revisions/lateral support; 06/26/97 Caddell fax re: same |
| P- 183.03(l) | | Sequence 18 precast revisions to steel shop drawings |
| P- 183.03(m) | | Sequence 2 precast revisions to steel shop drawings |

| Ex # | Date | Description |
|---|---|---|
| P- 183.03(n) | | Sequence 14 precast revisions to steel shop drawings |
| P- 183.03(o) | | Sequence 3 precast approval to steel shop drawings revisions |
| P- 183.03(p) | | Sequence 15 precast revisions to steel shop drawings |
| P- 183.03(q) | | Sequence 10 precast revisions to steel shop drawings |
| P- 183.04 | 05/06/97 | EEE letter to Steel Service re: walkway revision; 07/10/97 Caddell letter to Steel Service with attached Amendment No. 3b; 07/23/97 Steel Service letter to EEE re: same |
| P- 183.05 | 05/16/97 | Steel Service letter to Caddell re: walkway revisions with attached 05/06/97 EEE fax to Steel Service with attached drawings |
| P- 183.06 | | Steel Service RFI No. 295; 08/01/96 VA letter to Caddell re: typical column splice with attached sketch; 02/04/97 Steel Service letter to EEE re: added column splices; 01/24/97 EEE letter to Steel Service re: same; 02/05/97 EEE letter to Steel Service re: advance bill changes |
| P- 183.07 | 04/01/97 | EEE fax to Steel Service re: column splice revision; Caddell RFI No. 422 re: same; EEE handwritten notes re: columns splice revisions; 04/01/97 EEE RFI No. 355 re: same with attached sketches |
| P- 183.08 | | Added column splice |

| Ex # | Date | Description |
|---|---|---|
| P- 183.09 | 12/05/96 | EEE fax to Steel Service re: screen wall revisions; 09/30/96 VA letter to Caddell re: RFI No. 223 re: screen wall revisions; 12/12/96 EEE RFI No. 337 with attached sketch; 12/16/96 Steel Service RFI Nos. 334-338 with attached sketches; 12/19/96 VA letters to Caddell re: RFI Nos. 334, 335, 336, 338, and 432 |
| P- 183.10 | | Screen wall revisions |
| P- 183.11 | 02/26/97 | EEE letter to Steel Service re: revised floor openings with attached sketches |
| P- 183.12 | 06/10/97 | EEE fax to Steel Service re: revised floor openings with attached drawings; 06/06/97 Caddell fax to EEE re: trash and linen chute openings; 05/21/97 Steel Service fax to EEE re: roof openings with attached 05/21/97 Caddell fax to Steel Service re: same |
| P- 183.13 | | Caddell RFI No. 518; 06/23/97 VA letter to Caddell re RFI No. 518; 07/14/97 Caddell letter to VA re: RFI No. 518; 07/16/97 VA letter to Caddell re: RFI No. 518; 05/23/97 EEE fax to Steel Service re: elevator painting with attached sketch; 05/16/97 Steel Service fax to Caddell re: elevator coordination; 05/15/97 EEE fax to Steel Service re: elevator drawings with attached drawings; 05/14/97 EEE handwritten notes re: list of pieces affected by elevator drawings |
| P- 183.14 | 01/28/97 | Steel Service letter to EEE re: paint revision |
| P- 183.15 | 12/10/96 | Steel Service RFI No. 324; VA 09/12/96 and 12/19/96 letters re: RFI No. 324 |
| P- 183.16 | | Revisions to penthouse curb plates |
| P- 183.17 | | Stair 7 revisions |

| Ex # | Date | Description |
|---|---|---|
| P- 183.18 | | Unistrut revisions |
| P- 183.19 | 01/24/96 | VA letter to Caddell re: RFI No. 421/beam cantilevers at courtyards with handwritten notes; Caddell RFI No. 421; 12/11/96 Steel Service RFI Nos. 327-331 |
| P- 183.20 | | Steel Service RFI No. 322; 12/18/96 VA letter to Caddell re: Steel Service RFI No. 322; Caddell RFI No. 419; 12/03/96 EEE letter to Steel Service re: RFI No. 322 re: cooling tower revisions |
| P- 183.21 | | Steel Service RFI No. 356; 08/12/97 Caddell fax to EEE re: RFI No. 356 |
| P- 183.22 | 12/17/96 | VA letter to Caddell re: Steel Service RFI No. 320; Steel Service RFI No. 320 with attached sketch re: pedestrian bridge |
| P- 183.23 | | Steel Service RFI Nos. 273, 274, 276, 277, 286, 288 re: revision |
| P- 183.24 | | Steel Service RFI No. 316 |
| P- 183.25 | 11/27/96 | VA letter to Caddell re: beam stud revisions |
| P- 183.26 | | Revisions to girts, posts, and Sequence 1 approval changes |
| P- 183.27 | | Revisions per VA approval No. 1 to AB 5 |
| P- 183.28 | | Sequence 2 approval revisions |
| P- 183.29 | | Caddell RFI No. 515; 06/23/97 VA letter to Caddell re: RFI No. 515 re: end connection revision; 05/02/97 EEE fax to Steel Service (reissued 05/22/97) re: connection design with attached sketches |

| Ex # | Date | Description |
|---|---|---|
| P- 183.30 | | Steel Service RFI Nos. 35, 37, 94, 174, 175; VA 05/03/96, 05/13/96, 06/07/96, 05/23/96 letters to Caddell re: same; 04/16/96 EEE fax to Steel Service re: AB grade with attached 06/07/96 VA letter to Caddell re: RFI 168 |
| P- 183.31 | 07/29/97 | EEE fax to Steel Service re: SICU revisions with attached 07/07/97 Steel Service transmittal; 07/02/97 Caddell letter to Steel Service re: SICU changes with attachments |
| P- 183.32 | 07/07/97 | Steel Service fax to EEE with attached 06/20/97 Caddell letter to Steel Service re: Amendment 2X to modify edge angle, add studs, with attached sketches |
| P- 184 | | Plaintiff's Summary of Damages and Supporting Back-Up |
| P- 184 (1) | | SSC VA Budget Comparison Summary Report and Cost Details |
| P- 184 (2) | | SSC/EEE Detailing Contract |
| P- 184 (3) | 04/30/96 | EEE letter to SSC re: Change Order No. 1 |
| P- 184 (4) | | SSC VA Estimate Recap; Budget Set-Up Sheet; Budget Revision No. 4; Master Shop Schedules |
| P- 184 (5) | 04/30/96 to 11/25/96 | SSC 1996 Manhour Reports |
| P- 184 (6) | 06/24/99 | Vinson letter to DCAA with attached adjusted 1996, 1997 overheads |
| P- 184 (7) | 01/1997 to 08/1997 | SSC 1997 Manhour Reports and Summaries |
| P- 184 (8) | 07/23/97 | EEE letter to CMS with attached EEE Revision Timesheets and Summary |

| Ex # | Date | Description |
|---|---|---|
| P- 184 (9) | 03/28/97 | EEE letter to SSC re: 1997 rate increase |
| P- 184 (10) | | EEE 1996 Financial Statement |
| P- 184 (11) | | EEE 1997 Financial Statement |
| P- 184 (12) | | SSC/EEE Partial Assignment and Pass-Through Claims Agreement |
| P- 184 (13) | 10/20/97 | SSC Transmittal Sheet |
| P- 184 (14) | 07/31/96 | EEE letter to SSC re: Change Order No. 2 |
| P- 184 (15) | | EEE 1995 Financial Statement |
| P- 184 (16) | | EEE Claim for $37,000 |
| P- 184 (17) | 08/21/06 | Williams & Beasley attorney's letter re: withdrawal of claim |
| P- 184 (18) | | AMW 1996 Overhead Costs |
| P- 184 (19) | | AMW 1996 Summary of Job Hours |
| P- 184 (20) | 01/31/97 to 12/28/98 | AMW Manhour Reports |
| P- 184 (21) | | AMW Original VA Estimated Cost Breakdown |
| P- 184 (22) | | AMW 1997 Overhead Costs |
| P- 184 (23) | 10/11/96 | SSC Memorandum re: Overhead Rate |
| P- 184 (24) | | SSC/Williams Purchase Order; SSC Freight Summary |
| P- 184 (25) | | SSC Manhour Report for VA |
| P- 184 (26) | | SSC VA Job Status by Department and Daily Production Reports |
| P- 184 (27) | | SSC Manhour Report and Monthly Statements |
| P- 184 (28) | | Professional and Consultants' Services |
| P- 185 | | Steel Service delivery tickets |

| Ex # | Date | Description |
|---|---|---|
| P- 186 | | Caddell/Steel Service change orders |
| P- 187 | | Caddell May 1996 CPM Monthly Report |
| P- 188 | 04/17/96 | VA Job Meeting No. 2 |
| P- 189 | 04/24/96 | VA letter to JMGR re: RFI Nos. 23 and 24 |
| P- 190 | 05/07/96 | VA letter to JMGR re: RFI No. 62 |
| P- 191 | 05/14/96 | VA letter to JMGR re: RFI No. 109 |
| P- 192 | 08/02/96 | VA letter to JMGR re RFI No. 284 |
| P- 193 | 02/03/97 | VA letter to JMGR re: Sequence 1/Submittal 05100-5R1 |

Respectfully submitted,

CADDELL CONSTRUCTION CO., INC.,
PLAINTIFF

By: /s/ David W. Mockbee

David W. Mockbee
MOCKBEE HALL & DRAKE, P.A.
Lamar Life Building, Ste 1000
317 E. Capitol Street
Jackson, MS 39201
(601) 353-0035 - Telephone
(601) 353-0045 - Facsimile

**CERTIFICATE OF SERVICE**

I, David W. Mockbee, do hereby certify that I have this day caused to be filed via the Official Electronic Document Filing System of the United States Court of Federal Claims ("CM/ECF") a true and correct copy of the above and foregoing Plaintiff's Exhibit List. Copies of this document will be transmitted via the Court's CM/ECF System to all counsel of record. Additional copies may be obtained through the Court's CM/ECF System.

Dated: November 22, 2006.

/s/ David W. Mockbee
David W. Mockbee