IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CADDELL CONSTRUCTION CO., INC., Plaintiff, | ) | |
| v. | ) | No. 04-461C (Judge Bohdan A. Futey) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**PLAINTIFF'S WITNESS LIST**

Plaintiff, Caddell Construction Co., Inc. ("Caddell"), submits its Witness List pursuant to this Court's Orders dated July 31, 2006 (Doc. 47) and November 14, 2006 (Doc. 49) and Appendix A, ¶ 15 of the Rules of the United States Court of Federal Claims:

1. Caddell will call the following witnesses:

   a. Earl Edgill, formerly EEE Detailing
      3502 Egret Drive
      Melbourne FL 32901

Mr. Edgill is expected to testify about the defects in the structural steel design drawings, the VA's late and inadequate responses to RFI's, the VA's requirement that steel shop drawings be "coordinated" with precast shop drawings, the VA's delay in processing steel shop drawings, and the impact of all of the above on the detailing of steel shop drawings in time and money to EEE.

Mr. Edgill's direct testimony may take 4-6 hours.

b. Darryl Ballard
Steel Service Corporation
2260 Flowood Drive, Flowood, MS
Post Office Box 321425
Jackson, MS 39232-1425

Mr. Ballard, formerly the Engineering Coordinator for the Project, is expected to testify about the impact on the detailing and fabrication process of the late and inadequate RFI responses and the requirement that steel shop drawings be "coordinated" with precast shop drawings. Mr. Ballard is also expected to testify about the revisions to the structural steel design made by the VA via the RFI and shop drawing process and the impact of such revisions on the detailing and fabrication of steel.

Mr. Ballard's direct testimony may take four hours.

c. Ernie Hopkins
4701 Lakeland Drive, #29-F
Flowood, MS 39232

Mr. Hopkins, former Steel Service Project Manager, is expected to testify about the defects in the structural steel design drawings, the VA's late and inadequate responses to RFI's, the VA's requirement that steel shop drawings be "coordinated" with precast shop drawings, the VA's delay in processing steel shop drawings, and the impact of all of the above on the detailing and fabricating of steel. Mr. Hopkins is also expected to testify that the dispute between Steel Service and Caddell and

the Austin Airport change order did not affect this Project.

Mr. Hopkins' direct testimony may take 4-6 hours.

d. S. W. "Knute" Johnson
Montgomery, AL

Mr. Johnson, former Caddell Construction Manager, is expected to testify about the Project schedule, the dispute with Steel Service, the basis of the settlement with Steel Service, and Caddell's efforts to assist Steel Service in obtaining RFI responses and approved shop drawings.

Mr. Johnson's direct testimony may take four hours.

e. L. Ray Vinson
Construction Mediation Services, Inc.
1120 B 21st Street (31901)
Post Office Box 5325
Columbus, GA 31906

Mr. Vinson is expected to testify about his involvement on behalf of Steel Service during the Project, his preparation of the request for equitable adjustment, including his analysis of the RFI and shop drawing delay and the increased costs incurred as a result of the VA's defective design, his assistance in the audit process and his rebuttal to the VA's defenses and experts' reports.

Mr. Vinson's direct testimony may take 8-10 hours.

f. Marshall T. Ferrell, P.E.
Ferrell Engineering
Two Office Park Circle, Suite 103
Birmingham, AL 35223

Mr. Ferrell is expected to testify consistent with his

expert report and opinions rendered therein.

Mr. Ferrell's direct testimony may take three hours.

2. Caddell may call the following witnesses:

a. Larry Cox
Steel Service Corporation
2260 Flowood Drive, Flowood, MS
Post Office Box 321425
Jackson, MS 39232-1425

Mr. Cox, President of Steel Service, may testify concerning Steel Service's accounting process, the fabrication process, the impact of the VA's defective design on Steel Service's ability to fabricate steel for the Project, the dispute with Caddell and the parties' settlement.

Mr. Cox's direct testimony may take two hours.

b. James Souza
Steel Service Corporation
2260 Flowood Drive, Flowood, MS
Post Office Box 321425
Jackson, MS 39232-1425

Mr. Souza, formerly the Vice President of Engineering, may testify concerning the impact of RFI's on Steel Service's ability to detail and fabricate steel.

Mr. Souza's direct testimony may take two hours.

c. Tim Jackson, former Caddell employee
Address unknown

Mr. Jackson, former Project Engineer, may testify about the daily difficulties Steel Service encountered in attempting to obtain approval of shop drawings due to the missing or conflicting information on the VA's structural steel design

drawings, the VA's slow responses to RFI's, the VA's requirement that shop drawings be submitted in complete sequences, and the VA's requirement that Steel Service "coordinate" with the precast subcontractor.

Mr. Jackson's direct testimony may take one hour.

d. Bob Bradley
Caddell Construction Co., Inc.
2700 Lagoon Park Dr.
Montgomery, AL 36109

Mr. Bradley, former Interim Project Manager, may testify about the daily difficulties Steel Service encountered in attempting to obtain approval of shop drawings due to the missing or conflicting information on the VA's structural steel design drawings, the VA's slow responses to RFI's, the VA's requirement that shop drawings be submitted in complete sequences, and the VA's requirement that Steel Service "coordinate" with the precast subcontractor. Mr. Bradley may also testify about the schedule for steel erection.

Mr. Bradley's direct testimony may take one hour.

e. Doug Fiorilli
Steel Service Corporation
2260 Flowood Drive, Flowood, MS
Post Office Box 321425
Jackson, MS 39232-1425

Mr. Fiorilli, Vice President of Plant Production, may testify about the impact on the fabrication shop of the lack of approved shop drawings and the inefficiencies created by the defective structural steel design on this and other projects.

Mr. Fiorilli may also testify about the need to sublet work to other fabricators, the preparation of Steel Service's master shop schedules, and other issues related to the actual fabrication of steel.

Mr. Fiorilli's direct testimony may take two hours.

Respectfully submitted,

CADDELL CONSTRUCTION CO., INC.,
PLAINTIFF

By: /s/ David W. Mockbee
David W. Mockbee
MOCKBEE HALL & DRAKE, P.A.
Lamar Life Building, Ste 1000
317 E. Capitol Street
Jackson, MS 39201
(601) 353-0035 - Telephone
(601) 353-0045 - Facsimile

**CERTIFICATE OF SERVICE**

I, David W. Mockbee, do hereby certify that I have this day caused to be filed via the Official Electronic Document Filing System of the United States Court of Federal Claims ("CM/ECF") a true and correct copy of the above and foregoing Plaintiff's Witness List. Copies of this document will be transmitted via the Court's CM/ECF System to all counsel of record. Additional copies may be obtained through the Court's CM/ECF System.

Dated: November 22, 2006.

/s/ David W. Mockbee
David W. Mockbee