as required by Specifications and Drawings for Construction (FAR 52.236-21) (APR 1984):

A. **Delay As a Result of Late RFI Responses**

RFI responses shown below through only RFI#397, clearly indicate response delay by the Government. All RFIs are shown since many of the RFIs affecting other trades, also affected Steel Service. In section VIII.B. the RFIs submitted by or on behalf of Steel Service is provided.

| RFI Number | Date Received | Description | Date Submitted | Date Answered | Date Forward | Days Delay |
|---|---|---|---|---|---|---|
| 001 | 03/05/96 | Request for stru CADD Disk | 03/06/96 | 04/04/96 | 04/08/96 | 34 |
| 002 | 03/19/96 | No section cut,detail required | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 003 | 03/19/96 | Dimension Error | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 004 | 03/19/96 | Dimension Error | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 005 | 03/19/96 | Detail Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 006 | 03/19/96 | Structural Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 007 | 03/19/96 | Addendum Question | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 008 | 03/19/96 | Detail Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 009 | 03/19/96 | Addendum Question | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 010 | 03/19/96 | Addendum Question | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 011 | 03/19/96 | Detail Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 012 | 03/19/96 | Structural Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 013 | 03/19/96 | Detail Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 014 | 03/19/96 | Detail Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 015 | 03/19/96 | Detail Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 016 | 03/19/96 | Detail Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 017 | 03/19/96 | Specification Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 41 |
| 018 | 03/20/96 | Substitution Request | 04/09/96 | 04/23/96 | 04/29/96 | 40 |
| 019 | 03/21/96 | Detail Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 39 |
| 020 | 03/21/96 | Detail Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 39 |
| 021 | 03/21/96 | Detail Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 39 |
| 022 | 03/21/96 | Dimension Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 39 |
| 023 | 03/21/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 53 |
| 024 | 03/21/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 53 |
| 025 | 03/21/96 | Detail Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 39 |
| 026 | 04/08/96 | Hardware Clarification | 04/16/96 | 08/09/96 | 08/13/96 | 127 |
| 027 | 03/21/96 | Detail Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 39 |
| 028 | 03/21/96 | Detail Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 39 |
| 029 | 03/21/96 | Elevation Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 39 |
| 030 | 03/21/96 | Detail Clarification | 04/09/96 | 04/23/96 | 04/29/96 | 39 |
| 031 | 03/21/96 | Elevation Clarification | 04/09/96 | 05/08/96 | 05/08/96 | 48 |
| 032 | 03/21/96 | Drawing Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 033 | 03/21/96 | Drawing Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |
| 034 | 03/21/96 | Elevation Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |
| 035 | 03/21/96 | Elevation Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |
| 036 | 03/21/96 | Elevation Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |
| 037 | 03/21/96 | Detail Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |
| 038 | 03/21/96 | Material Clarification | 04/09/96 | 05/08/96 | 05/08/96 | 48 |
| 039 | 03/21/96 | Elevation Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |
| 040 | 03/21/96 | Detail Clarification | 04/09/96 | 05/08/96 | 05/08/96 | 48 |
| 041 | 03/21/96 | Material Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |
| 042 | 03/21/96 | Elevation Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |
| 043 | 03/21/96 | Detail Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |
| 044 | 03/21/96 | Dimension Clarification | 04/09/96 | 05/08/96 | 05/08/96 | 48 |
| 045 | 03/21/96 | Detail Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |
| 046 | 03/21/96 | Detail Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |
| 047 | 03/21/96 | Detail Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |
| 048 | 03/21/96 | Detail Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |
| 049 | 03/21/96 | Detail Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |
| 050 | 03/21/96 | Detail Clarification | 04/09/96 | 05/07/96 | 05/07/96 | 47 |
| 051 | 03/21/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 53 |
| 052 | 03/21/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 53 |
| 053 | 03/21/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 53 |
| 054 | 03/21/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 53 |
| 055 | 03/21/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 53 |
| 056 | 03/21/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 53 |
| 057 | 03/22/96 | Dimension Clarification | 04/09/96 | 05/08/96 | 05/08/96 | 47 |
| 058 | 03/22/96 | Dimension Clarification | 04/09/96 | 05/07/96 | 05/08/96 | 47 |
| 059 | 03/22/96 | Dimension Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 52 |
| 060 | 03/22/96 | Dimension Clarification | 04/09/96 | 05/08/96 | 05/08/96 | 47 |
| 060R1 | 03/22/96 | Dimension Clarification | 06/04/96 | 06/11/96 | 06/12/96 | 82 |
| 061 | 03/22/96 | Dimension Clarification | 04/09/96 | 05/08/96 | 05/08/96 | 47 |
| 062 | 03/22/96 | Dimension Clarification | 04/09/96 | 07/03/96 | 07/09/96 | 109 |
| 063 | 03/22/96 | Dimension Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 52 |
| 064 | 03/22/96 | Request for Detail Change | 04/09/96 | 05/13/96 | 05/13/96 | 52 |
| 065 | 03/22/96 | Request for Detail Change | 04/09/96 | 05/30/96 | 05/30/96 | 69 |
| 066 | 04/03/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 40 |
| 067 | 03/27/96 | Material Size Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 47 |
| 068 | 03/27/96 | Dimension Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 47 |
| 069 | 03/27/96 | Drawing Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 47 |
| 070 | 03/27/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 47 |
| 071 | 03/27/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 47 |
| 072 | 03/27/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 47 |
| 073 | 03/27/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 47 |
| 074 | 03/27/96 | Dimension Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 47 |
| 075 | 03/28/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 46 |
| 076 | 03/28/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 46 |
| 077 | 03/28/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 46 |
| 078 | 03/28/96 | Dimension Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 46 |
| 079 | 03/28/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 46 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 080 | 03/29/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 45 |
| 081 | 03/29/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 45 |
| 082 | 03/29/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 45 |
| 083 | 03/29/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 45 |
| 084 | 03/29/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 45 |
| 085 | 03/29/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 45 |
| 086 | 03/29/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 45 |
| 087 | 03/29/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 45 |
| 088 | 03/29/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 45 |
| 089 | 03/29/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 45 |
| 090 | 03/29/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 45 |
| 091 | 03/29/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 45 |
| 092 | 03/29/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 45 |
| 093 | 03/29/96 | Elevation Clarification | 04/09/96 | 05/14/96 | 05/14/96 | 46 |
| 094 | 03/29/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 45 |
| 095 | 04/03/96 | Dimension Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 40 |
| 096 | 04/03/96 | Elevation Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 40 |
| 097 | 04/03/96 | Drawing Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 40 |
| 098 | 04/03/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 40 |
| 099 | 04/03/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 40 |
| 100 | 04/03/96 | Detail Clarification | 04/09/96 | 05/13/96 | 05/13/96 | 40 |
| 101 | 04/03/96 | Detail Clarification | 04/09/96 | 05/14/96 | 05/14/96 | 41 |
| 102 | 04/04/96 | Detail Clarification | 04/09/96 | 05/14/96 | 05/14/96 | 40 |
| 103 | 04/04/96 | Detail Clarification | 04/09/96 | 05/14/96 | 05/14/96 | 40 |
| 104 | 04/04/96 | Detail Clarification | 04/09/96 | 05/14/96 | 05/14/96 | 40 |
| 105 | 04/04/96 | Drawing Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 43 |
| 106 | 04/04/96 | Drawing Clarification | 04/09/96 | 05/14/96 | 05/14/96 | 40 |
| 107 | 04/04/96 | Detail Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 43 |
| 108 | 04/04/96 | Dimension Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 43 |
| 109 | 04/04/96 | Dimension Clarification | 04/09/96 | 07/05/96 | 07/09/96 | 96 |
| 110 | 04/04/96 | Detail Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 43 |
| 111 | 04/04/96 | Detail Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 43 |
| 112 | 04/04/96 | Drawing Note Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 43 |
| 113 | 04/04/96 | Drawing Note Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 43 |
| 114 | 04/04/96 | Drawing Note Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 43 |
| 115 | 04/04/96 | Drawing Note Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 43 |
| 116 | 04/04/96 | Drawing Note Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 43 |
| 117 | 04/04/96 | Drawing Note Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 43 |
| 118 | 04/04/96 | Material Size Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 43 |
| 119 | 04/05/96 | Material Size Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 42 |
| 120 | 04/05/96 | Drawing Note Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 42 |
| 121 | 04/05/96 | Drawing Note Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 42 |
| 122 | 04/05/96 | Drawing Note Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 42 |
| 123 | 04/05/96 | Drawing Note Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 42 |
| 124 | 04/05/96 | Detail Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 42 |
| 125 | 04/05/96 | Detail Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 42 |
| 126 | 04/05/96 | Dimension Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 42 |
| 127 | 04/05/96 | Dimension Clarification | 04/09/96 | 06/17/96 | 06/20/96 | 76 |

VIII-4

| | | | | | | |
|---|---|---|---|---|---|---|
| 128 | 04/05/96 | Detail Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 42 |
| 129 | 04/05/96 | Detail Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 42 |
| 130 | 04/05/96 | Detail Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 42 |
| 131 | 04/05/96 | Alternate Detail Request | 04/09/96 | 05/16/96 | 05/17/96 | 42 |
| 132 | 04/05/96 | Detail Clarification | 04/09/96 | 05/20/96 | 05/22/96 | 47 |
| 133 | 04/05/96 | Detail Clarification | 04/09/96 | 05/16/96 | 05/17/96 | 42 |
| 134 | 04/05/96 | Detail Clarification | 04/09/96 | 05/20/96 | 05/22/96 | 47 |
| 135 | 04/05/96 | Detail Clarification | 04/09/96 | 05/20/96 | 05/22/96 | 47 |
| 136 | 04/05/96 | Detail Clarification | 04/09/96 | 05/20/96 | 05/22/96 | 47 |
| 137 | 04/05/96 | Detail Clarification | 04/09/96 | 05/20/96 | 05/22/96 | 47 |
| 138 | 04/05/96 | Detail Clarification | 04/09/96 | 05/20/96 | 05/22/96 | 47 |
| 139 | 04/05/96 | Detail Clarification | 04/09/96 | 05/20/96 | 05/22/96 | 47 |
| 140 | 04/05/96 | Detail Clarification | 04/09/96 | 05/20/96 | 05/22/96 | 47 |
| 141 | 04/05/96 | Detail Clarification | 04/09/96 | 05/20/96 | 05/22/96 | 47 |
| 142 | 04/05/96 | Dimension Clarification | 04/09/96 | 05/20/96 | 05/22/96 | 47 |
| 143 | 04/08/96 | Dimension Clarification | 04/09/96 | 05/20/96 | 05/22/96 | 44 |
| 144 | 04/08/96 | Detail Clarification | 04/09/96 | 05/20/96 | 05/22/96 | 44 |
| 145 | 04/08/96 | Dimension Clarification | 04/09/96 | 05/20/96 | 05/22/96 | 44 |
| 146 | 04/08/96 | Dimension Clarification | 04/09/96 | 06/10/96 | 06/12/96 | 65 |
| 147 | 04/16/96 | Ductbank Clarification | 04/16/96 | 04/24/96 | NA | |
| 148 | 04/16/96 | Manhole Obstruction | 04/16/96 | 04/24/96 | NA | |
| 149 | 04/09/96 | Detail Clarification | 05/01/96 | 05/23/96 | 05/30/96 | 51 |
| 150 | 04/09/96 | Detail Clarification | 05/21/96 | 06/10/96 | 06/12/96 | 64 |
| 151 | 04/09/96 | Detail Clarification | 05/01/96 | 05/24/96 | 05/30/96 | 51 |
| 152 | 04/09/96 | Material Change Request | 05/16/96 | 05/24/96 | 05/30/96 | 51 |
| 153 | 04/09/96 | Material Clarification | 05/21/96 | 05/24/96 | 05/30/96 | 51 |
| 154 | 04/09/96 | Detail Change Request | 06/04/96 | 06/11/96 | 06/12/96 | 64 |
| 155 | 04/11/96 | Drawing Clarification | 05/01/96 | 05/23/96 | 05/30/96 | 49 |
| 156 | 04/11/96 | Elevation Clarification | 05/01/96 | 05/23/96 | 05/30/96 | 49 |
| 157 | 04/11/96 | Drawing Clarification | 05/01/96 | 06/17/96 | 06/20/96 | 70 |
| 158 | 04/11/96 | Drawing Clarification | 05/01/96 | 05/23/96 | 05/30/96 | 49 |
| 159 | 04/11/96 | Detail Clarification | 05/01/96 | 05/23/96 | 05/30/96 | 49 |
| 160 | 04/11/96 | Detail Clarification | 05/01/96 | 05/23/96 | 05/30/96 | 49 |
| 161 | 04/11/96 | Detail Clarification | NA | 05/24/96 | 06/12/96 | 62 |
| 162 | 04/11/96 | Connection Clarification | 05/01/96 | NA | NA | |
| 162R1 | 05/30/96 | Detail Clarification | 06/04/96 | 07/23/96 | 07/26/96 | 57 |
| 163 | 04/11/96 | Detail Change Request | 05/16/96 | 06/11/96 | 06/12/96 | 62 |
| 164 | 04/11/96 | Detail Clarification | 05/24/96 | 06/11/96 | 06/12/96 | 62 |
| 165 | 04/11/96 | Drawing Clarification | 05/21/96 | 06/11/96 | 06/12/96 | 62 |
| 166 | 04/17/96 | Detail Clarification | 06/04/96 | 06/11/96 | 06/12/96 | 56 |
| 166R1 | 05/30/96 | Detail Clarification | 06/04/96 | NA | NA | |
| 167 | 04/17/96 | Drawing Clarification | 05/01/96 | 05/24/96 | 05/30/96 | 43 |
| 168 | 04/17/96 | Detail Clarification | 06/04/96 | 06/11/96 | 06/12/96 | 56 |
| 169 | 04/17/96 | Drawing Clarification | 05/21/96 | 05/29/96 | 05/30/96 | 43 |
| 170 | 04/17/96 | Drawing Clarification | 05/21/96 | 06/10/96 | 06/12/96 | 56 |
| 171 | 04/17/96 | Detail Clarification | 05/01/96 | 05/20/96 | 05/22/96 | 35 |
| 172 | 04/19/96 | Detail Clarification | 05/01/96 | 05/24/96 | 05/30/96 | 41 |
| 173 | 04/19/96 | Dimension Clarification | 05/01/96 | 05/24/96 | 05/30/96 | 41 |

VIII-5

| | | | | | | |
|---|---|---|---|---|---|---|
| 174 | 04/24/96 | Dimension Clarification | 05/21/96 | 06/10/96 | 06/11/96 | 48 |
| 175 | 04/24/96 | Drawing Clarification | 05/01/96 | 05/24/96 | 05/30/96 | 36 |
| 176 | 04/24/96 | Drawing Clarification | 05/01/96 | 05/24/96 | 05/30/96 | 36 |
| 177 | 04/24/96 | Drawing Clarification | 05/01/96 | 05/24/96 | 05/30/96 | 36 |
| 178 | 04/24/96 | Detail Clarification | NA | 05/24/96 | 06/12/96 | 49 |
| 179 | 04/29/96 | Detail Clarification | 05/01/96 | 05/20/96 | 05/24/96 | 25 |
| 180 | 04/29/96 | Detail Clarification | 05/01/96 | 05/20/96 | 05/24/96 | 25 |
| 181 | 04/29/96 | Detail Clarification | 05/01/96 | 05/20/96 | 05/24/96 | 25 |
| 182 | NA | Safety Sign Location | 05/13/96 | 05/16/96 | NA | |
| 183 | 05/14/96 | Specification Clarification | 05/14/96 | 05/20/96 | 05/24/96 | 10 |
| 184 | 05/14/96 | Detail Clarification | 05/14/96 | 06/18/96 | 06/28/96 | 45 |
| 185 | 05/14/96 | Detail Clarification | 05/14/96 | 06/18/96 | 06/28/96 | 45 |
| 186 | NA | New Drive Area | 05/23/96 | 05/24/96 | NA | |
| 187 | 04/24/96 | Voided | NA | NA | NA | |
| 188 | 04/24/96 | Detail Clarification | 06/04/96 | 06/10/96 | 06/12/96 | 49 |
| 189 | 04/29/96 | Detail Clarification | 06/04/96 | 07/03/96 | 07/09/96 | 71 |
| 190 | 04/29/96 | Detail Clarification | 06/04/96 | 07/03/96 | 07/09/96 | 71 |
| 191 | 04/29/96 | Schedule Clarification | 06/04/96 | 06/10/96 | 06/12/96 | 44 |
| 192 | 04/30/96 | Detail Clarification | 06/04/96 | 07/05/96 | 07/09/96 | 70 |
| 193 | 04/30/96 | Elevation Clarification | 06/04/96 | 07/03/96 | 07/09/96 | 70 |
| 194 | 04/30/96 | Elevation Clarification | 06/04/96 | 06/10/96 | 06/12/96 | 43 |
| 195 | 04/30/96 | Elevation Clarification | 06/04/96 | 06/10/96 | 06/12/96 | 43 |
| 196 | 04/30/96 | Elevation Clarification | 06/04/96 | 07/03/96 | 07/09/96 | 70 |
| 197 | 04/30/96 | Material Clarification | 06/04/96 | 07/03/96 | 07/09/96 | 70 |
| 198 | 05/01/96 | Material Clarification | 06/04/96 | 07/03/96 | 07/09/96 | 69 |
| 199 | 05/01/96 | Detail Clarification | 06/04/96 | 07/03/96 | 07/09/96 | 69 |
| 200 | 05/01/96 | Location Verification | 06/04/96 | 08/13/96 | 08/13/96 | 104 |
| 201 | NA | Service Drive | 06/04/96 | 09/04/96 | NA | |
| 202 | 05/15/96 | Rustifcation joint | 06/04/96 | 07/12/96 | 07/16/96 | 62 |
| 203 | NA | Existing water valve | 06/04/96 | 06/10/96 | NA | |
| 204 | 05/01/96 | Detail Clarification | 06/04/96 | 07/05/96 | 07/09/96 | 69 |
| 205 | 04/05/96 | Detail Clarification | 06/04/96 | 07/03/96 | 07/09/96 | 95 |
| 206 | 03/22/96 | Dimension Clarification | 06/04/96 | 07/05/96 | 07/09/96 | 109 |
| 207 | 05/10/96 | Dimension Clarification | NA | NA | NA | |
| 208 | 04/12/96 | Schedule Clarification | 06/04/96 | 07/03/96 | 07/09/96 | 88 |
| 209 | 04/12/96 | Schedule Clarification | 06/04/96 | 06/10/96 | 06/12/96 | 61 |
| 210 | 06/05/96 | Request for Deviation | 06/06/96 | 06/11/96 | 07/01/96 | 26 |
| 211 | 06/05/96 | Detail Clarification | 06/10/96 | 07/05/96 | 07/09/96 | 34 |
| 212 | 05/01/96 | Elevation Clarification | 06/10/96 | 06/28/96 | 07/02/96 | 62 |
| 213 | ^05/02/96 | Detail Clarification | 06/10/96 | 09/09/96 | 09/09/96 | |
| 214 | 05/06/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 71 |
| 215 | 05/09/96 | Detail Clarification | 06/10/96 | 06/13/96 | 06/20/96 | 42 |
| 216 | 05/09/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 68 |
| 217 | 05/09/96 | Dimension Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 68 |
| 218 | 05/10/96 | Dimension Clarification | 06/10/96 | 07/05/96 | 07/09/96 | 60 |
| 219 | 05/10/96 | Dimension Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 67 |
| 220 | 05/10/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 67 |
| 221 | 05/14/96 | Dimension Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 63 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 222 | 05/14/96 | Detail Clarification | 06/10/96 | 06/13/96 | 06/20/96 | 37 |
| 223 | 05/02/96 | Dimension Clarification | 06/10/96 | 10/01/96 | 10/03/96 | 154 |
| 224 | 05/14/96 | Dimension Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 63 |
| 225 | 05/14/96 | Dimension Clarification | 06/10/96 | 06/17/96 | 06/20/96 | 37 |
| 226 | 05/14/96 | Dimension Clarification | 06/10/96 | 06/17/96 | 06/20/96 | 37 |
| 227 | 05/14/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 63 |
| 228 | 05/15/96 | Dimension Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 62 |
| 229 | 05/15/96 | Detail Clarification | 06/10/96 | 06/28/96 | 07/02/96 | 48 |
| 230 | 05/15/96 | Dimension Clarification | 06/10/96 | 06/13/96 | 06/20/96 | 36 |
| 231 | 05/21/96 | Dimension Clarification | 06/10/96 | 06/17/96 | 06/20/96 | 30 |
| 232 | 05/21/96 | Detail Clarification | 06/10/96 | 06/17/96 | 06/20/96 | 30 |
| 233 | 05/21/96 | Detail Clarification | 06/10/96 | 06/17/96 | 06/20/96 | 30 |
| 234 | 05/21/96 | Detail Clarification | 06/10/96 | 06/28/96 | 07/02/96 | 42 |
| 235 | 05/22/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 55 |
| 236 | 05/22/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 55 |
| 237 | 05/22/96 | Dimension Clarification | 06/10/96 | 08/02/96 | 08/08/96 | 78 |
| 238 | 05/22/96 | Dimension Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 55 |
| 239 | 05/22/96 | Dimension Clarification | 06/10/96 | 06/17/96 | 06/20/96 | 29 |
| 240 | 05/22/96 | Dimension Clarification | 06/10/96 | 06/17/96 | 06/20/96 | 29 |
| 241 | 05/22/96 | Detail Clarification | 06/10/96 | 06/17/96 | 06/20/96 | 29 |
| 242 | 05/22/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 55 |
| 243 | 05/22/96 | Dimension Clarification | 06/10/96 | 06/13/96 | 06/20/96 | 29 |
| 244 | 05/22/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 55 |
| 245 | 05/22/96 | Detail Clarification | 06/10/96 | 06/13/96 | 06/20/96 | 29 |
| 246 | 05/22/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 55 |
| 247 | 05/22/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 55 |
| 248 | 05/22/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 55 |
| 249 | 05/22/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 55 |
| 250 | 05/22/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 55 |
| 251 | 05/22/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 55 |
| 252 | 05/22/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 55 |
| 253 | 05/22/96 | Detail Clarification | 06/10/96 | 07/10/96 | 07/10/96 | 49 |
| 254 | 05/22/96 | Detail Clarification | 06/10/96 | 08/07/96 | 08/08/96 | 78 |
| 255 | 05/23/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 54 |
| 256 | 05/23/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 54 |
| 257 | 05/23/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 54 |
| 258 | 05/23/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 54 |
| 259 | 05/23/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 54 |
| 260 | 05/23/96 | Detail Clarification | 06/10/96 | 0712/96 | 07/16/96 | 54 |
| 261 | 05/23/96 | Dimension Clarification | 06/10/96 | 07/03/96 | 07/09/96 | 47 |
| 262 | 05/23/96 | Detail Clarification | 06/10/96 | 07/03/96 | 07/09/96 | 47 |
| 263 | 05/23/96 | Detail Clarification | 06/10/96 | 07/16/96 | 07/26/96 | 64 |
| 264 | 05/23/96 | Detail Clarification | 06/10/96 | 07/12/96 | 07/16/96 | 54 |
| 265 | 05/23/96 | Detail Clarification | 06/10/96 | 07/05/96 | 07/09/96 | 47 |
| 266 | 05/23/96 | Request for change | 06/11/96 | 07/22/96 | 07/26/96 | 64 |
| 267 | 05/23/96 | Request for change | 06/11/96 | 07/22/96 | 07/26/96 | 64 |
| 268 | 06/10/96 | Detail Clarification | 06/11/96 | 06/13/96 | NA | |
| 268R1 | 06/10/96 | Detail Clarification | 07/01/96 | 10/11/96 | 10/15/96 | 127 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 269 | 06/07/96 | Detail Clarification | 06/11/96 | 09/13/96 | 09/23/96 | 108 |
| 270 | 06/12/96 | Electrical Clarification | 06/12/96 | 07/05/96 | 07/09/96 | 27 |
| 271 | 06/20/96 | Plumbing | 06/20/96 | 06/28/96 | NA | |
| 272 | 06/20/96 | Electrical Clarification | 06/20/96 | 07/12/96 | 07/16/96 | 26 |
| 273 | 06/20/96 | Electrical Clarification | 06/20/96 | 07/23/96 | 07/24/96 | 34 |
| 274 | 06/20/96 | Electrical Clarification | 06/20/96 | 07/16/96 | 07/26/96 | 36 |
| 275 | 06/20/96 | Electrical Clarification | 06/20/96 | 07/05/96 | 07/09/96 | 19 |
| 276 | 06/20/96 | Electrical Clarification | 06/20/96 | 07/05/96 | 07/09/96 | 19 |
| 277 | 06/20/96 | Electrical Clarification | 06/20/96 | 07/05/96 | 07/09/96 | 19 |
| 278 | 06/20/96 | Electrical Clarification | 06/20/96 | 07/05/96 | 07/09/96 | 19 |
| 279 | 06/20/96 | Electrical Clarification | 06/20/96 | 07/05/96 | 07/09/96 | 19 |
| 280 | 06/20/96 | Electrical Clarification | 06/20/96 | 07/05/96 | 07/09/96 | 19 |
| 281 | 06/20/96 | Electrical Clarification | 06/20/96 | 07/05/96 | 07/09/96 | 19 |
| 282 | 05/02/96 | Detail Clarification | 07/01/96 | 08/02/96 | 08/08/96 | 98 |
| 283 | 06/06/96 | Splice at Non-Moment | 07/01/96 | 08/02/96 | 08/08/96 | 63 |
| 284 | 05/23/96 | Detail Clarification | 07/01/96 | 09/10/96 | 09/24/96 | 124 |
| 285 | 05/30/96 | Request for change /clarification | 07/01/96 | | | |
| 286 | 05/28/96 | Detail Clarification | 07/01/96 | 10/30/96 | 11/12/96 | 168 |
| 287 | 05/29/96 | Request for drawings | 07/01/96 | 08/06/96 | 08/13/96 | 76 |
| 288 | 06/10/96 | Detail Clarification | 07/01/96 | 07/05/96 | 07/09/96 | 29 |
| 289 | 06/12/96 | Detail Clarification | 07/01/96 | 07/05/96 | 07/09/96 | 27 |
| 290 | NA | Specification clarification | 07/01/96 | 08/09/96 | 08/13/96 | |
| 291 | 06/18/96 | Detail Clarification | 07/01/96 | 10/11/96 | 10/15/96 | 119 |
| 292 | 06/19/96 | Detail Clarification | 07/01/96 | 08/02/96 | 08/08/96 | 50 |
| 293 | 05/15/96 | Detail Clarification | 07/01/96 | 08/06/96 | 08/08/96 | 85 |
| 294 | 05/15/96 | Detail Clarification | 07/01/96 | 08/06/96 | 08/08/96 | 85 |
| 295 | 06/19/96 | Dimension Clarification | 07/01/96 | 08/06/96 | 08/08/96 | 50 |
| 296 | 05/10/96 | Dimension Clarification | 07/01/96 | 08/06/96 | 08/08/96 | 90 |
| 297 | 05/15/96 | Detail Clarification | 07/01/96 | 08/07/96 | 08/08/96 | 85 |
| 298 | 05/09/96 | Detail Clarification | 07/01/96 | 09/09/96 | 09/09/96 | 123 |
| 299 | 05/09/96 | Detail Clarification | 07/01/96 | 08/07/96 | 08/08/96 | 91 |
| 300 | 05/06/96 | Dimension Clarification | 07/01/96 | 08/06/96 | 08/08/96 | 94 |
| 301 | 05/21/96 | Detail Clarification | 07/01/96 | 08/06/96 | 08/08/96 | 79 |
| 302 | 05/21/96 | Detail Clarification | 07/01/96 | 08/06/96 | 08/08/96 | 79 |
| 303 | 05/15/96 | Detail Clarification | 07/01/96 | 08/06/96 | 08/08/96 | 85 |
| 304 | 05/14/96 | Detail Clarification | 07/01/96 | 08/06/96 | 08/08/96 | 86 |
| 305 | 05/15/96 | Detail Clarification | 07/01/96 | 08/06/96 | 08/08/96 | 85 |
| 306 | 05/15/96 | Material Clarification | 07/01/96 | 08/06/96 | 08/08/96 | 85 |
| 307 | 05/15/96 | Material Clarification | 07/01/96 | 08/06/96 | 08/08/96 | 85 |
| 308 | 05/14/96 | Dimension Clarification | 07/01/96 | 10/09/96 | 10/15/96 | 154 |
| 309 | 05/22/96 | Detail Clarification | 07/01/96 | | | |
| 310 | 05/01/96 | Detail Clarification | 07/01/96 | 07/03/96 | 07/09/96 | 69 |
| 311 | 06/19/96 | Detail Clarification | 07/01/96 | 08/06/96 | 08/08/96 | 50 |
| 312 | 06/19/96 | Detail Clarification | 07/01/96 | 08/13/96 | 08/13/96 | 55 |
| 313 | 06/19/96 | Detail Clarification | 07/01/96 | 08/07/96 | 08/08/96 | 50 |
| 314 | 07/01/96 | Service Yard | 07/01/96 | 07/25/96 | NA | |
| 315 | 06/17/96 | Dimension Clarification | 07/10/96 | 10/02/96 | 10/03/96 | 108 |

(Ex. P-157).

22. Even the VA's experts acknowledge that the VA's responses to RFI's were not "promptly ma[d]e":




23. In addition to the VA's delay in responding to RFI's, many of the VA's responses directed Steel Service simply to "coordinate" with other trades and/or with the architectural drawings even though, in many instances, the Architect/Engineer had provided specific information to the VA which the VA failed to provide to Caddell/Steel Service (Exs. P-33, P-34, P-35, P-49, P-50). And, in many cases, Steel Service's attempt to coordinate

with another trade and/or with other design drawings did not answer Steel Service's RFI's because the information was not there (Ex. P-40).

24. For instance, EEE wrote Steel Service by letter dated May 15, 1996, regarding the RFI responses received from the VA as of that date and noted many instances where the VA's requirement to "coordinate" with other trades did not provide the answers and the answers that were given by the VA often did not resolve the questions (Ex. P-37), requiring the issuance of yet another RFI.

25. As a result, as of mid-May 1996 - two months into the detailing process - EEE had issued over 250 RFI's but had only received responses to approximately 100 of them and, as a result, had not been able to complete the advance bill of material for Steel Service's $1.3 million order of raw materials, the erection drawings, or any sequence of shop drawings (Ex. P-37).

26. As a result of EEE's and Steel Service's complaints (Exs. P-26, P-29, P-36, P-37, P-39, P-40), the VA held another meeting with Steel Service, EEE, and Caddell on May 28-31, 1996 to discuss RFI's (Exs. P-42, P-43).

27. At the May 1996 meeting, Steel Service learned for the first time that steel could not be erected until the Summer

of 1997 because of the Contract phasing requirements (Ex. P-41).[2]

F. The Steel Service-Caddell Dispute.

28. Obviously, Steel Service, which had ordered $1.3 million in raw material and had made other preparations for the mid-June 1996 erection start date, was concerned when it became obvious that the VA was not promptly acting on RFI's because the steel was not needed at the Project until the following Summer. Unfortunately, the VA failed to consider Caddell/Steel Service's contract right to proceed with offsite work without delay.

29. Steel Service wrote Caddell, by letter dated July 15, 1996, to let Caddell know the predicament Steel Service was in as a result of its inability to fabricate during the opening in its shop beginning in May 1996 (Ex. P-51). Steel Service advised Caddell that "we will proceed to get completed shop drawings ready for approval in mitigation of damages" and we

---

[2] Section 01010, General Requirements, described, at Part 1.5.G, the Phasing Requirements of the Contract which, under Stage 1, required completion of the following "key events" before starting Stage 2: construct service yard and access, relocate site utilities and new chiller, install underground fuel tank, replace boilers, construct generator room, transformer vault and switchgear room, re-route primary electrical service and begin bed tower and shear wall foundations and third floor curtain wall and HVAC. Stage 2 included the following "key events": construct cooling tower, erect bed tower addition and shear wall, existing building renovations, relocate rooftop equipment on existing roof, make corridor penetrations between new and existing buildings and construct connecting corridor, and construct parking lot and landscape (Ex. P-11).

"urge Caddell to forward to us the remaining RFI's answers which we have not received" (Ex. P-51).

30. At that point, Steel Service realized that it had two claims, namely, one against the VA for the delay to detailing and fabrication caused by the defects in the VA's structural steel design and the VA's slow and inadequate responses to RFI's (the extent of which was unknown and incalculable at that time) and the second against Caddell for the delay in erection start from Summer 1996 to 1997 (which was known and calculable). Given claim one against the VA, Steel Service was concerned that Caddell's standard form subcontract which Steel Service had not signed and the terms of which the parties had been negotiating could be found to preclude Steel Service's claim against the VA (Ex. P-17).

31. When it was clear that Steel Service and Caddell were at an impasse on Caddell's standard form subcontract terms and Steel Service's efforts to protect its VA claim, Steel Service had no other alternative than to sue Caddell and to assert both its claims for the delay in the erection start and for the delay to detailing and fabrication due to the VA's defective structural design (Ex. P-52).

32. In an effort to appease Steel Service, Caddell, by letter dated July 18, 1996, advised Steel Service that the VA had indicated that it would pay for raw materials stored in Steel

Service's shop and for fabricated steel stored at Steel Service's shop (Ex. P-53) and suggested that that should resolve some of Steel Service's concerns.

33. In the meantime, EEE continued to review the structural steel design drawings, generate RFI's and incorporate responses (Ex. P-175, Ex. P-54). And, Steel Service and Caddell continued their negotiations in an effort to resolve their dispute (Ex. P-58).

34. On or about September 3, 1996, Steel Service and Caddell settled their dispute (Exs. P-57, P-58, P-59) whereby Steel Service expressly reserved its "pass through" claims against the VA and Caddell paid Steel Service and its subcontractors $445,000 for the additional costs to handle and store fabricated steel and for the direct costs to the erector due to the delay in erection start (Ex. P-62).

35. In essence, the settlement between Caddell and Steel Service had two components, namely, the parties settled Steel Service's claim against Caddell for the delay to erection start which was not caused by the VA's defective structural steel design and the parties reserved Steel Service's claim against the VA for the delay to the detailing and fabrication caused by the VA's defective structural steel design (Ex. P-62).

36. In their settlement, which was consummated on or about October 4, 1996 (Ex. P-62), the parties agreed that, for

scheduling purposes, Steel Service would fabricate and store the structural steel with the exception of the structural steel for M-Line North, being that steel that connected the existing building to the new building, which the parties agreed would be erected starting approximately December 15, 1996 and that the main structure would start erection mid-April 1997 - mid-May 1997, weather permitting (Ex. P-62).

G. Steel Service's Continued Efforts to Prepare Shop Drawings.

37. Contrary to the Government's contention, the dispute between Caddell and Steel Service did not cause any delay because, as previously noted, Steel Service and Caddell continued their efforts to obtain answers to RFI's needed for preparation of shop drawings during their dispute and thereafter. In fact, the constant demands by Caddell and Steel Service for prompt and complete RFI responses caused the VA to meet with the Architect/Engineer on July 22, 1996, at which time the VA "reiterated [its] belief that qualify (sic) of structural documents is deficient as shown by large number of RFI's and responses. Also due to lack of coordination among disciplines (example: transfer girders and precast)" (Ex. P-55). During that meeting, the Architect/Engineer "acknowledged the structural drawings lacked some coordination and accuracy" and that they "intended to initiate a pro-active review of quality and constructability of the documents in-house" (Ex. P-56). The VA

"emphasized that responses [to RFI's] must be comprehensive, accurate and timely" (Ex. P-55).

38. Despite the admonitions at this meeting, the Architect/Engineer, in the VA's opinion, "continued poor performance," citing the Architect/Engineer's failure to respond as of October 10, 1996 to the VA's August 1, 1996 questions and comments about RFI 309 dated July 1, 1996 (Ex. P-64). That same day the VA again complained to the Architect/Engineer about the lack of receipt of an adequate response to RFI 336 dated July 18, 1996, despite the VA's discussions with the Architect/Engineer about its September 9, 1996 response which, according to the VA, "was inaccurate and incomplete" (Ex. P-65). The VA again threatened to notify the Contracting Officer of the Architect/Engineer's "continued lack of construction support" (Exs. P-64, P-65).

39. By letter dated October 14, 1996, Steel Service submitted to Caddell its new schedule which showed shop drawings being submitted from October 18, 1996 until March 27, 1997 for steel fabrication from November 17, 1996 to April 3, 1997 and erection beginning mid-April 1997 (Ex. P-66).

40. In the meantime, on or about October 24, 1996, Steel Service submitted for approval the M-Line North shop drawings, being the first shop drawings submitted to the VA, which the VA returned on November 8, 1996, with "no action . . .

taken" because "Sequence is incomplete. Not enough information to review and act. Resubmit as a complete package" (Ex. P-69) although the Architect/Engineer had approved and/or approved as noted Drawings E1, 119-123, 124, 129, 132, 134, 164-167, and 174, and noted that only Drawings E2, E5, 111, 114, 115, and 117 should be completed and resubmitted (Ex. P-69).

41. Thereafter, more shop drawings were returned by the VA with no action taken based on its extra-contractual requirement that Steel Service submit complete submittal packages despite Steel Service's inability to provide a 100% submittal package due to outstanding RFI's and lack of approved shop drawings from other subcontractors like the precast and mechanical subcontractors (Ex. P-67) and despite Caddell's request to the VA to review and release drawings in an effort to proceed with the submittal process (Ex. P-74). Then, on November 25, 1996, Steel Service received, for the first time, the precast shop drawings for the main bed tower although not approved (Ex. P-75).

H. Steel Service's Efforts to "Coordinate" With Precast Shop Drawings.

42. EEE immediately reviewed the unapproved precast shop drawings and found many conflicts between them and the structural steel design drawings used by EEE to prepare its shop drawings (Ex. P-77). As a result, EEE warned Steel Service that there may be changes to shop drawings already submitted or to be