IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CADDELL CONSTRUCTION CO., INC., Plaintiffs, | ) | |
| v. | ) | Case No. 04-461C (Judge Futey) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S EXHIBIT LIST

Pursuant to Appendix A of the United States Court of Federal Claims Rules, defendant submits the following list of defendant's exhibits. In addition to plaintiff's exhibits, which defendant expressly reserves the right to introduce if they are not introduced in plaintiff's case in chief, as if fully listed herein, defendant may introduce the below-listed following exhibits. Defendant's exhibits will be provided to all parties and used and displayed at trial in electronic form. Defendant will provide paper copies of individual exhibits at trial where necessary. Multiple-page exhibits will be electronically bates-numbered, or otherwise internally paginated, for clear identification.

| Exhibit Number | Description |
|---|---|
| 1001 | Expert report of CDR Associates |
| 1002 | CDR Workpapers |
| 1003 | Expert report of Cotton & Company |
| 1004 | Cotton & Company workpapers |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attention: Classification Unit
1100 L St. NW
Washington, D.C. 20530
Tele: (202) 616-0391

Attorneys for Defendant

December 7, 2006

CERTIFICATE OF FILING

I hereby certify that on December 7, 2006, a copy of foregoing "DEFENDANT'S EXHIBIT LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith