IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CADDELL CONSTRUCTION CO., INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 04-461C |
| | ) | (Judge Futey) |
| THE UNITED STATES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT’S WITNESS LIST

Defendant expects to rely upon the testimony of the witnesses identified in the plaintiff's witness list, and expressly reserves the right to call them in defendant's case in chief as if listed herein. In addition, and based upon the evidence presented during the plaintiff’s case, defendant expects to call the following witnesses.

Fact Witnesses

1. William Totolo: Department of Veterans Affairs Medical Center, 1030 Jefferson Avenue, Memphis, TN 38104. Mr. Totolo is a contracting officer with the Department of Veterans Affairs who administered the contract with Caddell from its inception. He observed the project from early planning through the completion of construction and also analyzed SSC’s claim and issued the contracting officer’s final decision. He will testify with regard to his knowledge of these activities and administration of the contract. This included the review and approval of contract submittals, contract schedules, RFIs, and other similar items. His direct examination is estimated to take four hours.

2. Robert Mitchell: Department of Veterans Affairs Medical Center, 1030 Jefferson Avenue, Memphis, TN 38104. Robert Mitchell was the Resident Engineer for structural/civil issues on the project. He will testify to the progress of the work, coordination with SSC regarding structural steel. His direct examination is expected to take one hour.

3. Kirby Caddell: Caddell Construction, Inc., 2700 Lagoon Park Drive, Montgomery, Alabama, 36109. Mr. Caddell is President of Caddell Construction. He will testify regarding subcontract negotiations, job scheduling and other aspects of Caddell’s relationship with SSC. His direct examination is expected to take one hour.

4. Hank Williford: Caddell Construction, Inc., 2700 Lagoon Park Drive, Montgomery, Alabama, 36109. Mr. Williford was Caddell’s Contract Manager. He will testify regarding subcontract negotiations, job scheduling and other aspects of Caddell’s relationship with SSC. His direct examination is expected to take one hour.

5. Larry Anderson: Caddell Construction, Inc., 2700 Lagoon Park Drive, Montgomery, Alabama, 36109. Mr. Anderson was Caddell’s Project Manager for the project. Mr. Anderson certified the Request for Equitable Adjustment dated February 3, 1998. He will testify regarding the progress of the work, the

structural steel issues, precast coordination issues, job scheduling and other aspects of Caddell's relationship with SSC, including the preparation and certification of SSC's claim. His direct examination is expected to take one hour.

6. Bruce Daniels: Caddell Construction, Inc., 2700 Lagoon Park Drive, Montgomery, Alabama, 36109. Mr. Daniels was Caddell's scheduler on the project. He will testify to the coordination with subcontractors regarding the planned timing of the work. He was involved in the monthly progress meetings and he gathered schedule information from the subcontractors for inclusion in Caddell's project schedule and will testify regarding those topics as well. His direct examination is expected to take one hour.

7. John Bosworth: The Williams & Beasley Company, 4001 Jaffee Street, Dallas, Texas, 75216-4023. Mr. Bosworth is President of The Williams & Beasley Company. He will testify regarding the claim submitted by SSC on behalf of his firm. His direct examination is expected to take one hour.

8. Bert Poletti: Allen & Hoshall, Inc., 1661 International Drive, Suite 100, Memphis, TN 38120. Mr. Poletti was the Allen & Hoshall Project Manager on the project. He provided responses to RFIs submitted by SSC, and he reviewed shop drawings. He will testify regarding structural steel RFIs and shop drawings. His direct examination is expected to take two hours.

9. Michael Wess: JMGR, Inc. (which became TRO Jung|Brannen, Inc.), 119 S. Main Street, Suite 200, Memphis, TN 38103. Mr. Wess was the Project Manager for JMGR. He responded to design issues raised by SSC and the Government. He will testify regarding the design and shop drawings. His direct examination is expected to take one hour.

Expert Witnesses

10. Patti Jones: CDR Consultants, Inc., 6729 Lonicera Street, Carlsbad, CA 92011. Ms. Jones is the President of CDR Consultants. She is an expert in construction project management, scheduling and delay, and will testify regarding her analysis of Caddell/SSC's claim including all of the construction management, scheduling, and delay issues raised in Caddell/SSC claim, and in response to the analyses prepared by SSC's expert witnesses. Her direct examination is expected to take six hours.

11. David L. Cotton: Cotton & Company LLP, 333 North Fairfax Street, Suite 401, Alexandria, Virginia 22314. Mr. Cotton is managing partner of Cotton & Company, LLP, Certified Public Accountants and is a CPA, CFE, and CGFM. He is an expert in auditing and analyzing claims brought by and against the Government. He will testify regarding the results of his analysis of Caddell/SSC's claims, as well as and in response to the analyses prepared by SSC's expert witnesses. His direct examination is expected to take four hours.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attention: Classification Unit
1100 L St. NW
Washington, D.C. 20530
Tele: (202) 616-0391

Attorneys for Defendant

December 7, 2006

CERTIFICATE OF FILING

I hereby certify that on December 7, 2006, a copy of foregoing "DEFENDANT'S WITNESS LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith