IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CADDELL CONSTRUCTION CO., INC., Plaintiff, | ) | |
| v. | ) | No. 04-461C (Judge Bohdan A. Futey) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

PLAINTIFF'S SUPPLEMENTAL EXHIBIT LIST

Plaintiff, Caddell Construction Co., Inc. ("Caddell"), supplements its Exhibit List filed November 22, 2006 based upon issues raised for the first time by Defendant, United States of America, in its Memorandum of Contentions of Fact and Law:

| Ex # | Date | Description |
|---|---|---|
| P-194 | 4/10/96 | VA/Caddell Job Meeting No. 1 minutes |
| P-195 | 5/8/96 | VA/Caddell Job Meeting No. 5 minutes |
| P-196 | 5/14/96 | VA letter to JMGR re: A/E response to RFI No. 146 |
| P-197 | 5/15/96 | VA/Caddell Job Meeting No. 6 minutes |
| P-198 | 6/22/96 | VA/Caddell Job Meeting No. 7 minutes |
| P-199 | 7/2/96 | VA letter to JMGR re: A/E response to RFI No. 200 |
| P-200 | 7/25/96 | Caddell letter to VA re: precast questions |
| P-201 | 8/28/96 | VA/Caddell Job Meeting No. 20 minutes |
| P-202 | 9/4/96 | VA/Caddell Job Meeting No. 21 minutes |
| P-203 | 9/25/96 | VA/Caddell Job Meeting No. 24 minutes with attached request for information standard overdue option report |
| P-204 | 10/16/96 | VA/Caddell Job Meeting No. 27 minutes |

| Ex # | Date | Description |
|---|---|---|
| P-205 | 10/24/96 | VA letter to Caddell re: RFI No. 309 with attached 10/23/96 VA handwritten memo re: same |
| P-206 | 11/15/96 | VA letter to JMGR re: structural steel shop drawing review |
| P-207 | 12/4/96 | VA/Caddell Job Meeting No. 33 minutes with attached overdue option reports |
| P-208 | 1/13/97 | VA letter to Caddell re: clarification for stair no. 7 roof with attached sketches |
| P-209 | 5/13/97 | VA letter to JMGR re: RFI No. 508 with attached RFI No. 508 |
| P-210 | 7/8/97 | VA letter to JMGR re: bracing tops of CMU partitions |
| P-211 | 9/4/97 | VA letter to JMGR re: plumbing conflicts |
| P-212 | 11/19/97 | VA letter to JMGR re: precast supports |
| P-213 | 4/12/99 | VA price negotiation memorandum re: change to increase electrical service |
| P-214 | 7/13/00 | Amendment of Solicitation/Modification of Contract No. FSA-271 re: precast erection problems |

Respectfully submitted,

CADDELL CONSTRUCTION CO., INC.,
PLAINTIFF

By: /s/ David W. Mockbee

David W. Mockbee
MOCKBEE HALL & DRAKE, P.A.
Lamar Life Building, Ste 1000
317 E. Capitol Street
Jackson, MS 39201
(601) 353-0035 - Telephone
(601) 353-0045 - Facsimile

**CERTIFICATE OF SERVICE**

I, David W. Mockbee, do hereby certify that I have this day caused to be filed via the Official Electronic Document Filing System of the United States Court of Federal Claims ("CM/ECF") a true and correct copy of the above and foregoing Plaintiff's Exhibit List. Copies of this document will be transmitted via the Court's CM/ECF System to all counsel of record. Additional copies may be obtained through the Court's CM/ECF System.

Dated: December 12, 2006.

/s/ David W. Mockbee
David W. Mockbee