# In the United States Court of Federal Claims

**No. 04-461C**

**(Filed December 19, 2006)**

* * * * * * * * * * * * * * * * * * * * * * *
*
**CADDELL CONSTRUCTION CO., INC.** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the pre-trial conference held on December 18, 2006, the following is hereby ordered:

1. The parties are directed to file any Stipulation of Facts, pursuant to Appendix A, Rule 17, by Tuesday, January 30, 2007.

2. The trial will commence in New Orleans, Louisiana on April 17, 2007 at 10:00 a.m. Plaintiff's portion of the trial, including direct and cross-examination by defendant, is expected to end within five (5) working days.

3. The parties shall present opening statements, not to exceed one hour per each side.

4. Defendant's portion of the trial shall be held in Washington, D.C. commencing on Monday, April 30, 2007 at 10:00 a.m. Five (5) working days have been reserved for this portion of the trial.

5. Closing statements by the parties may be presented at the end of the trial. The filing date for post-trial briefs, if necessary, will be determined at the conclusion of the trial.

6. The parties will be notified by further order of the court regarding the location of proceedings in New Orleans. The proceedings in Washington, D.C. shall take place in the National Courts Building, 717 Madison Place, N.W. The exact location of the courtroom will be posted on the bulletin board in the lobby.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**