IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CADDELL CONSTRUCTION CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-461C |
| | ) | (Judge Bohdan A. Futey) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME**

COMES NOW Plaintiff, Caddell Construction Co., Inc., and moves this Court for an extension of time to file the Stipulation of Facts pursuant to this Court's December 18, 2006 Order (Doc. 57). In support, the Plaintiff would show:

1. This Court's December 18, 2006 Order (Doc. 57) requires that the Stipulation of Facts be submitted January 30, 2007.

2. Plaintiff respectfully requests that Plaintiff be granted an extension of time so that the parties' Stipulation of Facts are due March 15, 2007.

3. This extension of time will not affect the upcoming trial date of April 17, 2007.

4. Defendant has been advised of the filing of this Motion and has stated that it does not oppose such Motion.

WHEREFORE, Plaintiff respectfully submits that the be granted until March 15, 2007 to file the Stipulations of Fact.

Respectfully submitted,

CADDELL CONSTRUCTION CO., INC., PLAINTIFF

By: /s/ David W. Mockbee

David W. Mockbee
Mary Elizabeth Hall
MOCKBEE HALL & DRAKE, P.A.
Lamar Life Building, Ste 1000
317 E. Capitol Street
Jackson, MS 39201
(601) 353-0035 - Telephone
(601) 353-0045 - Facsimile
ITS ATTORNEYS

**CERTIFICATE OF SERVICE**

I, David W. Mockbee, do hereby certify that I have this day caused to be filed via the Official Electronic Document Filing System of the United States Court of Federal Claims ("CM/ECF") a true and correct copy of the above and foregoing Plaintiff's Motion for Extension of Time. Copies of this document will be transmitted via the Court's CM/ECF System to all counsel of record. Additional copies may be obtained through the Court's CM/ECF System.

Dated: January 25, 2007.

/s/ David W. Mockbee
David W. Mockbee