# In the United States Court of Federal Claims

**No. 04-461C**

**(Filed January 26, 2007)**

```
* * * * * * * * * * * * * * * * * * * * * * *
                                              *
CADDELL CONSTRUCTION CO., INC.*
                                              *
          Plaintiff,                          *
                                              *
     v.                                       *
                                              *
THE UNITED STATES,                            *
                                              *
          Defendant.                          *
                                              *
* * * * * * * * * * * * * * * * * * * * * * *
```

**ORDER**

Plaintiff's Motion For Extension Of Time, filed on January 25, 2007, is hereby ALLOWED IN PART. The parties shall file a Stipulation of Facts by WEDNESDAY, FEBRUARY 28, 2007.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**