IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CADDELL CONSTRUCTION CO., INC., Plaintiff, | ) |
| v. | ) No. 04-461C (Judge Bohdan A. Futey) |
| UNITED STATES OF AMERICA, Defendant. | ) |

**STIPULATIONS**

Plaintiff, Caddell Construction Co., Inc. ("Caddell"), and Defendant, United States of America, stipulate to the following:

1. On July 6, 1995, the Pre-Solicitation Notice for Project No. 614-011, Seismic/Modernization, V.A. Medical Center, Memphis, TN (the "Project"), was sent to prospective bidders, notifying prospective bidders that offers for the construction of the Project were to be received by August 31, 1995.

2. The Project was re-bid and offers were submitted to the V.A. on December 15, 1995.

3. On January 31, 1996 Caddell was awarded the contract.

4. Caddell was notified to proceed with construction of the Project as of March 18, 1996.

5. Caddell mobilized to the Project site on or after April 1, 1996 to begin its work.

6. Steel Service submitted its first Request for Information ("RFI") to Caddell, being RFI-001, on March 5, 1996.

7. Steel Service's first submittal of shop drawings was transmitted by Caddell to the V.A. on or about October 24, 1996, and was re-submitted to the V.A. for approval on December 12, 1996.

8. The vast majority of the raw steel materials for the Project were received by Steel Service between March 21, 1996 and April 26, 1996.

9. Steel Service shipped the first load of fabricated steel to the Project on December 30, 1996, weighing approximately 8,181 pounds. The second shipment weighing approximately 13,476 pounds was shipped on April 29, 1997.

10. Steel Service delivered its last significant load of structural steel to the Project on or about June 19, 1998 which weighed approximately 48,300 pounds and smaller loads were shipped up to October 17, 1998.

11. Caddell completed construction of the Project within the contract time, as adjusted by change order.

12. The DCAA issued its Audit Report No. 1751-98J 17200002 on August 31, 1999.

13. The Contracting Officer issued his Final Decision on December 9, 2003.

Respectfully submitted,

CADDELL CONSTRUCTION CO., INC., PLAINTIFF

By: /s/ David W. Mockbee
David W. Mockbee
Mary Elizabeth Hall
MOCKBEE HALL & DRAKE, P.A.
Lamar Life Building, Suite 1000
317 E. Capitol Street
Jackson, MS 39201
(601) 353-0035 - Telephone
(601) 353-0045 - Facsimile
ITS ATTORNEYS

**CERTIFICATE OF SERVICE**

I, David W. Mockbee, do hereby certify that I have this day caused to be filed via the Official Electronic Document Filing System of the United States Court of Federal Claims ("CM/ECF") a true and correct copy of the above and foregoing Stipulations. Copies of this document will be transmitted via the Court's CM/ECF System to all counsel of record. Additional copies may be obtained through the Court's CM/ECF System.

Dated: February 28, 2007.

/s/ David W. Mockbee
David W. Mockbee