IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CADDELL CONSTRUCTION CO., INC., )
Plaintiff, )
v. ) No. 04-461C
) (Judge Bohdan A. Futey)
UNITED STATES OF AMERICA, )
Defendant. )

PLAINTIFF'S REVISED AND SUPPLEMENTAL EXHIBIT LIST

Plaintiff, Caddell Construction Co., Inc. ("Caddell"), revises and supplements its Exhibit List filed December 12, 2006:

| Ex # | Date | Description |
|---|---|---|
| P-92 | 11/20/96 | VA Job Meeting No. 32<br>~~Number not used~~ |
| P-103*<br>~~P-104~~ | 03/12/97 | Steel Service fax to Caddell re: fabrication of M Line north |
| P-104<br>~~P-103~~ | 03/12/97 | VA Job Meeting No. 44 |
| P-215 | 05/13/97 | VA letter to JMGR enclosing RFI No. 508 |
| P-216 | 08/01/96 to 02/04/97 | various precast correspondence and submittal returns |
| P-217 | | Steel Service shop video |

*Order of Exhibits P-103 and P-104 was switched.

Respectfully submitted,

CADDELL CONSTRUCTION CO., INC.,
PLAINTIFF

By: /s/ David W. Mockbee
David W. Mockbee
MOCKBEE HALL & DRAKE, P.A.
Lamar Life Building, Ste 1000
317 E. Capitol Street
Jackson, MS 39201
(601) 353-0035 - Telephone
(601) 353-0045 - Facsimile

**CERTIFICATE OF SERVICE**

I, David W. Mockbee, do hereby certify that I have this day caused to be filed via the Official Electronic Document Filing System of the United States Court of Federal Claims (“CM/ECF”) a true and correct copy of the above and foregoing Plaintiff’s Revised and Supplemental Exhibit List. Copies of this document will be transmitted via the Court’s CM/ECF System to all counsel of record. Additional copies may be obtained through the Court’s CM/ECF System.

Dated: March 27, 2007.

/s/ David W. Mockbee
David W. Mockbee