IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CADDELL CONSTRUCTION CO., INC., Plaintiff, | ) | |
| v. | ) | No. 04-461C (Judge Bohdan A. Futey) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**PLAINTIFF’S REVISED WITNESS LIST**

Plaintiff, Caddell Construction Co., Inc. (“Caddell”), submits its Revised Witness List:

1. Caddell may call the following witnesses:

   a. Arkansas Precast Corporation
      Post Office Box 425
      Jacksonville, AR 72076

An employee of Arkansas Precast Corporation may testify about the difficulties it encountered preparing its shop drawings and other issues related to the precast panels.

Such testimony may take one hour.

Respectfully submitted,

CADDELL CONSTRUCTION CO., INC.,
PLAINTIFF

By: /s/ David W. Mockbee

David W. Mockbee
MOCKBEE HALL & DRAKE, P.A.
Lamar Life Building, Ste 1000
317 E. Capitol Street
Jackson, MS 39201
(601) 353-0035 - Telephone
(601) 353-0045 - Facsimile

**CERTIFICATE OF SERVICE**

I, David W. Mockbee, do hereby certify that I have this day caused to be filed via the Official Electronic Document Filing System of the United States Court of Federal Claims (“CM/ECF”) a true and correct copy of the above and foregoing Plaintiff’s Revised Witness List. Copies of this document will be transmitted via the Court’s CM/ECF System to all counsel of record. Additional copies may be obtained through the Court’s CM/ECF System.

Dated: March 27, 2007.

/s/ David W. Mockbee
David W. Mockbee