# In the United States Court of Federal Claims

**No. 04-461C**

**(Filed April 3, 2007)**

* * * * * * * * * * * * * * * * * * * * * * *
*
**CADDELL CONSTRUCTION CO., INC.** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The trial in this case will begin on Tuesday, April 17, 2007 at 10:00 a.m. Plaintiff's portion of the trial, including direct and cross-examination by defendant, is expected to end within five (5) working days. These proceedings will take place in the Hale Boggs Federal Building, District Court, Courtroom C, Room 311, 3rd floor, 500 Poydras Street, New Orleans, Louisiana.

Defendant's portion of the trial shall commence on Monday, April 30, 2007 at 10:00 a.m. Five working days have been reserved for this portion of the trial. These proceedings will take place in the National Courts Building, 717 Madison Place, N.W., Washington, D.C. The exact location of the courtroom will be posted on the bulletin board in the lobby.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**