IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CADDELL CONSTRUCTION CO., INC.,
Plaintiff,
v.
UNITED STATES OF AMERICA,
Defendant.

No. 04-461C
(Judge Bohdan A. Futey)

PLAINTIFF'S SECOND REVISED AND SUPPLEMENTAL EXHIBIT LIST

Plaintiff, Caddell Construction Co., Inc. ("Caddell"), revises and supplements its Exhibit List filed March 27, 2006:

| Ex # | Date | Description |
|---|---|---|
| P-184 (16) | | EEE Claim for ~~$37,000~~ $39,000 |
| P-218 | 03/20/07 | R. Vinson Supplemental Report re: Caddell's 1996 financials, Caddell's 1997 financials, DCAA 1993 audit report |

Respectfully submitted,

CADDELL CONSTRUCTION CO., INC.,
PLAINTIFF

By: /s/ David W. Mockbee

David W. Mockbee
MOCKBEE HALL & DRAKE, P.A.
Lamar Life Building, Ste 1000
317 E. Capitol Street
Jackson, MS 39201
(601) 353-0035 - Telephone
(601) 353-0045 - Facsimile

**CERTIFICATE OF SERVICE**

I, David W. Mockbee, do hereby certify that I have this day caused to be filed via the Official Electronic Document Filing System of the United States Court of Federal Claims ("CM/ECF") a true and correct copy of the above and foregoing Plaintiff's Revised and Supplemental Exhibit List. Copies of this document will be transmitted via the Court's CM/ECF System to all counsel of record. Additional copies may be obtained through the Court's CM/ECF System.

Dated: April 4, 2007.

/s/ David W. Mockbee
David W. Mockbee



F:\docs\HALLL\PLD\4460.035 Plf Exhibit List-supplemental revised 040407.wpd