IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CADDELL CONSTRUCTION CO., INC., Plaintiff, | ) | |
| v. | ) | No. 04-461C (Judge Bohdan A. Futey) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

PLAINTIFF'S THIRD REVISED AND SUPPLEMENTAL EXHIBIT LIST

Plaintiff, Caddell Construction Co., Inc. ("Caddell"), revises and supplements its Exhibit List filed April 4, 2007:

| Ex # | Date | Description |
|---|---|---|
| P-219 | | Precast shop drawings |

Respectfully submitted,

CADDELL CONSTRUCTION CO., INC.,
PLAINTIFF

By: /s/ David W. Mockbee

David W. Mockbee
MOCKBEE HALL & DRAKE, P.A.
Lamar Life Building, Ste 1000
317 E. Capitol Street
Jackson, MS 39201
(601) 353-0035 - Telephone
(601) 353-0045 - Facsimile

**CERTIFICATE OF SERVICE**

I, David W. Mockbee, do hereby certify that I have this day caused to be filed via the Official Electronic Document Filing System of the United States Court of Federal Claims ("CM/ECF") a true and correct copy of the above and foregoing Plaintiff's Revised and Supplemental Exhibit List. Copies of this document will be transmitted via the Court's CM/ECF System to all counsel of record. Additional copies may be obtained through the Court's CM/ECF System.

Dated: April 12, 2007.

/s/ David W. Mockbee
David W. Mockbee