# In the United States Court of Federal Claims

**04-461C**

**Filed: May 14, 2007**

**CADDELL CONSTRUCTION CO., INC.**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS & CUMULATIVE INDEX (8 volumes)**
**Held in Washington, D.C. and New Orleans, Louisiana**
**April 17, 2007 through May 3, 2007**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.