# In the United States Court of Federal Claims

**No. 04-461C**

**(Filed May 29, 2007)**

* * * * * * * * * * * * * * * * * * * * * * *
*
**CADDELL CONSTRUCTION CO., INC.** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On May 3, 2007, at the conclusion of the trial in this case, the court issued the following bench order:

1. The parties shall file post-trial briefs simultaneously by Thursday, June 14, 2007. The post-trial briefs shall not exceed thirty (30) pages each, including exhibits.

2. The responses to the post-trial briefs shall also be filed simultaneously by Thursday, June 28, 2007. The responses shall not exceed fifteen (15) pages each, including exhibits.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**