# In the United States Court of Federal Claims

**No. 04-461C**

**(Filed June 15, 2007)**

* * * * * * * * * * * * * * * * * * * * * * *
*
**CADDELL CONSTRUCTION CO., INC.** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's Motion For An Enlargement Of Time, filed on June 14, 2007, is hereby ALLOWED. Defendant shall file its post trial brief by Friday, June 15, 2007.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**