IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CADDELL CONSTRUCTION CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-461C |
| | ) | (Sr. Judge Futey) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Dawn S. Conrad, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Dawn S. Conrad
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, NW
Washington, D.C. 20530
Phone: (202) 616-2279
Fax: (202) 305-7643
E-mail: Dawn.Conrad@usdoj.gov

Attention: Classification Unit
8th Floor

s/Dawn S. Conrad
Dawn S. Conrad
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

Dated: September 17, 2007

**CERTIFICATE OF FILING**

I hereby certify that on the 17th day of September, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad